**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>      Defendants. | Case No.: 4:23-cv-00115<br><br>Hon. Drew B Tipton |
| DAVE CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>      Defendants. | Case No.: 4:23-cv-00920 |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF KUMARAN
MUTHUSAMY'S MOTION FOR CONSOLIDATION OF THE
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Thane Tyler Sponsel III, hereby declare as follows:

1. I am a partner at Sponsel Miller Greenberg PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Kumaran Muthusamy ("Movant") and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for consolidation of the Actions, appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as Lead Counsel and Sponsel Miller as Liaison Counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:   Certification of Movant attaching transactions made in Southwest Airlines Co. ("Southwest Airlines" or the "Company") during the Class Period;

**Exhibit B**:   Table of the calculated losses incurred by Movant as a result of transactions in Southwest Airlines securities;

**Exhibit C**:   Press release published January 12, 2023 on *Business Wire*, announcing the pendency of the first-filed Action;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm résumés of Levi & Korsinsky and Sponsel Miller.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: March 13, 2023                                      By: */s/ Thane Tyler Sponsel III*
                                                                          Thane Tyler Sponsel III


2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 13, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III