# EXHIBIT B

| Client Name | Kumaran Muthusamy |
|---|---|
| Company Name | Southwest Airlines Co. |
| Ticker Symbol | LUV |
| Security Type | |
| Class Period Start | 06-13-2020 |
| Class Period End | 12-31-2022 |
| 90-DAY Lookback Period Start | 01-01-2023 |
| 90-DAY Lookback Period End | 03-13-2023 |
| 90-DAY Lookback Average | $ 35.02 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $31,426.88 |
| DURA LIFO* Total | $31,426.88 |
| Gross Shares Purchased | 2,900 |
| Net Shares Retained | 2,500 |
| Net Funds Expended | $118,980.00 |

### Kumaran Muthusamy

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-04-2021 | 200 | 55.415 | $ 11,083.00 | 10-04-2021 | 200 | | $ 55.51 | $ 11,101.00 | - | - | - | $ 35.02 | | -$ 18.00 | -$ 18.00 |
| 10-04-2021 | 200 | 55.415 | $ 11,083.00 | 10-04-2021 | 200 | | $ 55.50 | $ 11,100.00 | - | - | - | $ 35.02 | | -$ 17.00 | -$ 17.00 |
| 10-04-2021 | 400 | 55.5 | $ 22,200.00 | | | | | | - | 400 | 400 | $ 35.02 | $ 14,008.50 | $ 8,191.50 | $ 8,191.50 |
| 10-08-2021 | 100 | 53.65 | $ 5,365.00 | | | | | | - | 100 | 100 | $ 35.02 | $ 3,502.13 | $ 1,862.88 | $ 1,862.88 |
| 10-12-2021 | 500 | 51.9 | $ 25,950.00 | | | | | | - | 500 | 500 | $ 35.02 | $ 17,510.63 | $ 8,439.38 | $ 8,439.38 |
| 10-26-2021 | 1000 | 48 | $ 48,000.00 | | | | | | - | 1000 | 1000 | $ 35.02 | $ 35,021.25 | $ 12,978.75 | $ 12,978.75 |
| 06-16-2022 | 500 | 35 | $ 17,500.00 | | | | | | - | 500 | 500 | $ 35.02 | $ 17,510.63 | -$ 10.63 | -$ 10.63 |
| Total: | 2,900 | | $141,181.00 | | 400 | | | $22,201.00 | | 2,500 | 2,500 | | $87,553.13 | $31,426.88 | $31,426.88 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.