**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Civil Action No. 4:23-cv-00115-DBT |
| DAVE CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN.<br><br>Defendants. | Civil Action No.4:23-cv-00920-DBT |

**[PROPOSED] ORDER**

Pending before the Court is the Motion of Dave Carlson for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"). (Dkt. No. ___). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Southwest Airlines Co. Securities Litigation*, Master File No.: 4:23-cv-00115-DBT;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Dave Carlson as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Kendall Law Group, PLLC as local counsel.

It is SO ORDERED.

Signed this ___ of _____, 2023.


_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**