**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>       Defendants. | Civil Action No. 4:23-cv-00115-DBT<br><br>**DECLARATION OF JOE KENDALL IN SUPPORT OF THE MOTION OF DAVE CARLSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| DAVE CARLSON, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN.<br><br>       Defendants. | Civil Action No. 4:23-cv-00920-DBT |

I, Joe Kendall, hereby declare as follows:

1.      I am an attorney with the law firm Kendall Law Group, PLLC, local counsel for Lead Plaintiff movant Dave Carlson ("Carlson") and proposed Local Counsel for the Class in the above-captioned actions. I make this declaration in support of the Motion of Carlson for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published January 12, 2023 on *Businesswire*, announcing the pendency of the first-filed securities class action against the defendants herein;

Exhibit B:      Carlson's Signed PSLRA Certification;

Exhibit C:      Analysis of Carlson's financial interest; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of March 2023.

*/s/ Joe Kendall*
Joe Kendall
**KENDALL LAW GROUP, PLLC**
Texas Bar No. 11260700
SDTX Bar No. 30973
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, March 13, 2023, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
Joe Kendall
