# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Southwest Airlines Co.
**Ticker:** LUV
**Class Period:** June 13, 2020 to December 31, 2022
**Name:** Dave Carlson

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/9/2021 | 7,200 | $62.8500 | -$452,520.0000 | | $0.0000 | -$452,520.00 |
| 4/9/2021 | 451 | $62.8400 | -$28,340.8400 | | $0.0000 | -$28,340.84 |
| 4/9/2021 | 406 | $62.8399 | -$25,513.0000 | | $0.0000 | -$25,513.00 |
| 4/9/2021 | 443 | $62.8397 | -$27,837.9900 | | $0.0000 | -$27,837.99 |
| 2/24/2022 | -8,500 | | $0.0000 | $41.5497 | $353,172.1903 | $353,172.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$181,039.64** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $35.0215 | 0 | **Total:** | **-$181,039.64** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between January 3, 2023 and March 13, 2023.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.