IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated, | Case No.: 4:23-cv-115 |
| Plaintiff, | CLASS ACTION |
| v. | |
| SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN, | |
| Defendants. | |

**NOTICE OF MOTION OF MICHAEL BERRY FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, movant Michael Berry ("Movant") hereby moves this Court, The Honorable Drew B. Tipton, United States District Judge, at the Southern District of Texas, 1133 N. Shoreline Blvd., Corpus Christi, Texas, 78401, for an Order: (a) appointing Movant as Lead Plaintiff; and (b) approving Movant's selection of Bernstein Liebhard LLP as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the pleadings and other filings in these actions, and such other written or oral argument as may be permitted by the Court.

Dated: March 13, 2023

Respectfully submitted,

/s/ Russell Horton

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Movant and Proposed*
*Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Movant and Proposed Lead*
*Counsel for the Proposed Class*

00732899;V1