IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>                  Defendants. | Case No.: 4:23-cv-115<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH R. SEIDMAN, JR.
IN SUPPORT OF MICHAEL BERRY'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00732900;V1

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1.      I am Senior Counsel with Bernstein Liebhard LLP.  I make this Declaration in Support of Michael Berry's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Michael Berry's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Loss Chart; and

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP.

Dated: March 13, 2023

/s/ Joseph R. Seidman, Jr.

JOSEPH R. SEIDMAN, JR.

00732900;V1