**Southwest Airlines Co.(LUV)**

FIFO/LIFO Losses

Class Period: 06/13/2020 - 12/31/2022

Hold Price:     $35.1057

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| MICHAEL BERRY | 05/24/21 | 250 | 60.7500 | 15,187.50 | 05/25/21 | 250 | 61.7500 | 15,437.50 | | | |
| | 05/26/21 | 500 | 60.7000 | 30,350.00 | 06/01/21 | 750 | 62.0000 | 46,500.00 | | | |
| | 05/26/21 | 250 | 60.5000 | 15,125.00 | 10/04/21 | 6,000 | 56.1000 | 336,600.00 | | | |
| | 06/01/21 | 250 | 61.4000 | 15,350.00 | 08/03/22 | 17,000 | 38.9500 | 662,150.00 | | | |
| | 06/01/21 | 750 | 61.3000 | 45,975.00 | *01/06/23* | *2,400* | *34.5850* | 83,004.00 | | | |
| | 06/02/21 | 500 | 60.9500 | 30,475.00 | *01/06/23* | *3,750* | *34.5802* | 129,675.75 | | | |
| | 06/03/21 | 200 | 59.1500 | 11,830.00 | | | | | | | |
| | 06/03/21 | 1,000 | 59.0000 | 59,000.00 | | | | | | | |
| | 06/04/21 | 300 | 58.5500 | 17,565.00 | | | | | | | |
| | 06/14/21 | 500 | 57.3000 | 28,650.00 | | | | | | | |
| | 06/15/21 | 500 | 57.1000 | 28,550.00 | | | | | | | |
| | 06/16/21 | 500 | 56.7000 | 28,350.00 | | | | | | | |
| | 06/17/21 | 1,000 | 55.9500 | 55,950.00 | | | | | | | |
| | 06/17/21 | 500 | 55.7500 | 27,875.00 | | | | | | | |
| | 06/18/21 | 500 | 55.2000 | 27,600.00 | | | | | | | |
| | 06/18/21 | 500 | 54.9699 | 27,484.95 | | | | | | | |
| | 06/23/21 | 1,000 | 55.2000 | 55,200.00 | | | | | | | |
| | 06/24/21 | 500 | 55.0000 | 27,500.00 | | | | | | | |
| | 06/28/21 | 500 | 53.2000 | 26,600.00 | | | | | | | |
| | 08/30/21 | 1,000 | 49.7800 | 49,780.00 | | | | | | | |
| | 09/07/21 | 1,000 | 48.5500 | 48,550.00 | | | | | | | |
| | 10/11/21 | 1,000 | 51.9000 | 51,900.00 | | | | | | | |
| | 10/11/21 | 1,000 | 51.7000 | 51,700.00 | | | | | | | |
| | 10/15/21 | 1,000 | 50.6000 | 50,600.00 | | | | | | | |
| | 10/15/21 | 1,000 | 50.4000 | 50,400.00 | | | | | | | |
| | 10/18/21 | 1,000 | 50.0000 | 50,000.00 | | | | | | | |
| | 10/19/21 | 500 | 49.6500 | 24,825.00 | | | | | | | |
| | 10/21/21 | 100 | 48.6988 | 4,869.88 | | | | | | | |
| | 10/21/21 | 400 | 48.6900 | 19,476.00 | | | | | | | |
| | 10/21/21 | 1,000 | 48.6000 | 48,600.00 | | | | | | | |
| | 10/21/21 | 1,000 | 48.4997 | 48,499.70 | | | | | | | |
| | 12/09/21 | 1,000 | 43.8500 | 43,850.00 | | | | | | | |
| | 03/17/22 | 1,000 | 42.3500 | 42,350.00 | | | | | | | |
| | 05/13/22 | 1,000 | 42.8000 | 42,800.00 | | | | | | | |
| | 05/13/22 | 50 | 42.9799 | 2,149.00 | | | | | | | |
| | 06/02/22 | 450 | 44.4000 | 19,980.00 | | | | | | | |
| | 06/27/22 | 500 | 37.2500 | 18,625.00 | | | | | | | |
| | 09/01/22 | 2,000 | 36.1500 | 72,300.00 | | | | | | | |
| | 09/01/22 | 2,000 | 36.1700 | 72,340.00 | | | | | | | |
| | 09/01/22 | 1,000 | 36.1187 | 36,118.70 | | | | | | | |
| | 09/15/22 | 2,000 | 37.3400 | 74,680.00 | | | | | | | |
| | 09/15/22 | 1,000 | 37.3900 | 37,390.00 | | | | | | | |
| | 09/15/22 | 2,000 | 37.1400 | 74,280.00 | | | | | | | |
| | 09/23/22 | 1,000 | 32.4600 | 32,460.00 | | | | | | | |
| | 09/23/22 | 1,000 | 32.2780 | 32,278.00 | | | | | | | |
| | 09/23/22 | 1,000 | 32.3000 | 32,300.00 | | | | | | | |
| | 09/23/22 | 5 | 31.9400 | 159.70 | | | | | | | |

**Southwest Airlines Co.(LUV)**

FIFO/LIFO Losses

Class Period: 06/13/2020 - 12/31/2022

Hold Price:    $35.1057

| MOVANT | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES | ESTIMATED | ESTIMATED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | HELD (1) | VALUE | LOSSES |
| | 09/23/22 | 40 | 31.9300 | 1,277.20 | | | | | | | |
| | 09/23/22 | 955 | 31.9250 | 30,488.38 | | | | | | | |
| | 10/06/22 | 1,000 | 32.9000 | 32,900.00 | | | | | | | |
| | 11/03/22 | 700 | 36.4500 | 25,515.00 | | | | | | | |
| | 11/03/22 | 300 | 36.4499 | 10,934.97 | | | | | | | |
| | 12/05/22 | 1,000 | 39.1500 | 39,150.00 | | | | | | | |
| | 12/06/22 | 500 | 39.5000 | 19,750.00 | | | | | | | |
| | 12/07/22 | 100 | 37.5182 | 3,751.82 | | | | | | | |
| | 12/07/22 | 400 | 37.8499 | 15,139.96 | | | | | | | |
| | 12/07/22 | 2,000 | 37.8500 | 75,700.00 | | | | | | | |
| | 12/07/22 | 100 | 37.9899 | 3,798.99 | | | | | | | |
| **MICHAEL BERRY Totals** | | **44,100** | | **$1,966,284.74** | | **30,150** | | **$1,273,367.25** | **13,950** | **$489,725.14** | **($203,192.35)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $35.1057 per share.

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale