IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Case No.: 4:23-cv-115<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I, Joseph R. Seidman, Jr., hereby certify that on March 13, 2023, a true and correct copy of Michael Berry's motion for lead plaintiff appointment and approval of lead counsel, a supporting memorandum of law, a supporting Declaration of Joseph R. Seidman, Jr., with exhibits, and a proposed order, were served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: March 13, 2023                    /s/ Joseph R. Seidman, Jr.
                                         Joseph R. Seidman, Jr.

00732891;V1