**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN, <br><br> Defendants. | **Case No: 4:23-cv-115** <br><br> CLASS ACTION <br><br> JUDGE DREW B. TIPTON |

## ORDER OPPOSING COMPETING LEAD PLAINTIFF MOTIONS

WHEREAS, the above-captioned securities class action has been filed against Southwest Airlines Co., Gary Kelly, Tammy Romo, and Robert E. Jordan alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on January 12, 2023, a notice was disseminated to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice (Dkt. No. 16-3);

WHEREAS, on March 13, 2023, Movant Vincent Hsu ("Movant") moved the Court to: (1) be appointed as Lead Plaintiff; and (2) approve Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Cochran Law PLLC as Liaison Counsel (Dkt. No. 16-1);

WHEREAS, on March 13, 2023, Movants Kumaran Muthusamy, Dave Carlson, and Michael Berry moved the Court to be appointed as Lead Plaintiff and approve Lead Plaintiff's selection of counsel (Dkt. Nos. 13, 14, and 17);

1

WHEREAS, on April 3, 2023, Movant Vincent Hsu ("Movant") filed his Memorandum of Law in Opposition to Competing Motions to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel to Competing Lead Plaintiff Motions;

WHEREAS, the PSLRA provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, the Court shall appoint the most adequate plaintiff as lead plaintiff for the action;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

### APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant is appointed as Lead Plaintiff for the class as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2. Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Cochran Law PLLC as Liaison Counsel.

3. Lead Counsel shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by

the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of the Lead Plaintiff and the Class.

**DENIAL OF LEAD PLAINTIFF COMPETING MOVANTS**

4.     The Motions of Movants Kumaran Muthusamy, Dave Carlson, and Michael Berry for appointment as lead plaintiff and choice of counsel are denied.

It is SO, ORDERED.

Signed this _____ day of _____, 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE