# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Arthur Teroganesian

v.  Case Number: 4:23−cv−00115

Southwest Airlines Co., et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09 Meeting ID: 161 069 0763 Passcode: 307095 Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York) +52 815 351 6659 (Mexico) Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted. Parties are instructed to file a Joint Case Management Plan and Proposed Scheduling Order in accordance with Judge Tipton's Procedures.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 6/8/2023

**TIME:** 02:40 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   May 12, 2023                                                                 Nathan Ochsner, Clerk