## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Arthur Teroganesian

v.                                                    Case Number: 4:23−cv−00115

Southwest Airlines Co., et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose), +1 646
828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/12/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   June 7, 2023                                   Nathan Ochsner, Clerk