United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ARTHUR TEROGANESIAN** <br> **MICHAEL BERRY** <br><br> **Plaintiffs,** <br> v. <br><br> **SOUTHWEST AIRLINES CO.** *et al* <br><br> **Defendants.** | § § § § § § § § § § | **CIVIL ACTION NO. 4:23-CV-00115** |
| **DAVE CARLSON** <br><br> **Plaintiff,** <br> v. <br><br> **SOUTHWEST AIRLINES CO.** *et al* <br><br> **Defendants.** | § § § § § § § § § § § | **CIVIL ACTION NO. 4:23-CV-00920** |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636, the Court refers this case to Magistrate Peter Bray for all pretrial purposes, including the hearing and determination of all procedural and discovery motions, the management of the case before trial, the setting of a date for trial, and all other matters authorized by this statute and the Federal Rules of Civil Procedure. Magistrate Judge Bray shall also hear and make a recommendation to the Court as to all dispositive motions, including motions to dismiss and motions for summary judgment. *See* Southern District of Texas General Order No. 2002-13, Article II, Part B.

All parties are ORDERED to advise the Court within 20 days after entry of this Order whether they will consent to the jurisdiction of Magistrate Judge Peter Bray for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties, the clerk is ORDERED to forward a "Consent to Proceed Before a Magistrate Judge" form with each party's copy of this Order.

The Clerk is directed to cancel all hearings currently set on the undersigned's calendar.

It is SO ORDERED.

SIGNED and ORDERED this 17th day of July, 2023.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE