UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Case 4:23-cv-115<br><br><u>CLASS ACTION</u> |

**<u>JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE</u>**

Lead Plaintiff Michael Berry ("Lead Plaintiff") and Defendants Southwest Airlines Co., Gary Kelly, Tammy Romo, and Robert E. Jordan, (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and move for entry of the amendment and briefing deadlines set forth below:

WHEREAS, on January 12, 2023, the initial complaint in this action alleging violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 ("Exchange Act") (Dkt. No. 1) was filed, denominated *Teroganesian v. Southwest Airlines Co., et al.,* Case No. 4:23-cv-115;

WHEREAS, on March 13, 2023, a related complaint alleging violations of the Exchange Act was filed, denominated *Carlson v. Southwest Airlines Co., et al*., Case No. 4:23-cv-920;

WHEREAS, on January 27, 2023 counsel for Defendants accepted service of process on behalf of Defendants, (Dkt. No. 8);

1

WHEREAS, on July 17, 2023, the Court entered an order consolidating the *Teroganesian* and *Carlson* actions and, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), appointing Michael Berry as Lead Plaintiff and approving his selection of Bernstein Liebhard LLP as Lead Counsel (Dkt. No. 46);

WHEREAS, the Parties have met and conferred concerning scheduling; and

NOW, THEREFORE, the Parties hereby stipulate and agree, through their undersigned counsel, and respectfully move for Court approval of the following proposed deadlines:

1. Lead Plaintiff shall file an amended complaint on or before September 15, 2023;

2. Defendants' response to the amended complaint shall be due on or before November 14, 2023;

3. If Defendants move to dismiss the amended complaint, then Lead Plaintiff's opposition to such motion shall be due on or before January 16, 2024, and Defendants' reply shall be due on or before February 15, 2024.

| | |
|---|---|
| Dated: July 21, 2023 | Respectfully submitted, |

/s/ Laurence J. Hasson

/s/ Peter A. Stokes

_____

_____

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey R. McEachern
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
           seidman@bernlieb.com
           jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiff and Proposed Lead Counsel for the Proposed Class*

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
B. Russell Horton
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Lead Plaintiff and Proposed Lead Counsel for the Proposed Class*

**NORTON ROSE FULLBRIGHT US LLP**
Michael A. Swartzendruber (Lead Counsel)
State Bar No. 19557702
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com
Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Defendants*

It is SO ORDERED.

                                                                      Hon. Drew B. Tipton
                                                                       United States District Judge