

B. Russ Horton
1100 Norwood Tower | 114 West 7th St | Austin, Tx 78701
512.495.1400 | FAX 512.499.0094 | RHorton@gbkh.com | WWW.GBKH.COM

August 7, 2023

<u>*Via Electronic Case Filing*</u>
The Honorable Drew Tipton, U.S.D.J.
United States District Court
  for the Southern District of Texas
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

  Re: ***Teroganesian and Berry v. Southwest Airlines Co. et al.***
     **Lead Civil Action No. 4:23-CV-00115**

Dear Judge Tipton:

  We are Lead Counsel for Lead Plaintiff Michael Berry in this action. Your Honor's July 17, 2023 Order of Reference (ECF 47) ordered all parties "to advise the Court within 20 days after entry of this Order whether they will consent to the jurisdiction of Magistrate Judge Peter Bray for all purposes in this case pursuant to 28 U.S.C. § 636(c)."

  We have conferred with counsel for Defendants and write to inform the Court that all parties do not consent to magistrate jurisdiction.

           Yours sincerely,

           George Brothers Kincaid & Horton, L.L.P.

         By: */s/ B. Russell Horton*
           B. Russ Horton

BRH/kds

Board Certified in Civil Trial Law and Personal Injury Trial Law | Texas Board of Legal Specialization