## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Case 4:23-cv-115<br><br>CLASS ACTION |

## AMENDED CLASS ACTION COMPLAINT

**"I fear that we are one thunderstorm, one air traffic control event, one IT router failure away from a complete meltdown. Whether that's Thanksgiving or Christmas or New Year, that's the precarious situation we are in." Statement By Southwest Airlines Pilots Association (SWAPA) President Captain Casey Murray, November 2022, After Years of Warning Southwest Management of The Grave Problems With Its Scheduling Technology -- One Month Before Southwest Has The Biggest Meltdown in U.S. Airline History.**

**"Let me be clear. We messed up…An apology alone, no matter how heartfelt or how often stated, would not suffice to make things right". Southwest Chief Operating Officer Andrew Watterson before the Senate Committee on Commerce, Science, and Transportation, February 2023.**

## TABLE OF CONTENTS

Page

I.  NATURE OF THE ACTION ........................................................... 2

II.  JURISDICTION AND VENUE ...................................................... 13

III.  PARTIES ............................................................................... 13

IV.  SUBSTANTIVE ALLEGATIONS .................................................. 15

   A.  Background about Southwest and Its Flawed Systems...........................15

   B.  From as Early as 2014, Southwest's Frontline Employees Repeatedly Warned Defendants That Southwest Flawed Systems Were Inadequate and Exposed the Company to the Dangers of a Meltdown ...................................19

   C.  The Class Period Begins: Southwest Claims It Is Significantly Investing in Upgrading Its Flawed Systems .................................................22

   D.  Southwest's June Meltdown: Defendants Blame a Vendor, Human Error, and Bad Weather, and Misleadingly Deny Technology Is The Real Problem ......24

   E.  After the June Meltdown, Defendant Kelly Announces That He Will Be Stepping Down as Southwest's CEO in February 2022 ........................26

   F.  SWAPA Continues to Bring Southwest's Flawed Systems To Management's Attention And Management Continues to Ignore the Issue...................26

   G.  Southwest's July 22, 2021 Earnings Call: Defendants Kelly, Nealon and Van de Ven Address the June 2021 Disruption and Blame Everything Under The Sun For The Meltdown -- Except Southwest's Flawed Systems ........27

   H.  The September 9, 2021 Cowen Conference: Southwest Again Reassures Investors Technology Is Not a Concern................................................30

   I.  Southwest President Nealon Resigns...................................................31

   J.  The October Meltdown: Defendants Continue to Reassure the Market That Technology Is Not The Problem........................................................32

   K.  SWAPA Criticizes Southwest Management For Dismissing the Company's Urgent Technology Problems – But Analysts Follow Management's Misleading Narrative About Southwest's Technology............................37

   L.  Southwest Continues to Blame One-Off Issues for the October Meltdown and Reassures the Market That Southwest's Technology Is In Good Order...............38

M.  In the Wake of Two Meltdowns, Southwest's Board Raises Defendant Jordan's Pay and Doubles His Incentive Compensation, and Southwest Continues to Claim to Significantly Invest In Its Flawed Systems ...................39

N.  SWAPA's Board Sends An Open Letter to Defendants Jordan and Van de Ven .39

O.  Defendants Continue to Obfuscate Southwest's Technology Problems on Southwest's April and July 2022 Earnings Calls....................................................40

P.  Defendant Van de Ven Resigns – The Third Southwest Resignation in 15 Months ...........................................................................................................42

Q.  Analysts Presciently Ask Defendants If Southwest Is Ready For The Upcoming Winter..................................................................................................42

R.  SWAPA's November 2022 Podcasts Paint Southwest As Being On The Brink Of A Complete Meltdown .......................................................................43

S.  Rather Than Fix Its Flawed Systems to Avoid a Major Meltdown Because That Was Supposedly "Too Expensive", Southwest Distracts Investors With $1.8 Billion In Dividends..............................................................................45

T.  Two Weeks Before Southwest Implodes, Executives Again Reassure Investors that the Company's Technology is Fine ....................................................45

U.  In December 2022, Southwest Suffers an Epic Meltdown -- Lasting Over A Week And Stranding 2 Million Passengers During Christmas..........................47

    1.  December 21, 2022 .........................................................................47

    2.  December 22, 2022 .........................................................................47

    3.  December 23, 2022 .........................................................................49

    4.  December 24, 2022 .........................................................................50

    5.  December 25, 2022 .........................................................................52

    6.  December 26, 2022 .........................................................................52

    7.  December 27, 2022 .........................................................................57

V.  In A Bombshell Leaked Transcript Of An Internal Call, Defendant Watterson Admits to Southwest Employees That The Company's Flawed Systems Are Woefully Inadequate -- And the Cancellations Continue ......................................59

    1.  December 28, 2022 .........................................................................61

    2.  December 29, 2022 And December 30, 2022 ...........................................63

|    | 3. | December 31, 2022 ..................................................................63 |

| W. | Southwest Takes a Massive Loss – Compensating The Millions of Passengers It Stranded and Belatedly Spending Over $1 Billion to Upgrade its Technology Systems ...............................................................................65 |

| X. | Fifteen Senators Send An Open Letter to Defendant CEO Jordan, Charging Southwest With Causing the Epic Meltdown ........................................................67 |

| Y. | Southwest Further Acknowledges The Problems With Its Flawed Systems .........68 |

| Z. | Adding Insult to Injury, Southwest Awards Seven Executives, Including Defendants Kelly, Jordan, Watterson, and Romo $8 Million in Bonuses One Month After Overseeing the Epic Meltdown ........................................................70 |

| AA. | The Senate Holds a Hearing on the Epic Meltdown and Excoriates Defendants For Their "Epic Screw-Up" ........................................................71 |

| BB. | Southwest Releases a Report Announcing Specific Plans to Upgrade Its Flawed Systems ...............................................................................73 |

| CC. | Post-Class Period Developments……………………………………………….. 75 |

| V. | DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS ........................................................................................ 75 |

| A. | Southwest Files Its 2019 Annual Report and Claims That It Is Significantly Investing in the Company's Critical Scheduling Systems .....................................75 |

| B. | Southwest Files Its First Quarter Report On April 28, 2020 and Makes Generic Risk Disclosures About Events Outside of the Company's Control, Without Acknowledging Technology Problems Within Its Control That Were Being Ignored ...............................................................................80 |

| C. | Southwest Files Its Second Quarter Report On July 27, 2020 and Continues to Make Generic Risk Disclosures About Events Outside of the Company's Control Without Acknowledging Problems Within Its Control That Were Being Ignored...............................................................................82 |

| D. | Southwest Files Its Third Quarter Report On October 27, 2020 And Again Generically Warns About Events Outside of the Company's Control Without Acknowledging Technology Problems Within Its Control That Were Being Ignored ...............................................................................83 |

| E. | Southwest Files Its 2020 Annual Report On February 8, 2021 and Highlights Its Continued Investment In and Execution on Major Technology Projects Including Its Scheduling Systems .........................................................85 |

iii

F.  Southwest Files Its First Quarter Report On April 27, 2021 And Again Generically Warns About Events Outside of the Company's Control, Without Acknowledging Technology Problems Within Its Control That Were Still Being Ignored....................................................................................90

G.  Southwest Blames a Host of Issues For The June Meltdown and Sidesteps the Real Issue – The Company's Systemic Technology Problem..............................92

H.  Southwest Holds Its Second Quarter Earnings Call On July 22, 2021, During Which Defendants Blamed Weather and Minor Technology Issues, But Not Its Flawed Systems, For The June Meltdown.........................................95

I.  Southwest Files Its Second Quarter Report On July 27, 2021, Again Generically Warning About Events Outside of the Company's Control Without Acknowledging Problems Within Its Control That Were Being Ignored.................................................................................104

J.  On September 9, 2021, Defendant Jordan Participates in the Cowen Global Transportation & Sustainable Mobility Conference..............................................105

K.  Just Four Months Later, Southwest Experiences Another, Larger Meltdown Spanning Three Days In October 2021 – The Company Responds By Laying Blame on a Host of Issues, But Not on the Company's Technology.................106

L.  Southwest Holds Its Third Quarter Earnings Call on October 21, 2021, Explaining Away the Company's Profound Problems With Its Flawed Systems .........................................................................................112

M.  Southwest Holds Its Investor Day On December 8, 2021, Continuing to Obfuscate the Company's Flawed Systems.........................................................119

N.  Defendant Jordan Participates in a January 15, 2022 Interview to Discusses Southwest's Technology, Representing Generically And Without Urgency That the Company Would Eventually "Modernize" ..................................................119

O.  Southwest Issues Its 2021 Annual Report on February 7, 2022, Again Stressing The Company's Significant Investment In Its Scheduling Technology ..............121

P.  Southwest Holds Its 1Q22 Earnings Call And Issues Its 1Q22 Form 10-Q And Continues Issuing Misleading Statements About Its Flawed Systems...............126

Q.  Southwest Holds Its Quarterly Earnings Call on July 28, 2022 And Files Its 2Q22 Form 10-Q on August 2, 2022 – Continuing To Tout Technology Investments And Improved Operational Reliability...........................................130

R.  Southwest Holds Its 3Q22 Quarterly Earnings Call on October 27, 2022 And Files its 3Q22 Form 10-Q on October 31, 2022, Touting Improved Scheduling Systems And Claiming To Be Ready For the Upcoming Holiday Season..........135

S.      On December 7, 2022, Southwest Hosts An Investor Day And Defendant
        Jordan Claims Southwest Has "Plans To Help Lessen the Impact of
        Disruptions" -- While Ignoring the Ticking Time Bomb of the Flawed
        Systems ...................................................................................................140

T.      December 21, 2022 Through January 3, 2023: Winter Storm Elliot Hits;
        Southwest Downplays the Unique Impact of the Storm On Southwest
        While Its Technology Collapses, Stranding Millions of Customers During
        Christmas ...............................................................................................142

U.      January 26, 2023: Southwest Reveals the Estimated $1.3 Billion Cost for
        Remedial Measures to Address the Flawed Systems – While the Details of the
        Measures Was Not Yet Disclosed ..........................................................152

V.      March 14, 2023 JP Morgan Industrials Conference ................................154

VI.     ADDITIONAL SCIENTER ALLEGATIONS .................................................... 156

A.      The Individual Defendants Knew or Recklessly Disregarded That Their
        Statements Were False and Materially Misleading And Omitted To
        Disclose Material Facts ..........................................................................156

        1.      Defendants Were Repeatedly Warned For Years by Southwest's
                Employee Unions That Southwest's Scheduling and Communications
                Systems Could Not Handle Inevitable Inclement Weather Events .........156

        2.      The Bombshell Transcript of the December 2022 Phone Call of
                Defendants Watterson and Jordan with Employees Strongly
                Supports Their Scienter...........................................................160

        3.      Defendant Jordan Admits He Knew of the Unique Problems Southwest
                Faced With the Flawed Systems On December 24, 2022.......................161

B.      Defendants Were Motivated to Commit Fraud Because Their Compensation
        Was Heavily Dependent On Southwest's Stock Price.........................................161

VII.    LOSS CAUSATION ...................................................................................162

VIII.   CLASS ACTION ALLEGATIONS ................................................................165

IX.     APPLICABILITY OF PRESUMPTION OF RELIANCE.............................................167

X.      NO SAFE HARBOR ...................................................................................169

XI.     CAUSES OF ACTION.................................................................................169

PRAYER FOR RELIEF ........................................................................................ 173

JURY TRIAL DEMANDED ....................................................................................................... 175

Lead Plaintiff Michael Berry ("Lead Plaintiff") and additional named plaintiff Jay Almer (together, "Plaintiffs") bring this amended complaint on behalf of themselves and all persons or entities who purchased Southwest Airlines Co. securities between February 4, 2020 and March 14, 2023, inclusive (the "Class Period"), against Defendants Southwest Airlines Co. ("Southwest" or the "Company"), Gary Kelly, Tammy Romo, Robert Jordan, Michael Van de Ven, Thomas Nealon, and Andrew Watterson (collectively, the "Individual Defendants" and with Southwest, "Defendants") for violations of the Securities Exchange Act of 1934 (the "Exchange Act").[1]

Plaintiffs, individually and on behalf of all other persons similarly situated, by and through their attorneys, allege the following upon information and belief, except as to the allegations concerning Plaintiffs, which are based upon their personal knowledge.  Plaintiffs' information and belief is based upon, among other things, their counsel's investigation, which includes without limitation, review and analysis of: (a) regulatory filings made with the Securities and Exchange Commission ("SEC"); (b) press releases, analyst reports, news articles, and other publications; (c) Southwest's earnings and other investor conference calls; (d) other public statements made by Defendants; (e) Southwest Airlines Pilots Association ("SWAPA") press releases and podcasts; (f) press releases from Southwest Flight Attendants' Union, Transport Workers Union of America Local 556 ("TWU"); and (g) written and oral testimony before the Senate.  Plaintiffs believe that substantial additional evidentiary support exists for the allegations herein and will be revealed through continued investigation and discovery.

---

[1] All emphasis is added unless otherwise noted.

## I.      NATURE OF THE ACTION

1.      In December 2022, at the height of the holiday season, Winter Storm Elliott hit the U.S., wreaking havoc on airports and causing mass flight cancellations.  While every other major U.S. airline was able to weather the storm and timely recover from the disruption, Southwest suffered an unprecedented operational meltdown, costing it billions of dollars and affecting approximately two million passengers whose plans were ruined (the "Epic Meltdown").  During a Senate hearing to understand what went wrong at Southwest, the Company's historic meltdown was described as an "epic failure" by SWAPA President Captain Casey Murray ("Capt. Murray") and an "epic screw-up" by Senator Ted Cruz.  Southwest's COO, Defendant Watterson, profusely apologized for the debacle and unambiguously testified, "[l]et me be clear. We messed up".  Defendant Watterson's testimony was the understatement of the century.  Indeed, Southwest's Epic Meltdown could have been avoided had Defendants heeded years of repeated warnings from Southwest's unions, including SWAPA and TWU, to upgrade the Company's outdated and inadequate scheduling systems.[2]

2.      Since 2017, Defendants were continually cautioned by Southwest's frontline employees that the Company's Flawed Systems were deficient given the size and complexity of Southwest's operations. The Flawed Systems were easily overwhelmed during scheduling

---

[2] Throughout the Class Period, and unbeknownst to investors, Southwest used a patchwork of decades-old, unoptimized, and incompatible scheduling software, including: (1) "Skysolver", a program that Southwest relied on to coordinate pilots and crew with flights; (2) "Baker," a program that Southwest relied on to coordinate changes to planes and passenger routings; and (3) CHATNOC, Southwest's archaic communications systems, which Southwest relied on for pilots and crew to learn what flights they were staffed on and book hotels to ensure compliance with federal rest requirements (collectively, the "Flawed Systems").  Among its key problems, the Flawed Systems had an exceedingly low capacity for handling flight cancellations – just 200-300 at a time, or a mere 5 to 7.5% of Southwest's 4,000 daily flights (hereinafter, "Low Capacity").

irregularities caused by, *inter alia*, severe weather ("Irregularities"), which prolonged any hope of achieving a timely recovery to normal operations and rendered Southwest uniquely and profoundly vulnerable to meltdowns. Nevertheless, Defendants ignored these warnings, and, even worse, shrugged off a series of escalating meltdowns in January 2014 (the "Midway Meltdown"), July 2016 (the "Router Burnout"), June 2021 (the "June Meltdown") and October 2021 (the "October Meltdown"), that should have convinced them to heed the unions' ominous prophesy that Southwest was just one event away from a "complete meltdown".

3.     Rather than avoid a major disaster, which was all but inevitable if they did not fix the Flawed Systems, Defendants confidently told the market that Southwest was a "technology company" with "wonderful" systems, and that the Company was "well resourced" and proactively investing in and executing on "major [technology] projects" that specifically included modernizing the Company's already "terrific" scheduling systems. But, in fact, throughout the Class Period, Defendants made no meaningful upgrades to the Flawed Systems, unconscionably exposing Southwest to meltdowns.

4.     When specifically asked by analysts whether Southwest's technology played a role in the meltdowns leading up to the Epic Meltdown, Defendants emphatically assured the market that Southwest's technology was not the problem and that the Company's "wonderful" systems worked as they should. Instead, Defendants blamed a series of purported one-off anomalies like "human error", third-party vendors, staffing, bad weather, and even rocket launches – essentially everything but the Company's Flawed Systems – for those meltdowns.

5.     After the Epic Meltdown, Defendants could no longer explain away the grave problems with the Flawed Systems or leave them unaddressed. Lawmakers held a public hearing in February 2023, excoriating Defendants for misleading the public and inexcusably failing to

address years of repeated warnings to address the exact problems that led to the Epic Meltdown. In March 2023, Defendants laid out a $1.3 billion modernization plan to upgrade Southwest's Flawed Systems and reported hundreds of millions of dollars in losses attributed to the Epic Meltdown.  The Department of Transportation ("DOT") and Department of Justice ("DOJ") have since launched investigations into Southwest, which remain ongoing.  The revelation of the truth wiped out billions of dollars in shareholder value for Southwest stockholders.

6.      This is a securities class action brought on behalf of all persons and entities that purchased or otherwise acquired Southwest securities between February 4, 2020 and March 14, 2023, inclusive, as more fully defined in Section VIII. Plaintiffs pursue claims against Defendants under the Exchange Act.

7.      Southwest operates the largest domestic passenger airline that provides scheduled air transportation in the U.S. and near-international markets.  The airline was founded in 1971 by Herb Kelleher with three Boeing 737 aircraft serving three Texas cities.[3]  By the start of the Class Period, Southwest had grown tremendously – with a total of 747 Boeing 737 aircraft, serving destinations in 40 states and abroad.  The airline operates about 4,000 daily flights with a five-to six-person flight crew. The logistics of scheduling daily flights with appropriate and adequately rested crew members is a complex and critical operation for any major airline, and one that is heavily dependent on the use of scheduling software.  For Southwest, however, it is an even greater challenge.

---

[3] Defendant Kelly succeeded Kelleher as CEO in 2004, and under his regime installed Defendant Nealon as President, Defendant Romo as CFO, and Defendant Van de Ven as COO.  Defendant Jordan took over for Kelly as CEO in February 2022, and Defendant Watterson would take over for Van de Ven as COO in October 2022.

8.     Unlike most U.S. airlines, which operate a "hub-and-spoke" route structure that concentrates operations at a few central hub cities, Southwest operates a "point-to-point" route structure, flying directly from one city to another without a hub.  As such, Southwest's pilots, crew, and planes are invariably de-centralized and dispersed. Thus, when Irregularities arise, Southwest has a greater organizational challenge than its peers, and having adequate scheduling software with sufficient bandwidth to crunch solutions is vital to Southwest's ability to recover from disruptions and timely and accurately re-assign crews and reschedule flights.

9.     Years before the Class Period, and throughout it, Southwest's frontline employees, represented by SWAPA and TWU, warned Defendants that Southwest's Flawed Systems were way behind the Company's growth and the complexity of its point-to-point model.  Among other things, they warned that the version of SkySolver that Southwest used had Low Capacity for disruptions and, thus, Irregularities causing more than 200-300 cancellations at once would easily overwhelm SkySolver – preventing a timely recovery and forcing Southwest to engage in an unwieldly process of manually re-assigning flights, pilots, and crew.  All airlines are forced to deal with Irregularities, but due to its Flawed Systems, only Southwest was paralyzed by them and unable to timely return to normal operations.

10.     SWAPA and TWU also repeatedly warned Defendants that Southwest's Flawed Systems did not function well together because, *inter alia*, Baker's flight data was not pre-aligned with SkySolver's crew availability data. Thus, SkySolver could not link scattered crew members to scheduled flights. In Capt. Murray's words, this failure of interaction resulted in Southwest lacking "the capacity to provide crew solutions for massive, close-in flight cancellations".

11.     Additionally, SWAPA and TWU warned Defendants that Southwest's archaic scheduling communications systems for pilots and crew frustrated Southwest's recovery efforts

even further.  In the event of Irregularities, pilots and crew often had to wait on telephone holds for hours to learn what flights they were staffed on, and to book hotel rooms to ensure they were compliant with the federal requirements for mandatory pilot rest.  Southwest pilots often spent so much time in holding patterns that they could not accept their flights in the end, causing further disruptions.  With all these profound problems, SWAPA and TWU cautioned that Southwest was on the verge of a "complete meltdown", but Defendants failed to act.

12.     On February 4, 2020, the start of the Class Period, Southwest issued its 2019 Annual Report on Form 10-K.  In the report, Defendants claimed that Southwest continued to "invest significantly" in its scheduling systems when, in fact, Southwest made no meaningful upgrades to address the problems with the Flawed Systems that SWAPA and TWU warned about. Shortly thereafter, the COVID-19 pandemic intensified in the U.S., putting a stop to air travel for some time, and focusing the world on greater health and safety concerns.

13.     One year later, on February 8, 2021, Southwest issued its 2020 Annual Report on Form 10-K. This time, Defendants told the market that despite the financial strains caused by the pandemic, Southwest continued to invest in and execute on "major" technology projects, including its scheduling system upgrades when, in fact, Southwest had still made no meaningful upgrades to address the problems with the Flawed Systems.

14.     As air travel picked up in 2021, SWAPA and TWU's warnings were reinforced by a series of meltdowns caused by the Flawed Systems.  On June 14, 2021, Southwest delayed 1,541 flights (about 41% of its schedule) and reported a network connectivity issue with weather data. The next day, on June 15, 2021, the network connectivity issues were resolved, but Southwest canceled another 500 flights, or 15% of its schedule, due to "technology issues" that uniquely impacted the airline's ability to adequately restore services.  The delays and cancellations persisted

for a third day on June 16, 2021.  Rather than acknowledge that Southwest's ability to timely recover from Irregularities was stymied by the Flawed Systems, Defendants blamed the three-day event on a vendor and bad weather. And while they also acknowledged some "technology issues", they stressed that there were no real technology problems at Southwest and chalked the "technology issues" up to mere "human error" and "mistake".  Investors, thus, had no cause for broader concern as the June Meltdown was cast as an anomaly, and Defendants claimed to proactively invest in technology.

15.     Just four months later, in October 2021, Southwest suffered another meltdown due largely to its Flawed Systems.  On October 9, 2021, after bad weather hit Florida, the Flawed Systems again failed, causing a massive outage over the course of several days and resulting in the cancellation of more than 2,000 flights.  While the inclement weather initially impacted all airlines flying in and out of Florida, only Southwest was unable to timely resume service when the bad weather subsided. This time, Defendants blamed the meltdown on weather, understaffing, and air traffic control – and again told the market that its scheduling systems were not the problem and could handle Southwest's operations just fine.

16.     On the next day, October 10, 2021, SWAPA published an article explaining that the October Meltdown was primarily caused by Southwest's Flawed Systems, noting that the Company's "operation has become brittle and subject to massive failures under the slightest pressure." SWAPA also stated that "its employees have endured continuous and unending disruptions since the first time our airline made headlines in early June due to widespread IT failures" and that "what was a minor temporary event for other carriers devastated" Southwest.

17.     On news of the October Meltdown, Southwest stock fell from a $53.92 closing price on Friday, October 8, 2021 to close at $51.67 on the next trading date, Monday, October 11, 2021, a decline of approximately 4.17%.

18.     On October 12, 2021, during an interview on CNBC's "Squawk on the Street," Defendant Kelly confidently told host Jim Cramer that Southwest did not have "a lack of technological capability," and even went so far as to extol Southwest's technology as "wonderful". This was the pattern – any criticism of the Flawed Systems was met with false assurances from Defendants that the systems were sound, and any operational hiccups were cast as one-off events. In this way, Defendants were able to mitigate investor and consumer concern and continue to mislead the market that the Flawed Systems did not place Southwest's operations in jeopardy.

19.     On April 13, 2022, SWAPA's Board of Directors sent an open letter to, *inter alia*, Defendants Jordan and Van de Ven, stating that "[s]ince 2017, SWAPA has identified and offered solutions to address numerous systemic failures in our airline's network and scheduling processes that have now escalated out of control," and that Southwest's "antiquated scheduling processes and technology simply can't handle the complexities of today's network."  Defendants did not publicly address the SWAPA Board's letter.  Instead, they continued to ignore SWAPA's warnings, rejected SWAPA's data-supported proposals to upgrade the Flawed Systems, and claimed the systems were more than fine.

20.     In November 2022, Capt. Murray was interviewed on a SWAPA podcast during which he prophetically stated that Southwest was "one thunderstorm, one air traffic control event, one IT router failure away from a complete meltdown. Whether that's Thanksgiving or Christmas or New Year, that's the precarious situation we are in."

21.     Just one month later, on December 21, 2022, Winter Storm Elliot hit the Midwest. Initially, all airlines were forced to cancel flights, but, as the storm subsided, every airline quickly recovered from the resulting flight disruptions – except Southwest. Southwest, over the next week, completely fell apart with ten days of cascading cancellations (thousands each day) that the Company's Flawed Systems could not handle.  All told, Southwest canceled over 16,700 flights, over 60% of its flights on some days during the crisis. Southwest stranded millions of people, all during the holiday season – the busiest travel time of the year and vital for customer goodwill.

22.     Although Defendants initially followed their now routine narrative of blaming the weather, suggesting all airlines were equally impacted, that was not the case, and they knew it. The gravity of the unique and profound problem facing Southwest, however, began to become publicly apparent on December 26, 2022 and December 27, 2022, as the bad weather subsided and other major airlines were recovering, while Southwest continued to unravel with increasing waves of cancellations.   On December 26, 2022, SWAPA and TWU publicly took Southwest's management to task for their continuing failure to address the Flawed Systems.

23.     On December 27, 2022, Southwest's flight cancellations continued.  Even though the storm was over, Southwest canceled more than 2,600 more flights, or more than 66% of its 4,000 scheduled flights, adding more load to its already massively overwhelmed Flawed Systems. That same day, CNN published an article titled *Why Southwest is Melting Down*, citing a bombshell transcript of an internal phone call – never meant for public consumption – between Defendants Watterson and Jordan and various Southwest employees.  During that call, Defendant Watterson admitted to Southwest's "lack of tools" and that "[t]he process of matching up [crew members] with the aircraft could not be handled by our [current] technology."   Defendant Watterson also stated that "[i]n our desired state, we have a solver that would be able to do that

very quickly and very accurately"; instead, Southwest was forced into the impossible process of manually trying to fix the fallout from the Epic Meltdown.

24.     On this news, including Southwest's continuing and increasing flight cancellations, Southwest stock fell from a closing price of $36.09 on December 23, 2022, to a closing price of $33.94 on the next trading day, December 27, 2022, a drop of over 5%.

25.     On December 28, 2022, Southwest's cancellations did not let up.  Southwest canceled over 2,500 more flights, or over 60% of its scheduled flights for the day, further overwhelming the Flawed Systems. TWU President Lynn Montgomery ("Montgomery") chastened Defendants to NPR's Ari Shapiro, stating that "TWU [] has told the company over the years – the pilots union has said the same thing – that we need to invest in our IT infrastructure, that the systems we have in place cannot handle the operation that we utilize today."  Also on December 28, 2022, news media outlets such as *CNN*, *NBC*, and *Bloomberg* reported on the unique and critical role that the Flawed Systems played in causing the meltdown, as well as the looming threat of regulatory action.  In particular, DOT Secretary Pete Buttigieg told news agencies that the DOT would be scrutinizing Southwest – the only airline unable to timely recover from Elliott – for the Epic Meltdown.

26.     On this news, Southwest stock fell from a closing price of $33.94 on December 27, 2022 to close on December 28, 2022 at $32.19, a drop of over 5%.

27.     On December 31, 2022, Defendant Jordan announced that "[w]e have plans to invest in tools and technology and processes, but there will be immediate work to understand what happened" – even though Defendants already understood what happened and why it happened, having received years of data-supported warnings from the airline's key unions.

28.     As the market learned that the Company finally admitted serious problems with its Flawed Systems and would upgrade them – obviously at a huge cost – Southwest stock fell from a closing price of $33.67 on December 30, 2022, to close on January 3, 2023, the next trading date, at $32.60 per share.

29.     On January 4, 2023, Senator Maria Cantwell, Chair of the Senate Committee on Commerce, Science, and Transportation (the "Committee") announced that the Committee would hold hearings to review the "causes and impacts" of Southwest's "massive operational [] failures". One week later, on January 12, 2023, fifteen sitting Senators sent Defendant Jordan a letter demanding that Southwest explain the causes of its mass cancellations and "ensure that [] this [] never happens again." The Senators noted this meltdown was not the result of a bad winter storm as other airlines – unlike Southwest – recovered quickly.

30.     On January 26, 2023, Southwest held an earnings conference call.  During that call, Defendant Watterson admitted that "a combination of our processes and the technology couldn't keep up with the pace of cancellations at the height of the weather disruption", and Defendant Jordan stated that Southwest was now budgeting $1.3 billion for technology investment, IT maintenance, and operational modernization investments for 2023.  Southwest also announced that its Board of Directors had established an Operations Review Committee – which the Company should have had prior – to work with management on the Company's response to the Epic Meltdown, and that it had sustained approximately $300-$350 million in a negative revenue impact as a result of reputational damage caused by decreased bookings.  The Company further stated that it had hired consultant Oliver Wyman to analyze the Epic Meltdown and the Flawed Systems and that Southwest would report its findings back to the market. But it was too little too late.

11

31.     As the market learned some details about Southwest's remedial measures, including the staggering $1.3 billion cost of redressing the problems with the Flawed Systems, Southwest stock fell from a closing price of $36.87 on January 25, 2023, to a closing price of $35.70 on the next trading day, January 26, 2023, a drop of over 3%.

32.     Adding insult to injury, on February 3, 2023, despite overseeing the largest meltdown in airline history, seven Southwest executives were awarded a total of $8 million in bonus stock, including Defendants Kelly, Jordan, Romo and Watterson.

33.     On February 9, 2023, the Committee held a hearing to "review the causes and impacts of recent air travel disruptions [including] Southwest Airlines' operational meltdown in December 2022 [that] left millions of people stranded during the holidays."  During this hearing, Defendant Watterson admitted under oath that Southwest had "messed up" and Capt. Murray testified at length about Southwest's years-long refusal to address the Flawed Systems.

34.     On March 14, 2023, Southwest announced at the JPMorgan Industrials Conference that Oliver Wyman's work reviewing the Epic Meltdown was largely complete. Southwest unveiled a three-part tactical action plan to upgrade the Flawed Systems, including software to address a "functional gap" in scheduling that was made public by the Epic Meltdown, a plan to purchase additional deicing trucks and a new weather application to provide crews with better weather indications, and a plan to align various network and operations control teams under one leader.

35.     On this news, Southwest stock fell from a March 14, 2023 opening price of $31.59 per share to close that day at $30.53 per share.

36.     On April 21, 2023, after the close of the Class Period, it was announced that the DOJ and Federal Aviation Association ("FAA") were aiding the DOT's probe into Southwest.

37.     All told, Southwest investors lost billions of dollars as a result of Defendants' fraud.

## II.  JURISDICTION AND VENUE

38.     The claims asserted herein arise under and pursuant to the Exchange Act and certain rules promulgated by the SEC. Specifically, this Complaint asserts claims under: (1) Section 10(b) of the Exchange Act ("§10(b)") and Rule 10b-5 promulgated thereunder by the SEC, see 15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5; and (2) Section 20(a) of the Exchange Act ("§20(a)"), *see* 15 U.S.C. § 78t(a)).

39.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

40.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)) because Southwest is headquartered in Dallas, Texas.

41.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

42.     Lead Plaintiff Michael Berry bought Southwest securities during the Class Period. *See* Exhibit A.

43.     Additional named plaintiff Jay Almer bought Southwest securities during the Class Period.  *See* Exhibit B.

44.     Defendant Southwest Airlines, Inc. is incorporated in Texas and its principal executive office is located in Dallas, Texas. Southwest's common stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "LUV."

45.    Defendant Gary Kelly ("Kelly") served as Southwest's CEO from July 2004 to February 2022. Additionally, Defendant Kelly currently serves as the Executive Chairman of the Board of Directors of Southwest, a position he has held since February 2022. Defendant Kelly has been with Southwest since 1986, including serving as its President from July 2008 to January 2017, and CFO from June 2001 to July 2004.

46.    Defendant Tammy Romo ("Romo") has served as the Company's Executive Vice President & CFO since July 2015. Defendant Romo also been with Southwest since 1991, including serving as the Company's Senior Vice President Finance and CFO from September 2012 to July 2015.

47.    Defendant Robert Jordan ("Jordan") has served as Southwest's CEO, and member of the Board of Directors since February 2022. Defendant Jordan has been with Southwest since 1990, including serving as President since January 2023, Executive Vice President of Corporate Services from July 2017 to February 2022 and Chief Commercial Officer from September 2011 to July 2017.

48.    Defendant Michael G. Van de Ven ("Van de Ven") served as Southwest's COO from May 2008 through September 2022. Defendant Van de Ven also served as President from September 2021 through January 2023.

49.    Defendant Thomas Nealon ("Nealon") served as Southwest's President from January 2017 to September 13, 2021. Prior to that, Defendant Nealon served as Executive Vice President Strategy & Innovation from January 2016 to January 2017.  Defendant Nealon also served on the Company's Board of Directors from December 2010 until November 2015.

50.    Defendant Andrew Watterson ("Watterson") has served as Southwest's COO since October 2022. Prior to that, Defendant Watterson has worked for Southwest since October 2013,

during which time he served as the Company's Chief Commercial Officer and Chief Revenue Officer.

51.     Defendants Kelly, Romo, Jordan, Van de Ven, Nealon, and Watterson (collectively the "Individual Defendants"), because of their positions with the Company, made public statements to the market and possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## IV. SUBSTANTIVE ALLEGATIONS

### A.     Background about Southwest and Its Flawed Systems

52.     Southwest, the third largest airline in North America based on passengers flown, is headquartered in Dallas, Texas.  The airline was founded in 1971 by Herb Kelleher with three Boeing 737 aircraft serving three Texas cities – Dallas, Houston, and San Antonio.  In 2004, Defendant Kelly succeeded Mr. Kelleher as CEO of the Company.

53.     By February 2020, the start of the Class Period, Southwest had experienced meteoric growth.  As of that date, the airline had 747 Boeing 737 aircraft and served 101 destinations in 40 states, the District of Columbia, the Commonwealth of Puerto Rico, and ten near-international countries.  The airline, which now has approximately 66,000 employees,

operates approximately 4,000 scheduled daily flights during peak travel periods, each with a typical five-to six-person flight crew.

54.     Unlike most U.S. airlines, which operate a "hub-and-spoke" route structure that concentrates operations at a few central hub cities, Southwest operates a "point-to-point" route structure, flying directly from one city to another without a hub.  As such, Southwest's pilots, crew, and planes are typically decentralized and dispersed across the country.  Thus, while flight and crew scheduling is complex and critical for all major airlines, it is uniquely and particularly challenging for Southwest – and even more so when Irregularities occur.  Nevertheless, as SWAPA explained in its July 12, 2021 article titled *Investing in the Operation*, the "entire [airline] industry is built on contingency planning", so it is of utmost importance to ensure that the right staffing and technology are in place to ensure smooth operations, and timely recoveries when challenges persist. These Irregularities such as weather events are inevitable, and an airline's ability to recover from disruptions is a central factor on which its reputation is staked.

55.     Due to its size and point-to-point route structure, Southwest relies on software to manage its complex web of flight, pilot, and crew assignments.  Starting in the 1990's and throughout the Class Period, Southwest relied on a hodgepodge of decades-old scheduling software, including "SkySolver" and "Baker", to run its scheduling operations.  SkySolver is an off-the-shelf application, which Southwest relies on to assign pilots and crew to flights.  In conjunction with SkySolver, Southwest relies on Baker, a passenger scheduling application, which Southwest relies on to implement and optimize changes to planes and passenger routings.

56.     Unbeknownst to investors, throughout the Class Period, Defendants did not modernize, optimize, or upgrade SkySolver to address Southwest's growth and operational needs. On January 12, 2023, PAOP, an aviation organization that analyzes current events, published an

16

article titled, *Point-To-Point of Failure: How Southwest Airlines Melted Down*. The article compared Southwest's use of SkySolver, in relevant part, as follows: "SkySolver [i]s old… ancient by any standard.  Imagine telling your clients you run your operation on Windows 3.1 (1992). This is not an exaggeration – that is equivalent to what [SWA] is using to manage its operations."

57.     As the market would later learn, Southwest's unoptimized version of SkySolver may have been functional so long as there were no Irregularities, but it would unconscionably expose the Company to meltdowns when the application's utility was needed the most.  Among its key problems, SkySolver could only handle 200-300 short-notice flight cancellations at a time (*see* SWAPA publication, paragraph 196) – an extremely low percentage (5 to 7.5%) of Southwest's daily scheduled point-to-point flights.  As SWAPA later explained in its January 6, 2023 post-mortem analysis of the Epic Meltdown, "[s]hort-notice cancellations hamstring both SkySolver and schedulers as Pilots have less duty time, less remaining flights to reconnect Pilots to uncovered flying, and less time to crunch a solution."  In addition, Southwest lacked an automated backup solution for SkySolver.  Thus, in the event of a system overload, which was likely given its low capacity, Southwest was forced to resort to the impossible process of manually matching dispersed planes, pilots, and crew members. As such, Southwest was impeded from achieving timely recoveries from Irregularities, and was uniquely vulnerable to meltdowns.

58.     Additionally, Skysolver did not interact well with Baker.  As later explained by Capt. Murray in his written February 9, 2023 testimony to the Senate, Southwest's "Flight Dispatch department processes delays and cancellations through" Baker – but "'Baker' "does not effectively account for crew requirements".  Thus, Southwest's In-Flight Scheduling Department would receive flight changes from Flight Dispatch based on Baker – but those changes made assumptions about crew availability that were invariably wrong.

17

59.     SWAPA further explained the problematic interaction between SkySolver and Baker in a January 6, 2023 article titled *SWAPA Provides In-Depth Look at Winter Meltdown*, which stated, in relevant part, that because "Baker [] has minimal programming pertaining to crew…you end up with a recovery plan that looks pretty but is doomed because it isn't aligned with crew availability" from SkySolver.  Crew availability is dependent on, among other things, complying with strict FAA regulations governing the number of hours flown and mandatory rest periods.

60.     Further compounding these problems, Southwest's communications systems for pilots and crew fueled the fire when Southwest's Flawed Systems were already overwhelmed. Southwest did not have an automated, internet-based system for flight and crew scheduling changes.  Thus, Southwest's pilots and crew would have to resort to calling Southwest to learn key information, including assigned routes, route changes, hotel availability, etc.  Pilots and crew often had to wait for hours on hold trying to learn what flight they were assigned to and/or trying to get hotel rooms to comply with rest requirements.  Southwest's communications systems were so inadequate that pilots often could not accept flights because they spent so much time waiting for their assignments that flying would violate federally-mandated rest rules resulting in the flight needing to be delayed or cancelled again, and the scheduling process would need to restart.

61.     Throughout the Class Period, investors were kept in the dark about these problems, but Southwest's frontline employees, and particularly SWAPA and TWU, were acutely aware of them for years, and repeatedly brought them to Defendants' attention since at least 2017 to no avail.  As a result, at all times relevant, Southwest's scheduling operations were a ticking time bomb waiting for the perfect opportunity to detonate into a huge disaster.

**B.** **From as Early as 2014, Southwest's Frontline Employees Repeatedly Warned Defendants That Southwest Flawed Systems Were Inadequate and Exposed the Company to the Dangers of a Meltdown**

62.     Southwest claims its employees are the most valuable assets of the Company. In the Company's 2020 "OneReport", an annual report summarizing corporate initiatives, Defendant Kelly stated that "[w]e are not simply a Company of planes – we are a Company of People. And it is the Heart of the People of Southwest Airlines that makes us who we are – yesterday, today, and forever."  In the teeth of this statement, Defendants repeatedly and inexcusably ignored years of warnings made by Southwest's frontline employees about the dangers of not fixing fundamental gaps in the airline's technology that exposed the Company to the dangers of a meltdown.

63.     SWAPA, the pilots' union, publishes articles and podcasts providing insight into Southwest's operations from the pilots' perspective and lobbies Southwest senior leadership to effect change within the Company.  The union has also routinely provided data and proposals to Southwest leadership to improve the Company's technology and operations.

64.     On July 12, 2021, SWAPA published an article titled *Investing in the Operation*, in which it recorded that from as early as 2014, SWAPA had been raising scheduling technology concerns to the attention of Defendants Kelly and Van de Ven.  In response to operational failures that stranded crew members, canceled flights, and displaced passengers at Midway airport in 2014, the article states, in relevant part, that:

> During [a] 2014 Midway Meltdown, dozens of crews were stranded without hotels and with no way to reach Crew Scheduling. I know many of you have experienced difficulties in contacting Crew Scheduling – thank you for your patience. Our Crew Scheduling phones are fully manned, and we expect call volume to return to more normal levels within the next couple of days.
>
> "***More than seven years and billions of dollars in profits later, Flight Operations still has no viable backup communications capability for our Pilots***. So when is enough, enough? When do we no longer extend grace for bad weather and events management claims are outside of their control? ***Our entire industry is built on contingency planning. To fail over and over, time and again, when the operation barely sustains itself is***

19

*unacceptable. SWAPA will continue to engage with management.* We will show clear data and analysis and argue with facts, not feelings. *Our Pilots have not caused our current situation, but we are offering the path forward. Unfortunately, the reality is that we will not succeed until management realizes that our current scheduling system is broken and that something, anything, has to be better. We have been arguing for change for at least four years without success."*

In response to the 2014 Midway Meltdown, Southwest management implemented superficial changes to its scheduling protocols, including increasing "turn times", the time periods scheduled between when a flight lands and when the aircraft is scheduled to take off again on its next flight, but the Company did not address the heart of the problem – the need to upgrade Southwest's Flawed Systems to ensure that they could sufficiently address the size and complexity of Southwest's operations, particularly in the event of a large schedule disruption.

65.     After approximately two more years of warnings without change, Southwest suffered another meltdown in 2016.  During a nearly five-day period in July 2016, Southwest experienced an operational and technology failure when a "system outage" on July 20, 2016 caused a ground stop of all Southwest flights for 12 hours.  When the ground stop was lifted, however, Southwest was unable to stabilize and resume normal operations because its Flawed Systems were completely overwhelmed by the volume of short-notice cancellations.

66.     The *Dallas Morning News* published an article titled *2300 Canceled Flights Later, Southwest Airlines Recovers from Technical Outage* on July 25, 2016 stating that "[a]lthough the outage was fixed about 12 hours later, the scale of the disruption wreaked havoc on Southwest's operations for the next several days as the Dallas-based carrier worked to get planes, crews and passengers where they were supposed to be."  This led to about 2,300 canceled flights, including 1,150 cancelled flights in a 24-hour period – far more than Southwest's version of SkySolver could handle.  In response to this outage, Defendant Kelly told the public this was a "once in a thousand-year flood" for Southwest, downplaying any cause for concern.

20

67.     After this incident, frustrated Southwest employee union leaders, representing 80% of the Company's frontline employees, continued to strongly urge management to update the Flawed Systems because they knew the issues were systemic and presented a profound risk to Southwest's operations. But Defendants Kelly and Van de Ven continued to ignore their pleas. The standoff escalated to a point where on August 1, 2016, SWAPA, TWU, the Company's Mechanics Union (AMFA), and the Company's Ground Operations Union (TWU 555), all voted "no confidence" in Defendant Kelly and Defendant Van de Ven.

68.     Commenting on the vote, in a press release titled *Southwest Airlines' Four Largest Unions Join Together in Demand for New Leadership* TWU President Audrey Stone stated on August 3, 2016 that "[o]ver the past several years, [] Kelly and [] Van de Ven have failed to recognize [the imminent risks to the Company's operations] and adequately fix the operational failures that continue to plague our airline".  Captain Jon Weaks, then-President of SWAPA, also commented in a press release on the same day that Southwest apparently cared more about "record-breaking revenues" than addressing the urgent concerns over the Flawed Systems:

> This is about more than just one failure in the operation...  After years of operational failures and a degradation of our culture that risks slowly eroding our loyal customer base, … we feel that our CEO and COO have broken the faith with both….
>
> ***[T]here has been an inability to prioritize the expenditure of record-breaking revenues toward investments in critically outdated IT infrastructure and flight operations. These decisions have directly lead [sic] to the operational failure at Midway Airport in January 2014, chaotic crew scheduling during the summers and holidays of 2014-2016, and our most recent 'meltdown' related to technological infrastructure this past month***. *Id.*

*See* August 1, 2016 press release titled *Southwest Airlines Pilots Union Board Completes 20-0 Vote of No Confidence in Southwest CEO Gary Kelly.*

69.     In an August 1, 2016 press release titled *Aircraft Mechanics Fraternal Association Joins Southwest Airlines Pilots Association in Vote of 'No Confidence' for Southwest Airlines CEO*

*and COO*, AMFA National Director Louie Key also stressed the ongoing "technology failure" at Southwest and prioritization of "profit over people":

> The technology failure was the final straw for our members, … The current leadership has... eroded the company culture … and continued to put Band-Aids on its operational systems rather than invest in company upgrades. … A 'profit over people' structure has overtaken the company... [AMFA members] stand with the pilots in calling for the replacement of CEO Gary Kelly and COO Mike Van de Ven, as they are undermining the culture and the values of the company.

70.     After the July 2016 meltdown, union leaders continued to urge an overhaul of Southwest's Flawed Systems, but management continued to brush them off. In 2017, Southwest's VP of Flight Operations rejected SWAPA's proposals to upgrade the Company's technology to prevent future meltdowns, callously stating that "[m]y team is the one to make it happen. SWAPA has no levers to pull here."

71.     On January 19, 2020, SWAPA met with Southwest's Labor Relations to formally give its "Contract 2020 proposal to the Company before we opened our official Section 6 negotiations."   SWAPA noted that in January 2020 it had "developed an entirely new section in Contract 2020 *dedicated to Information Technology (IT*) [and that it] "read [its] proposal to them line by line. That is not an exaggeration. You might think it was a stall tactic by Labor Relations, *but they told us repeatedly that they want to fully understand the new language*." As such, Southwest management meticulously reviewed the proposed contract. Nevertheless, Defendants still did not make any of the necessary changes to modernize and upgrade the Flawed Systems.

**C.     The Class Period Begins: Southwest Claims It Is Significantly Investing in Upgrading Its Flawed Systems**

72.     The Class Period begins on February 4, 2020, when the Company filed its Annual Report for the year ending 2019 on Form 10-K, which was signed by Defendants Romo and Kelly. The 10-K stated, *inter alia*, that Southwest was "invest[ing] significantly in technology resources including [] the Company's systems related to [] flight planning and scheduling, [] crew

scheduling, and [] technology infrastructure". The 10-K, however, did not acknowledge or disclose any of the fundamental problems with the Flawed Systems or the severe risks they presented. Instead, the 10-K provided general risk warnings regarding the Company's reliance on technology, tacitly characterizing the supposed technology investment upgrades as proactive measures.

73.     Approximately one month later, in March 2020, in response to the COVID-19 pandemic, airline travel came to a screeching halt, and preventing the spread of the virus became the top priority world-wide.  With fewer flights, fewer passengers, and fewer reservations, Southwest's technology infrastructure would not be meaningfully tested by inevitable Irregularities such as inclement weather events for some time.

74.     On February 8, 2021, Southwest filed its 2020 Annual Report on Form 10-K for the year ended December 31, 2021, which was signed by Defendants Kelly and Romo.  The 10-K stated, *inter alia*, that financial strains caused by COVID had narrowed Southwest's technology focus and deferred certain projects for the near term.  However, the 10-K stressed that Southwest "continued to invest in and execute on major technology projects including, among others, the Company's systems related to … flight planning and scheduling, including with respect to schedule changes and Customer reaccommodations … [and] crew scheduling".

75.     Unbeknownst to investors, after two years of supposed investment to upgrade Southwest's Flawed Systems, Defendants had still done nothing at all to fix the fundamental problems, and, as a result, Southwest remained unconscionably exposed as ever to suffering a meltdown in the event of inevitable Irregularities.

76.     As months passed, the COVID vaccine became increasingly available, and air travel was declared safe again, enabling airlines, including Southwest, to get back to business.  It

would not be long before Southwest's Flawed Systems would be given a stress test – a test they would again summarily fail.

> **D.** **Southwest's June Meltdown: Defendants Blame a Vendor, Human Error, and Bad Weather, and Misleadingly Deny Technology Is The Real Problem**

77. Beginning on June 14, 2021, Southwest suffered a three-day technology meltdown resulting in hundreds of thousands of stranded passengers and approximately 2,000 canceled flights. The June Meltdown, which grounded flights, was at first reportedly caused by a network connectivity issue with weather data from a third-party vendor that lasted just three hours. However, Southwest could not easily resume normal operations even after these technical difficulties subsided. The otherwise minor technology outage forced Southwest to cancel a high volume of flights on short notice, which, unbeknownst to investors, shocked its Flawed Systems, resulting in multi-day cancellations for the Company.

78. According to an NPR article first published June 14, 2021 and then updated on June 15, 2021, titled *Southwest Airlines Grapples With Another Outage, Halting Flights*, the June Meltdown began around 9:00 p.m. on June 14, 2021, when Southwest reported that due to "intermittent performance issues" with sending weather information to flight crews, the Company needed to "implement a ground stop". Also on June 14, 2021, NBC's San Diego News reported that Southwest stated that "problems with the airline's third-party weather information provider caused the massive flight delays nationwide." Southwest was quick to scapegoat the third-party vendor, but the real reason Southwest could not timely recover from this event was that the Company's Flawed Systems were overwhelmed.  By midnight, the connectivity issue was resolved, and the Company was able to resume some flight operations—but it could not restart operations. The short notice ground stop resulted in delays and cancellations of thousands of flights – far more than the 200-300 cancellations that SkySolver could process on short notice.

79.     On June 15, 2021, 1,541 Southwest flights were delayed. This represented delays on more than one third of Southwest's schedule that day.  News outlets, including CNBC, continued to report on the June Meltdown:

> Southwest [] canceled 500 flights, 15% of its schedule [on June 15, 2021] as it struggled with connectivity issues, a day after technical problem with a weather data supplier delayed hundreds of flights. The [FAA] briefly issued a nationwide ground stop for Southwest, which prevents its flights from taking off to avoid overwhelming destinations. As a result of Southwest's technological failure, tens of thousands of passengers were stranded at airports or unable to get to their destinations for Father's Day weekend.

80.     On June 15, 2021, Southwest continued to downplay the severity of the event and conceal the Company's profound scheduling system problems from the market. That day, Dan Landson, a Southwest spokesman, characterized the technology issue to news outlets as minor and resolved: "While our technology issues from Tuesday have been resolved, we are still experiencing a small number of cancellations and delays across our network as we continue working to resume normal operations."  But Southwest's problems persisted.

81.     On Wednesday, June 16, 2021, news outlets again reported that Southwest was delaying and canceling flights—now for a third consecutive day. On that date, The New York Times published an article titled, *Southwest Airlines Delays and Cancels Flights for a Third Day*. The article summarized the three-day affair, in relevant part, as follows:

> The headaches began with problems with a weather data supplier on Monday, then technical troubles on Tuesday, and the issues spilled over into Wednesday…. Hundreds of Southwest Airlines flights were delayed or canceled again on Wednesday as the company sought to resolve disruptions from earlier in the week amid a pickup in summer travel. The headaches for Southwest, which is widely credited for pioneering the low-fare airline business model, began on Monday night, when a problem with a weather data supplier prevented the airline from safely flying planes. The issue was resolved within hours, but on Tuesday the airline suffered its own technological problems, resulting in half of its flights that day being delayed and many being canceled, according to FlightAware, a flight tracking service. Spillover from that episode caused Wednesday's problems, the airline said. About 10 percent of Southwest's flights were canceled and another 19 percent were delayed by midafternoon, according to FlightAware….

25

82.     Investors were left in the dark that Southwest could not timely recover from the June Meltdown due to its Flawed Systems, and the Individual Defendants did not publicly comment on the June Meltdown until one month later.

83.     On this news, Southwest's share price fell $0.45 to close at $56.67 per share on June 16, 2021. The Company's share price continued to decline on June 17, 2021, falling another $1.10 per share to close at $55.57 on June 17, 2021.

### E.     After the June Meltdown, Defendant Kelly Announces That He Will Be Stepping Down as Southwest's CEO in February 2022

84.     On June 22, 2021, perhaps in recognition that this was just the start of the fallout from not updating the Flawed Systems, Defendant Kelly announced that he would be leaving his post as Southwest's CEO in February 2022. In a press release titled "Southwest Announces 2022 Executive Leadership Plans" and issued on June 23, 2021, Defendant Jordan (the incoming CEO but long-time Southwest executive with extensive experience in Southwest's technology department) stated: "I'm humbled, honored, and excited to be asked to serve as the next CEO … The Heart of Southwest is our People; they make the difference for our Customers, and I look forward to serving them."  As history would later prove, these words, which echoed Defendant Kelly's, again were without meaning.

### F.     SWAPA Continues to Bring Southwest's Flawed Systems To Management's Attention And Management Continues to Ignore the Issue

85.     Following the June Meltdown, SWAPA emphasized to Defendants that the problems with Southwest's Flawed Systems had to be resolved swiftly, with a long-term solution, otherwise, problems would continue to arise, including a possible major meltdown of operations.

86.     In a July 2, 2021 article titled *Southwest Airlines canceled 2,600 flights in June; crews say they're exhausted*, ABC News highlighted the wide discrepancy of June 2021 cancellations and delays between Southwest and other airlines:

26

Southwest canceled 2,687 flights in June according to flight tracking site Flightaware.com. In that same period, United canceled 189, Delta 106, and American canceled 2,423….

[B]esides cancellations, Southwest also saw 34,250 delayed flights in June, significantly higher than United which saw just 8,440 delayed flights during the same period. Delta delayed 11,057 flights in June, while American Airlines delayed 20,418, according to FlightAware….

87.     In a July 12, 2021 article published by SWAPA titled *Investing in the Operation*, SWAPA highlights some of the problems with Southwest's Flawed Systems and notes that these were recurring problems since 2016 – with still no action taken by Defendants to resolve them. The article states, in relevant part, as follows:

What is most concerning is that these issues are not new. After our crews suffered for days following the 2016 Router Brownout, VP of Flight Ops Craig Drew wrote: We are in the process of an ongoing investigation, but regardless of the outcome, I will be focusing my attention on the following items until they are resolved.

1. Hotels and how we manage them during IROPS [irregular operations] —leaving Crews on the curb for hours is not acceptable, period.

2. SkySolver and mobile applications. Although Crew Solver offers promising solutions during IROPS situations, it still has not achieved its full potential, and additional attention will be directed to improving its capability to produce hundreds of solutions within minutes, ***along with a bridge to the Baker system that will match our jets with Crews in a much more efficient manner***…

***Maybe the Company will never accept our help. Maybe we're doomed to massive operational failures that make national headlines every couple of years***. Maybe there's no escaping our passengers when they stop us in the airport and ask, 'What happened to Southwest?'

**G.     Southwest's July 22, 2021 Earnings Call: Defendants Kelly, Nealon and Van de Ven Address the June 2021 Disruption and Blame Everything Under The Sun For The Meltdown -- Except Southwest's Flawed Systems**

88.     Defendants finally addressed the June 2021 multi-day operational meltdown during Southwest's July 22, 2021 earnings conference call with analysts and members of the media. Through a series of tag-team statements, Defendants Kelly, Nealon and Van de Ven blamed the meltdown on a series of factors, including a third-party vendor, bad weather, and human error.

27

Though these defendants acknowledged that technology played some ambiguous role, they stressed that technology issues were minor and had been resolved. In sum, these defendants framed the June Meltdown as a unique event rather than a symptom of a pervasive and systemic technology problem plaguing Southwest.

89.     Indeed, Defendant Nealon confidently assured investors that the cause of the technology outage "was a human error…not a structural issue or investment level issue….just a simple human error. … [T]his was not a failure of technology, if you will, it was a human mistake." In light of these explanations by Southwest management, investors were not spooked by the June Meltdown, which they were led to believe did not have broad implications.

90.     During the call, analyst Alison Sider of the *Wall Street Journal* asked if Southwest would have done anything differently in planning for the summer with the benefit of hindsight. In response, Defendant Kelly confidently claimed that Southwest planned as well as it could for the weather, and characterized any technology issues it experienced as a minor "one-off thing[]":

> Q: I was wondering, I guess, with the benefit of hindsight, if there's anything you would do differently in planning for this summer or any additional sort of coordination that there might have been between kind of the network side and the operations side. Just as you look back, if you had the opportunity to kind of replan the summer all over again, if you would do anything differently?
>
> A: [Defendant Kelly] So weather, we factored in weather as best we could, and the weather was more spring-like in June, in particular, than normal. And so that kind of whacked us. ***That's out of our control. Technology are one-off things.*** And those are the 2 headline issues for June.

The weather is indeed out of Southwest's control, but planning for severe weather is not, and neither is ensuring that the Company has optimized scheduling systems in place to address Irregularities. Southwest's technology problems were far from "one-off" anomalies; rather, they were profound and systemic.

91.     Later in the call, analyst Stephen Trent of Citigroup Inc., inquired about Southwest's investment in IT systems.  In response, Defendant Nealon acknowledged the critical importance of technology to the airline industry:

Q [Trent]: Just a very quick one from me. Any sense whether, not just you guys, but any sense whether you think the industry might need to step up its IT spend post-pandemic?

A: [Defendant Nealon]: I think that this is a network that is so technology-dependent and so network-dependent that I think that's an area of investment that everyone's probably investing more in.

Defendant Nealon skirted the real issue – that Southwest badly needed to upgrade its Flawed Systems because it could not handle the size and complexity of Southwest's operations, and thus left the airline vulnerable to meltdowns in the event of inclement weather.

92.     Also speaking about the critical importance of technology to the airline, Defendant Kelly boldly characterized Southwest as a "technology company," and reassured the market that the airline had more than enough time, money, and personnel invested in its technology systems:

[W]e view ourselves as a technology company. We have an excellent team. We have ample dollars allocated for that effort. And one thing that the pandemic has done for us is it's made us a lot more efficient with our technology investment and management. And it's enabled a lot within the workforce as well. So I feel like we're better than ever at Southwest, and you can be sure that we're going to continue to make that a high strategic focus.

Investors hearing this level of confidence projected from Southwest's CEO, coupled with assurances in the Company's 10-K SEC filings about the significant investments the Company was making in technology systems, could not possibly have appreciated that Southwest's Flawed Systems left the Company unconscionably exposed to meltdowns.

93.     Perhaps in recognition of the emphasis Defendants Nealon and Kelly placed on the importance of technology to Southwest, Defendant Nealon quickly offered a new narrative on the June Meltdown – one that flatly rejected any concern for "technology issues" and chalked up the one-off event to "human error" and "mistake" rather than systemic problems at Southwest:

So just to be really clear, we did have a technology outage, which was pretty impactful. In fact, it really hindered [Defendant Van de Ven] in the operation in a very significant way. … And it really clogged things up and just made for a very rough situation. ***And I just wanted you guys to know that, first of all, it was not a cybersecurity issue. It was not a hardware failure. It was not an engineering failure or an architectural issue. It was a human error***. And it's just something that was a mistake made and we're dealing with it. ***But it was not a structural issue or investment level issue. It was just a simple human error.*** And we feel terrible about that. We got to be better than that, especially if you're going to be so dependent upon technology, you can't have mistakes like that. ***But this was not a failure of technology, if you will, it was a human mistake***. So we'll do better.

Thus, after over a month of providing the public with cagey responses suggesting that the outage was caused by a vendor, weather, staffing, or network connectivity, Defendant Nealon now added "human error".  Investors, thus, had no reason to suspect that Southwest had an ongoing and pervasive technology problem that could lead to disaster during Irregularities.

94.     Finally, although Defendant Kelly conceded he was "not surprised" at the "impact of the technology outages", he touted Southwest's on-time performance in the month of May, and once again reiterated that Southwest's technology was not the problem and that the "worst of it [was already] behind" the Company:

We had no problem with this 'new network' until mid-June. No problem whatsoever. We had great on-time performance all the way through May. So Yes. I will admit to you, and I take full responsibility for it, I was surprised. I wasn't surprised that the impact of the technology outages had, but it took quite an effort to work our way through the second half of June and the weather events…. [C]learly the worst of it is behind us in June.

Southwest executives' lengthy and confident explanations of the June Meltdown, which couched the event as an anomaly, comforted the market about any concerns it may have had with Southwest's technology.

**H.     The September 9, 2021 Cowen Conference: Southwest Again Reassures Investors Technology Is Not a Concern**

95.     On September 9, 2021, before becoming CEO — but while he was still Southwest's Executive Vice President of Corporate Services — Defendant Jordan gave a presentation at the

Cowen Global Transportation & Sustainable Mobility Conference. During this presentation, Helane Renee Becker-Roukas, MD & Senior Research Analyst at Cowen, much like at Southwest's earnings call, asked Defendant Jordan about the cause of the June Meltdown. Defendant Jordan blamed everything but the root cause, *i.e.*, the Flawed Systems, and characterized the issues as industry-wide, stating that the "airline industry needs to get back to our sort of our fighting capability or fighting way."

96.     During the same presentation, Becker-Roukas asked Defendant Jordan more about the Company's plans for technology improvements.  Defendant Jordan emphasized that he has deep experience with Southwest's technology department and explained that the Company has opportunities to improve its stability and operations through investing in technology, further assuring investors that management was making strides towards using technology to strengthen its operations, but failed to discuss that there was already profound problems with the Flawed Systems that placed Southwest's operations at risk. Thus, there was a urgent need to immediately address a known problem—not just an opportunity to improve:

> Q: [A]s you think about opportunities in the 2022 to 2025 time frame, what type of technology improvements do you think you can make that gets you to the next level?

> A: [Defendant Jordan] The technology is hard, by the way…. I started in technology here at Southwest Airlines. We had 18 people, and we have thousands at this point just because, it's to your point, of the role of technology. …. I think there are opportunities to continue to, through technology, improve processes, work on things related to how a -- turn efficiency as an example. So, there are a number of things that technology will help support and enable the operation.

## I.     Southwest President Nealon Resigns

97.     On September 13, 2021, Defendant Nealon abruptly resigned from his role as President of the Company, with his resignation taking effect immediately. The Board appointed Defendant Van de Ven to succeed Nealon and take over the position of President.

### J.       The October Meltdown: Defendants Continue to Reassure the Market That Technology Is Not The Problem

98.       Just four months after the June Meltdown, on Friday, October 8, 2021, Florida had inclement weather, including thunderstorms in the vicinity of Orlando that impacted many flights in and out of the region on all airlines.  Beginning on that date, Southwest suffered the October Meltdown, its second catastrophic operational failure in four months, this time with the Company cancelling more than 2,000 flights over several days while every other major airline rebounded and resumed operations as soon as the inclement weather ceased.

99.       On October 8, 2021, Southwest canceled 13% of its outbound flights from Florida. On Saturday, October 9, 2021, with the inclement weather of the prior day passed, Southwest still cancelled over 800 more flights.  Unbeknownst to investors, the mass of short notice cancellations strained Southwest's Flawed Systems to the point of failure, resulting in a massive multi-day operational meltdown that could only happen at Southwest. Indeed, other airlines were not as affected.  A CrankyFlier article, dated October 19, 2021 and titled *Southwest Continues to Irresponsibly Blame the Weather for Its Woes*, highlighted the disproportional impact on Southwest, stating that "Southwest canceled a third of its flights while Spirit [only] canceled 13 percent and Frontier just over 10 percent."

100.     Rather than acknowledge the cause of Southwest's inability to timely recover from the October Meltdown, Defendants again blamed the event on a combination of factors, but continued to conceal that Southwest's Flawed Systems were the real issue.  In that regard, on Saturday, October 9, 2021, Southwest tweeted that "ATC [air traffic control] issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend while we work to recover our operation."

32

101.    However, Air Traffic Control caught Southwest misleading the public about the

root cause of the October Meltdown red-handed. Air Traffic Control swiftly rebutted Southwest's

explanation and tweeted in response that the issues were only for a few hours on Friday and "***some***

***airlines***" (*i.e.* Southwest) were still dealing with non-ATC related issues:

> Flight delays & cancellations occurred for a few hours Friday PM due to widespread
> severe weather, military training, & limited staffing in one area of the Jacksonville en
> route center. ***Some airlines*** continue to experience scheduling challenges due to aircraft
> and crews being out of place.

102.    On Sunday, October 10, 2021, Southwest's operation had still not recovered.

Southwest cancelled approximately another 1,110 more flights. By comparison, American Airlines

canceled just 66 mainline flights and Spirit Airlines canceled just 32 flights on that date.

103.    In response to the October Meltdown, SWAPA published an article on its website

on October 10, 2021, stating that Southwest "has made the news again this weekend due to another

operational meltdown." The article was skeptical about Southwest's claim that the meltdown was

caused by anything other than the Flawed Systems and noted that, unlike Southwest, other airlines

recovered quickly from the weather event:

> [Southwest] has claimed that the immediate causes of this weekend's meltdown were
> staffing at Jacksonville Center and weather in the southeast U.S., but what was a minor
> temporary event for other carriers devastated Southwest Airlines because our operation has
> become brittle and subject to massive failures under the slightest pressure. [Southwest's]
> operation and our frontline employees have endured continuous and unending disruptions
> since the first time our airline made headlines in early June due to widespread IT failures.
> Our Pilots are tired and frustrated because our operation is running on empty due to a lack
> of support from the Company.

104.    SWAPA specifically blamed Southwest management for the operational failure,

stating it had "grave concerns about the direction Southwest Airlines has taken in putting profits

ahead of people…. We need accountability for those responsible for this months-long debacle."

105.     On the next day, Monday, October 11, 2021, Southwest provided an update on the October Meltdown, continuing to blame the weather and ignoring that other airlines had already recovered from the event:

> On Friday evening, the airline ended the day with numerous cancellations, primarily created by weather and other external constraints, which left aircraft and Crews out of pre-planned positions to operate our schedule on Saturday. Unfortunately, the out-of-place aircraft and continued strain on our Crew resources created additional cancelations across our point-to-point network that cascaded throughout the weekend and into Monday.

106.     Defendants did not acknowledge or disclose that the Flawed Systems contributed to the disproportionate impact the brief inclement weather had on Southwest, causing the October Meltdown.  Nor did Defendants acknowledge or disclose that they had still not fixed the ongoing problems with the Flawed Systems that they had been repeatedly warned about – thus, Southwest still remained as exposed as ever to the risk of additional meltdowns. Defendants had not yet learned their lesson.

107.     On this news, on October 11, 2021, the first trading day following the October Meltdown, Southwest shares fell $2.25, from a Friday, October 8, 2021 closing price of $53.92 to close on October 11, 2021 at $51.67 per share, or over 4%.

108.     On the next day, Tuesday, October 12, 2021, days after the localized weather from the previous Friday had subsided, Southwest issued another press release as it (unlike other airlines) still continued to delay and cancel flights:

> As we complete efforts to stabilize our network, Southwest expects a more normal operation on Tuesday with approximately 90 system-wide cancellations out of the airline's almost 3,300 flights scheduled for the day.

109.     Also on October 12, 2021, Defendant Kelly went on national television to save face. In an interview on CNBC's "Squawk on the Street," he claimed the October Meltdown was

not Southwest's fault – it was the weather's – and again downplayed the prior June Meltdown as an anomaly:

> We're [ ] probably the largest airline … in the state of Florida. Again, every single airport in the state of Florida was impacted by this. It's unique, unusual, it wasn't anything that Southwest caused. If you go back to the June outage, that was us. That was a technology outage and those are few and far between. But it's been a rough summer and I'm not offering any excuses. Our customers didn't get their best from Southwest Airlines; that's not what we want.

110.   In response to a series of queries from Jim Cramer probing into whether "something's wrong at Southwest Air," because minor events seemed to snowball into bigger meltdowns for the Company, Defendant Kelly was forced to acknowledge that problems had occurred, but, like Defendant Nealon had done before, he attributed those problems to one-off events caused by "human error," boldly stating that there was no "lack of technological capability" at Southwest:

> The two technology outages that occurred back in June were human error so it wasn't a lack of technological capability…. So, it happens to companies, you know, occasionally we just don't want it to happen very often and obviously every time something like that happens, we, we tried to learn from it….

111.   While Defendant Kelly stated that Southwest could always use "better tools to recover", he quickly added that there are no "perfect optimization tools".  Moreover, he offered no apologies about Southwest's existing technology, confidently going so far as to claim that the technology at Southwest – the same technology that was so fundamentally flawed it had completely shut down twice in the past four months – was "wonderful":

> I think in this particular case, in this particular case, it would help for us to have better tools to recover. So, there, there aren't perfect optimization tools to re-flow airplanes when we have a setback like we did on Friday. And then, secondly, there's technology that's required to reschedule our flight crews, so we have flight attendants, we have pilots, we have airplanes and once it gets behind, it's just difficult to get that back together so I think the opportunity is to improve on that process... [But] *we have wonderful technology*, we have a wonderful technology department. They're, they're very well resourced. [. . .] But overall technology's in pretty good shape in terms of staffing, and for the most part, our staffing

35

challenges have moderated. I'd still. like to have more cushion in the operation so we can absorb the kind of blow that we saw last Friday better.

112.    This statement by Defendant Kelly demonstrates his understanding of the serious problems with Southwest's Flawed Systems and their urgent need for improvement.  However, without further context, no investor hearing this statement by the CEO, who, in the same breath, called Southwest's technology "wonderful", could have anticipated how singularly vulnerable Southwest was to a meltdown precisely because of its Flawed Systems.

113.    Southwest later continued to not only downplay the role its technology played in the June and October Meltdowns, but to hype its technology as perfectly "good". On October 21, 2021, Southwest held an earnings conference call with analysts and members of the media to discuss, among other things, the airline's operational meltdown earlier in the month.

114.    During the call, Helane Renee Becker-Roukas, MD & Senior Research Analyst at Cowen, inquired whether Southwest had plans to further invest in its technology. In response, Defendant Jordan reiterated the importance of technology to Southwest, acknowledged Southwest's "size and scale and complexity", and represented that, while Southwest's tools were already "good" and their employees "terrific", Southwest was still planning on "modernizing [its] operational tools" to "better" manage operations:

> Helane, every company, I think, at this point is -- some part of them, they're a technology company. It's central to everything that we do, obviously, central to everything that we do at Southwest Airlines because we're so dependent. I would tell you, we have all kinds of priorities and some of those are -- like we have every year and ongoing, they are revenue initiatives that we'll be sharing with you in December and most of those require technology. But I would -- and Mike can comment on this, to me, the -- if I had a headline, it's our investment in operational tools. The – our people are terrific. We have good tools. But at our size and scale and complexity, I think there is a need to continue to invest heavily in the operation and particularly heavily in the operational tools that we provide to our employees. They're terrific but they could use tools that better help manage their day, manage the complexity. And so to me, if I had to rank order, the #1 objective is our

36

continued investment in our -- what Mike and I are just calling modernizing our operational tools.

115.    Defendant Jordan did not disclose that the Company's generic "moderniz[ation]" plans were never intended to address fundamental problems with the Flawed Systems.  Indeed, as Defendant Jordan referred to Southwest's existing systems as "good" and its employees as "terrific", no investor could have understood Southwest's severe scheduling technology problems. Defendant Jordan merely made it sound like Southwest would perform routine upgrades in due time.

**K.    SWAPA Criticizes Southwest Management For Dismissing the Company's Urgent Technology Problems – But Analysts Follow Management's Misleading Narrative About Southwest's Technology**

116.    On October 10, 2021, the same day Southwest hosted an earnings call with analysts and members of the media, SWAPA published another article excoriating Southwest management for failing to upgrade the Company's scheduling software and, instead, blaming staffing issues for the recent mass cancellations:

> SWA has claimed that the immediate causes of this weekend's meltdown were staffing at Jacksonville Center and weather in the southeast U.S., ***but what was a minor temporary event for other carriers devastated Southwest Airlines because our operation has become brittle and subject to massive failures under the slightest pressure***.

117.    Notwithstanding SWAPA's rebuttal, investment analysts followed Southwest's narrative that staffing was to blame for the most recent meltdown and did not even consider that there was a systemic technology problem.  For example, a UBS Analyst report dated October 21, 2021 stated:

> LUV did see demand begin to improve again which buoyed 3Q results but an air traffic control stoppage/delay on Oct 8 basically shut down the company's Florida operations which dominoed into a multi-day operational debacle with resources across the network misaligned which is expected to cost $75M in the Q. **To better align the company to current staffing levels**, 4Q ASMs have been pulled in to -8% vs. '19 vs. the prior -5%....

[We are] optimistic that LUV will be able to get back on track with its operations and think the pause in the network growth should afford the company the opportunity to get back to their historical operating performance.

118.     An October 25, 2021 analyst report published on *Seeking Alpha* also titled *Time is Now for Southwest* took comfort in Southwest management's confidence that the flight cancellations were due to "short-term nature" problems that were unlikely to occur again:

It's always very important to listen to company management but this call was particularly enlightening. The management underlined the short-term nature of the problems several times. The flight cancellations and operational issues are unlikely to recur.

Despite SWAPA's admonishment of Southwest management, the market was mollified by Defendants' spin on the June and October Meltdowns.

**L.     Southwest Continues to Blame One-Off Issues for the October Meltdown and Reassures the Market That Southwest's Technology Is In Good Order**

119.     On December 8, 2021, the Company hosted its annual Investor Day with analysts, shareholders, and members of the media. During the presentation, Defendant Kelly reiterated that the October Meltdown was due to issues that supposedly were not unique to the Company:

And the staffing issues, they weren't unique to Southwest Airlines. The same thing was true for the hotel providers, other third-party providers, concessionary services that you may see at the airport. And so, we ended up utilizing a significant amount of overtime for our crews and our airport staff over a long summer and fall. And that really did take a toll on our people. So, if you combine all of that with the weather challenges and -- throughout the summer and the October 8 event, it has been an unusually difficult operating environment.

120.     During the investor presentation, Defendant Kelly also presented a slide deck, noting that Southwest's "five strategic priorities for the next five years" included "modernizing the operation." The slide deck also included a slide explaining to investors that the Company's 2022 focus was to "get back to our historic reliability and efficiency." Additionally, the slide deck listed "recent operational challenges" but failed to disclose that outdated technology was the driving force behind the operational challenges at the airline.

38

121.    Defendant Kelly continued to tout the Company's mantra that the Company could use upgraded tools to modernize the operation – but said nothing about the grave problems with Southwest's Flawed Systems.   Similarly, Defendant Van de Ven failed to acknowledge that overhauling the scheduling technology was a unique and profound issue facing the Company, casually and generously explaining that "modernization is a continuous journey for us."

**M.    In the Wake of Two Meltdowns, Southwest's Board Raises Defendant Jordan's Pay and Doubles His Incentive Compensation, and Southwest Continues to Claim to Significantly Invest In Its Flawed Systems**

122.    On February 1, 2022, Southwest increased Defendant Jordan's annual base salary from $515,000 to $700,000 and his annual target cash short-term incentive compensation opportunity from $695,250 for 2021 to $1,400,000 for 2022.

123.    On February 7, 2022, Southwest filed its 2021 Annual Report on Form 10-K for the year ended December 31, 2021, which was signed by Defendants Romo and Jordan.  In the 10-K, Southwest claimed it "continues to invest significantly in technology resources including, among others, the Company's systems related to … flight planning and scheduling, including with respect to schedule changes and Customer reaccommodations … crew scheduling … and [] technology infrastructure".   Unbeknownst to investors, however, for a third year in a row Defendants claimed to significantly invest in the Flawed Systems, but had still failed to fix the fundamental problems that left Southwest exposed to the risk of a major meltdown.

**N.    SWAPA's Board Sends An Open Letter to Defendants Jordan and Van de Ven**

124.    On April 13, 2022, after two meltdowns in a short timeframe, and without any meaningful changes to Southwest's Flawed Systems made by Defendants, SWAPA sent an open letter to Defendant Jordan, Defendant Van de Ven, Captain Alan Kasher, Vice President of Air Operations, and Captain Lee Kinnebrew, Vice President of Flight Operations. SWAPA also published an article describing the contents of its open letter. The letter reiterated and

memorialized many of the same concerns that SWAPA had been repeatedly raising with Defendants over the past several years, including about Southwest's Flawed Systems which could not handle the Company's flight schedule operations during even minor disruptions:

> Since 2017, SWAPA has identified and offered solutions to address numerous systemic failures in our airline's network and scheduling processes that have now escalated out of control….
>
> ***Our antiquated scheduling processes and technology simply can't handle the complexities of today's network*****.....**
>
> How far will Southwest "normalize drift" and continue to allow unacceptable risk to enter the decision matrix?

125.    In the article, SWAPA further stated that it was still pleading with Defendants to immediately overhaul Southwest's scheduling technology and address Southwest's repeated instances of "scheduling chaos":

> After four years of SWAPA pleading with the Company to acknowledge and fix the scheduling chaos that is occurring more and more frequently, this was our last effort before the inevitable challenges that our airline and our passengers will face this summer. ... At what point do we say enough is enough?

Defendants did not publicly respond to SWAPA's open letter.  Unbeknownst to investors, Southwest continued to use the same Flawed Systems that left the Company highly vulnerable to suffering meltdowns due to its Low Capacity to address Irregularities.

## O.    Defendants Continue to Obfuscate Southwest's Technology Problems on Southwest's April and July 2022 Earnings Calls

126.    On April 28, 2022, Southwest held its first quarter earnings call, during which Defendants continued to obfuscate the problems with Southwest's Flawed Systems, *inter alia*, by scattering the blame for its recent operational failures on everything but the Company's technology.  During the call, Defendant Van de Ven again downplayed the seriousness of the October Meltdown, blaming Southwest's flight disruptions on Florida's inclement weather, air traffic control, and even the high frequency of space shuttle launches:

[T]he airline industry, has specific impacts with respect to Florida air traffic control and travel through there. And it's a combination of problems down there. There's more commercial activity. There's more GA activity. There are more space shuttle launch. The weather patterns that go through there are complicating all of that additional traffic.

127.    Kyle Arnold with the *Dallas Morning News* asked if there was "anything specific you've done to solve some of the irregular operations problems" or anything done "to make sure that some of ...the compounding problems don't creep up again this summer".  In response, Defendant Van de Van confidently claimed that Southwest was "in a much better place going into this summer than we were last summer", implying that the Company had rectified its past issues. Unbeknownst to investors, that was not the case, as nothing meaningful had been done to address the fundamental problems with the Flawed Systems which was the root of the problem.

128.    Three months later, during Southwest's July 28, 2022 second quarter earnings call, Defendants continued to reiterate that there was no cause for concern with respect to the Company's technology. Analyst Ravi Shanker of Morgan Stanley asked Defendant Jordan point blank about the biggest risks facing Southwest over the next six months, and rather than acknowledge the functional gaps in the Company's technology that uniquely and profoundly exposed it to the risk of meltdowns, Defendant Jordan confidently doubled down, stressing the Company's operational stability and boldly stating that Southwest was "well positioned to weather whatever comes our way":

Q: What do you think is the biggest risk facing Southwest over the next 6 months?... is it another operational snap...?

A: If you look at just the past 6 months and where we were..… *We've gotten operationally stable, same thing.* … *The good thing is we are extremely well positioned. We have the people we need. We have the aircraft we need.* … *so we're well positioned to weather whatever comes our way*.

129.    Additionally, during this call, Defendant Van de Ven continued, by stating "[o]ur new hires, combined with the scheduled reductions that we made earlier in the year as well as our

ongoing operational modernization efforts, *have stabilized the operation as we continue forward."* In other words, don't worry about the technology, we fixed the problem and it had nothing to do with the Flawed Systems.

130.    The Company's announcements and public statements were clear that the operational failures were behind them. In other words, nothing, including weather, technology, or staffing was a major concern for Southwest given whatever supposed improvements the Company had made.  By making repeated statements like this, Southwest continued to leave investors in the dark about Southwest's vulnerability to Irregularities and its inability to timely recover from them.

**P.    Defendant Van de Ven Resigns – The Third Southwest Resignation in 15 Months**

131.    On September 25, 2022, Defendant Van de Ven submitted his resignation from his position of COO effective on October 1, 2022, and from his position of President, effective at the end of 2022.  Southwest announced that Defendant Watterson, a long time Southwest executive, would replace Van de Ven as COO, and that Defendant Jordan would take over the role of President from Van de Ven. While Defendant Watterson had been with Southwest since October 2013, he did not work in operations – he largely worked in revenue roles since 2016.

**Q.    Analysts Presciently Ask Defendants If Southwest Is Ready For The Upcoming Winter**

132.    Approximately one month later, on October 27, 2022, Southwest held its third quarter earnings call.  During the call, Morgan Stanley analyst Shanker asked Southwest management if the Company could handle a bad storm if one presented in the upcoming winter. In response, Defendant Van de Ven confidently touted Southwest's weather management over the past Summer, and boldly stated that Southwest was "set up to perform well over the holidays as we go into Thanksgiving and the Christmas season".

Q: Shanker: …I [] wanted to get a sense of how robust or fragile that is given -- like if we had a really bad winter storm … do you feel like there's enough slack in the system to be able to support some of that?

A: [Defendant Van de Ven] [W]e've had really good experience over the summer in ***difficult weather conditions with high load factors, all the kind of things that would be an operational challenge during the holidays, and we were -- we navigated through all of them very stably. So I feel like we're really set up to perform well over the holidays as we go into Thanksgiving and the Christmas season.***

133.    While Defendant Van de Ven assured the analysts that everything was fine going into Winter 2022, and that he was neither concerned with staffing or weather, he did not address the key issue – Southwest's technology, which left the Company exposed to further meltdowns.

**R.    SWAPA's November 2022 Podcasts Paint Southwest As Being On The Brink Of A Complete Meltdown**

134.    In addition to routinely issuing press releases pertaining to its work and lobbying efforts on behalf of front-line employees, SWAPA also releases a Podcast series called "The SWAPA Number". Its target audience is the pilots it represents and Southwest management, including Defendants.

135.    In November 2022, SWAPA published an episode of its podcast entitled "12/7", in which Capt. Murray was interviewed.  The podcast provided a review of the ongoing issues facing Southwest as it headed into the winter months and critical holiday season from the pilots' perspective.  In particular, Capt. Murray was interviewed about the state of Southwest's operations, the prior quarter's financial results, and the relationship between SWAPA and the Company's new leadership (*i.e.*, CEO Jordan instead of Kelly, and COO Watterson instead of Van de Ven).

136.    During the podcast, Capt. Murray expressed grave concern about Southwest's operations.  Contrary to Defendants Jordan and Van de Ven's rosy statements that Southwest was well positioned for the coming winter months, Capt. Murray stressed that Southwest's failure to

heed the warnings of SWAPA to address the Flawed Systems left the Company in a very precarious state. Prophetically, SWAPA's Captain Murray stated:

> I fear that we are one thunderstorm, one air traffic control event, one IT router failure away from a complete meltdown. Whether that's Thanksgiving or Christmas or New Year, that's the precarious situation we are in.

Incredibly, this was just one month before the Epic Meltdown over Christmas – the biggest meltdown in airline history.

137.    On November 28, 2022, SWAPA published another podcast titled "25,000", in which SRC Chair Scott Plyler and member Dan O'Connor were interviewed   This podcast was even more critical of Southwest management for failing to heed SWAPA's warnings and falsely assuring the public that there were no real problems with the Company's scheduling technology. This podcast highlighted that Southwest management was well aware of the Company's Flawed Systems, but repeatedly rejected SWAPA's proposals to update them, with excuses such as it is "too expensive":

> [We] need to get [management] on board with modernizing the operation. [They have] rejected [the] proposals. … [We need] to get the Company to see proposals work together holistically, [but the] Company says 'this proposal looks too expensive.'…

This podcast also addressed the problems with Southwest's use of SkySolver and Baker:

> Until we get the Baker and Skysolver more aligned we are still going to have some friction in recovering the operation when there is a mismatch between aircraft and passengers and maintenance needs and crew needs.

138.    The podcast also prophetically warned that "[i]f we keep using the same processes we've used for 10 years, were still going to run into problems. Maybe the schedule will run smoothly, *but as soon as we have a snowstorm in Denver*, you know rain in Houston, or wildfires in California, we're going to see the continued disruptions like we have before."  In other words, the fact that Southwest's systems functioned in ideal conditions was no excuse for the fact that they were woefully inadequate to address Irregularities, and particularly a sizable one.  As SWAPA

44

had previously explained in its July 12, 2021 update by Capt. Murray "[o]ur entire industry is built on contingency planning".

139.    SWAPA's warnings were spot-on, and the storm that would rock Southwest to its core would come just one month later.

### S.    Rather Than Fix Its Flawed Systems to Avoid a Major Meltdown Because That Was Supposedly "Too Expensive", Southwest Distracts Investors With $1.8 Billion In Dividends

140.    On December 7, 2022, the Company announced, in a press release titled *Southwest Airlines Reinstates Quarterly Dividend,* it was reinstating its dividend for the first time since COVID:

> [A]t the close of business yesterday, reinstated and declared a quarterly cash dividend of $.18 per share to Shareholders of record at the close of business on January 10, 2023, on all shares then issued and outstanding. With the exception of the time period from early 2020 through third quarter 2022—when the Company's dividend was suspended due to the uncertainties of the pandemic and the requirements of the Company's Coronavirus Aid, Relief, and Economic Security Act (CARES Act) financings—the quarterly dividend declared on December 6, 2022 represents the Company's 175 quarterly dividend dating back more than 40 years.

141.    Defendants' reinstatement of a dividend made Southwest investors happy in the moment.  However, investors would not have been so happy had they known at the time that a mere fraction of the $1.8 billion paid in dividends could have been used to fix Southwest's Flawed Systems and thus avoided a major meltdown. Investors had no idea at the time that Defendants were recklessly gambling with their investments by unconscionably leaving Southwest exposed to the risk of additional meltdowns.

### T.    Two Weeks Before Southwest Implodes, Executives Again Reassure Investors that the Company's Technology is Fine

142.    On December 7, 2022, Southwest hosted an Investor Day for analysts and members of the media. At this Investor Day, several Southwest executives, including Defendants Watterson, Jordan, and Romo, gave a presentation assuring investors that Southwest had already resolved the

45

cause of its prior operational failures. During the presentation, Defendants Jordan and Romo explained that the Company was improving with respect to being "consistently reliable and to operat[e] with excellence", was achieving "better stability", and "[b]arring any significant unforeseen events, we expect to finish this year very strong." While Defendants could not control the weather, they could control Southwest's investments in the operational tools needed to recover from severe weather. For three years now, investors were told that Defendants were "significantly" investing in the key scheduling systems needed to ensure a timely recovery, but that was not the case. Thus, any claim by Defendants that Southwest had any expectation "to finish this year very strong" was false and materially misleading and highly irresponsible for reasons within their control.

143.     Southwest also presented slides, one of which stated that the Company's strategic priority was to "[m]odernize the operation" through 2026. But Defendants knew that Southwest could not afford to wait until 2026 to modernize the operation as the Flawed Systems were radically inadequate. Defendant Watterson added that with respect to "operational quality", Southwest had "initiatives planned to help lessen the impact of disruptions and improve our recovery time and keep the operation better on track throughout the day." In making this statement, Defendant Watterson gave the false impression that Southwest was being proactive in planning to upgrade its Flawed Systems when, in fact, existing problems with the systems were so bad that it was inexcusable for Defendants to have dragged their feet for so long in not modernizing these systems (particularly when they repeatedly claimed they were making such investments in those systems all along).

**U.      In December 2022, Southwest Suffers an Epic Meltdown -- Lasting Over A Week And Stranding 2 Million Passengers During Christmas**

144.     On December 21, 2022, Winter Storm Elliott began to form over the Great Plains. The storm would intensify over the next five days generating snow, high winds, and record cold temperatures.  The storm lasted five days until it dissipated on December 26, 2022.  Every airline was initially impacted by the severe weather; however, as the severe weather abated, every major airline, except Southwest, was able to timely recover from the event and steadily return to normal operations.  In stark contrast, Southwest had to continue cancelling a significant percentage of scheduled flights for days even after the storm had subsided – wreaking havoc on the travel plans of millions of passengers during the busiest and most important time of year to travel.

**1.      December 21, 2022**

145.     On Wednesday, December 21, 2022, Winter Storm Elliot hit the U.S.   On December 21, 2022, Southwest issued a press release titled *Southwest Monitors Winter Storm Elliott: Update 2*, stating that it had "reduced operations at some airports we serve, primarily Denver and Chicago Midway. Of the nearly 8,000 scheduled flights for both Thursday, Dec. 22 and Friday, Dec. 23, Southwest has canceled about 500 flights" – a number that, unbeknownst to investors, would have already overloaded the Company's scheduling systems if not executed in advance of the winter storm.  All major airlines were impacted by the storm.

**2.      December 22, 2022**

146.     On December 22, 2022, air travel was still being widely affected by Elliott as all airlines continued to cancel scheduled flights across the country.  According to a December 22, 2022 New York Times article titled, *White-Out Conditions and Subzero Temperatures Upend Holiday Plans* – by that time, nearly 10,000 flights were delayed or cancelled by all airlines combined.

147.    While Southwest preemptively cancelled a portion of its December 22 flights, Southwest had to quickly ramp up its cancellations on short notice, preemptively canceling 250 of its approximately 4,000 scheduled flights for December 22, 2022, or 6.25%.  With inclement weather advisories in every state in the continental U.S. except Arizona, Nevada, New Mexico, and Florida, Southwest's preemptive cancellations were wildly insufficient. As such, Southwest cancelled an additional 500 plus flights that day, totaling 838 canceled flights on December 22, 2022 alone -- the most of any major U.S. airline.  Comparatively, United Airlines, Delta Airlines, and American Airlines canceled 141, 139, and 135 flights, respectively. And, unlike other airlines, Southwest was also grossly ill-equipped to manage a schedule disruption of this magnitude due to its Flawed Systems.  At the time, investors had no idea how badly these cascading cancellations were impacting Southwest and its ability to timely recover from the storm.

148.    To mitigate market concerns, Defendants were already desperately trying to manage Southwest's public relations appearance to make sure the airline did not stand out from other airlines, including by issuing several press releases that made the Company's cancellations appear proactive and responsible, and that stressed that every airline was in the same boat due to the severe weather.

149.    On December 22, 2022, Southwest issued a press release titled *Southwest Monitors Winter Storm Elliott: Update 3*, announcing "disruptions in nearly 12,000" flights scheduled for December 21, 2022 through December 23, 2022 – almost every single Southwest flight for a three-day period.  Rather than reveal the truth, that its systems were already badly overwhelmed and a timely recovery was all but impossible, Southwest claimed it was prudently protecting its network, stating that "[m]ost of these disruptions were proactive schedule adjustments to ensure safe operations, to protect the integrity of the entire Southwest Network."  Investors and consumers

alike thus had no idea how uniquely and profoundly impacted Southwest was and assumed this was just an inevitably minor disruption due to inclement weather.

### 3.      December 23, 2022

150.    On December 23, 2022, the Friday before Christmas, the winter storm raged on. Widespread whiteout conditions continued to ground flights across the middle of the country. All airlines continued to be impacted by travel disruptions.  However, unbeknownst to investors, Southwest was uniquely and profoundly impacted given the Low Capacity of the Flawed Systems to deal with Irregularities – and this was a particularly big irregularity.

151.    On December 23, Southwest canceled another 1,238 flights, the most of any U.S. carrier, while American, United, and Delta all cancelled around 450 flights each. After back-to-back days where Southwest presumably overloaded its Flawed System with cancellations, Southwest's network began to unravel. Yet, with every major airline still impacted by the weather and weather-related travel restrictions around the country, Southwest was able to keep its Flawed Systems' failures under the radar. Thus, while Southwest continued to cancel a disproportionate number of flights during the winter storm relative to other airlines, investors were still in the dark about the true underlying cause and how badly Southwest's recovery would be impacted.

152.    On December 23, 2022, Southwest also issued another press release, titled *Southwest Monitors Winter Storm Elliot: Update 4*, in which it again largely chalked up its flight cancellations to plain vanilla weather problems experienced by all airlines. The Company acknowledged that it was now "uniquely" impacted by the storm, stating, in relevant part, that "[w]ith more than half of the airports where we operate in the continental U.S. under duress from the storm, Southwest has been uniquely effected given our size and structure…. [T]he storms have forced hundreds of cancelations throughout our network":

49

We continue to proactively manage and update our operational plan and flight schedules in response to Winter Storm Elliott. With more than half of the airports where we operate in the continental U.S. under duress from the storm, Southwest has been uniquely effected given our size and structure.

As it remains a very dynamic situation, we don't have specific numbers to share on flight disruptions, but the storms have forced hundreds of cancelations throughout our network. We appreciate our Customers' patience and apologize for inconveniences as we work to get them to their destinations as quickly and safely as possible this holiday. Customers are encouraged to confirm their flight status at Southwest.com or on the Southwest app.

153.    Southwest's claim that the impact of the storm on the airports that the Company operates in was "unique" to Southwest due to the location of the airports where it operates was far from the full truth.  In fact, Southwest was uniquely impacted because its Flawed Systems were now so overloaded and backlogged that it would be impossible for the Company to recover from the storm for many days.  At this point, Southwest stopped reporting the number of daily flight cancellations on its website and in press releases. The Company ambiguously stated that this was a "dynamic situation".

### 4.    December 24, 2022

154.    On December 24, 2022, the winter storm was finally winding down across much of the country. The once nationwide storm was becoming more localized along the eastern seaboard. All major airlines were still impacted to some degree, but this was the beginning of the end of the weather-related disruptions for every other major airline, except Southwest.  Indeed, Southwest's cancellations were only just beginning.

155.    On December 24, 2022, Southwest cancelled an additional 750 flights.  In a press release issued that day titled *Southwest Airlines Monitors Winter Storm Elliott: Update 5*, Southwest largely parroted verbatim its press release from the previous day, deflecting from the real issue causing the crisis, declining to comment on the number of flight cancellations, and

misleadingly framing the cancellations as responsible planning. The December 24, 2022 press release provided:

> We continue to proactively manage and update our operational plan and flight schedules in response to Winter Storm Elliott, and we are grateful for the support of our Employees as we work to stabilize our network. With more than half of the airports where we operate in the continental U.S. under duress from the storm, Southwest is uniquely affected given our size and structure.
>
> As it remains a very dynamic situation, we don't have specific numbers to share on flight disruptions, but the storms have forced thousands of cancellations throughout our network. We appreciate our Customers' patience and apologize for inconveniences as we work to get them to their destinations as quickly and safely as possible this holiday. Customers are encouraged to confirm their flight status at Southwest.com or on the Southwest app.

156.    Yet, thanking Southwest employees rang hollow to the frontline workers who had been begging Defendants to fix the Flawed Systems for the better half of the last decade to avoid this exact situation. It was too little too late, as the problems for Southwest had already spiraled out of control. The Company had a multi-day backlog of cancelled flights in need of rescheduling, stranded passengers, displaced crew, pilots, and aircraft, that all required sophisticated technology processes to coordinate who was going where to resume normal operations. But unbeknownst to investors, Southwest was forced to engage in an impossible manual process to try and recover from this backlog—pen and paper could not solve the complexity and size of this problem.

157.    Defendant Jordan would later claim in a January 13, 2023 interview with the Dallas Morning News that it was on December 24 that he supposedly understood the severity of Southwest's operational meltdown and how uniquely the airline was impacted:

> It was really the 24th that it looked like we were diverging from the industry recovery… Now, we had a good plan to go solve that overnight. The same thing happened on the 25th. We had a good plan to start the day reasonably well on the 26th. When we woke up, it wasn't possible to get all those past problems cleared. We were in worse shape than expected.

However, Defendant Jordan knew or was reckless in not knowing this all along, as he and the other Defendants had been made acutely aware of the problems with the Flawed Systems that led to the Epic Meltdown for years, and knew how badly the Company's failure to address them left Southwest vulnerable to Irregularities. Defendant Jordan also could not have had a "good plan" in place at this point because he knew Southwest had no choice but to resort to an unwieldly manual process to try and dig out of the mess.

158.    In addition, despite Defendant Jordan's concession that he knew Southwest was uniquely impacted from at least December 24, he remained silent about the real reason why.

### 5.        December 25, 2022

159.    By Christmas Day, December 25, 2022, when the winter storm was largely localized in the eastern U.S., Southwest cancelled another approximately 1,600 flights or approximately 43% of its schedule that day – a disproportionate amount relative to other major airlines. By comparison, on December 25, 2022, Delta canceled 483 flights, or 24% of its departures and Spirit canceled 207, or 25%, of its scheduled flights.

160.    While Southwest canceled over 40% of its flights on Christmas Day, stranding millions during the holiday, the Company remained silent about the root of the problem and its insurmountable recovery challenges. Despite issuing press releases one or two times per day since the storm began on December 21, 2022, on December 25, 2022, when the weather was letting up, Defendants failed to apprise stranded passengers and investors about the severity of Southwest's situation.

### 6.        December 26, 2022

161.    By Monday, December 26, 2022, the winter storm had totally subsided. In Denver, Colorado, it was 51 degrees and partly sunny. Flight schedules were nearly back to normal for most major airlines – but not Southwest. Instead, Southwest's problems continued to grow as it

had a multi-day bottleneck of cancelled flights that needed to be rescheduled on top of new cancellations still piling up. Indeed, Southwest cancelled another approximately 2,900 flights that day, or approximately 70% of its daily scheduled flights.

162.   On December 26, Southwest canceled 415 flights out of Denver alone – accounting for about 90% of the total cancellations at that airport that day. That same day, Southwest canceled over 200 flights at Dallas Love Field alone, while Dallas Fort Worth International Airport – which is located a short distance away, handles more flights, and is not used by Southwest, had only 31 cancellations for the entire airport that day. On December 26, 2022, Southwest accounted for over 50% of flight cancellations worldwide.

163.   A December 26, 2022 NBC Chicago article titled *Southwest Airlines Releases Statement as Flight Cancellations Pile Up* reported that the Company's disruptions were attributable to "the lingering effects" of the winter storm – and Southwest finally began to acknowledge that a "scheduling issue" was partly to blame:

> In a statement to NBC Chicago Monday, a spokesperson for the airline, which reported a number of cancellations at Midway Airport, said the disruptions were largely due to 'Winter Storm Elliott's lingering effects,' though they noted a 'scheduling issue' played a role in the delays and problems reported the day after the Christmas holiday. 'We are not having staffing issues, but we had experienced problems connecting flight crews to their scheduled aircraft. It is a scheduling issue, not a staffing issue.

This was the understatement of the century, and Defendants did not come clean that this "scheduling issue" was in fact fundamental problems with the Flawed Systems that Defendants were repeatedly told to resolve or face the risk of a "complete meltdown". That meltdown was now here.

164.   On December 26, 2022, Southwest issued a press release, titled *Southwest Airlines Working to Recover from Operational Challenges: Update 6*, announcing that it was still suffering

"continuing challenges", offering "heartfelt apologies" to stranded customers, and explaining that the "tools our teams use to recover" were "at capacity":

> With consecutive days of extreme winter weather across our network behind us, continuing challenges are impacting our Customers and Employees in a significant way that is unacceptable.
>
> And our heartfelt apologies are just beginning.
>
> We're working with Safety at the forefront to urgently address wide-scale disruption by rebalancing the airline and repositioning Crews and our fleet ultimately to best serve all who plan to travel with us.
>
> We were fully staffed and **prepared** for the approaching holiday weekend when the severe weather swept across the continent, where Southwest is the largest carrier in 23 of the top 50 travel markets in the U.S. These operational conditions forced daily changes of an unprecedented volume and magnitude to our flight schedule and the tools our teams use to recover the airline remain at capacity.

165.   In fact, Southwest was not fully "fully [ ] prepared" because Defendants knowingly failed to fix the Flawed Systems and thus exposed the Company to a meltdown in the event of bad weather. The Company again failed to disclose any specifics regarding the full extent of the impossible recovery issues it was facing.

166.   On that same date, SWAPA, who had been forcefully warning Defendants to address these exact issues since at least 2017 or face a "complete meltdown" (*see* ¶20) published an article entitled *Pride and Avarice*, which chastised Defendants for continually failing to listen to the call of its employees about Southwest's "outdated processes and technology":

> Pride and avarice have replaced our once vaunted culture. **'Pride' in ignoring solutions that have been, and continue to be, offered to support the house of cards that our operation has become.** And even though irrefutable analytics and data have been provided by SWAPA again and again, pride in their outdated processes and technology continues to drive our management.

167.   The article also stated that Southwest's Flawed Systems were at the root of numerous scheduling problems, including staffing, and that Defendants had ignored years of "endless data [] to provide solutions":

*We all know that the Company has had its head buried in the sand when it comes to its operational processes and IT. Worst of all, through the numerous and ever-increasing meltdowns that we have endured during the last 20 months (much less the last decade) Southwest has had enough crews in place to operate the planned schedule. It's not until SkySolver and scheduling roulette begin that the network spirals out of control*. The Company's failed solution? Hire more. Add reserves. Optimize and reassign Pilots online. *We aren't undermanned. We're undermanaged. Even with the correct number of Pilots on any given day, the house of cards fails, and fail it does with ever-increasing frequency and severity.*

While SWAPA, and other Southwest frontline employees knew the truth, the Company's investors did not as they were repeatedly told by Defendants that Southwest's technology was "wonderful", "terrific", "good", and that significant proactive investments were being made to improve that technology even still.

168.    The article also compared Southwest to other airlines, noting that other airlines had only a fraction of Southwest's delays:

Back to this past week, not only was this storm forecasted, but this meltdown was predicted. Minneapolis and Detroit had lower temperatures, higher winds, and more precipitation, yet Delta managed their hubs with minor delays and cancellations. United had a fraction of the delays and cancellations than SWA in Denver and recovered O'Hare days before we stabilized Midway. *So what is the root cause? Pride, avarice, and complete failure and responsibility of management from the very top*.

169.    On December 26, 2022 the Dallas News published an article, *Southwest Airlines apologizes as DOT announces probe into holiday cancellations*, TWU's Lyn Montgomery further confirmed that it was Southwest's Flawed Systems that were the root cause of why Southwest was impacted so much more severely than any other airline:

It's been complete and utter chaos. This is not a staffing issue, this has nothing to do with flight attendants not being able to work, it has to do with archaic, outdated [scheduling and communications] systems.

170.    Southwest's Epic Meltdown took a devastating toll on the airline's passengers.  On December 26, 2022, in an article titled *Southwest Flight Cancellations Continue to Frustrate Holiday Travelers Midway, O'Hare Airports*, ABC reported that the debacle led to millions of

people stranded at Christmas-time, and to make matters worse, they could not even communicate

with Southwest to make other arrangements because the airline's archaic communications systems

were completely overwhelmed:

> CHICAGO (WLS) -- Southwest Airlines canceled thousands of flights nationwide Monday, leaving travelers stranded at Midway airport after the Christmas holiday.
>
> What can I do if my flight is canceled, delayed? How to prepare for likely 2022 holiday travel mess Southwest had canceled 70% of their total Monday flights by 7 p.m. CT, and have already canceled 60% of their flights on Tuesday, ABC News reports. Phone lines have crashed due to the sheer volume of calls and the airline's website and app are working only intermittently.
>
> By contrast, American Airlines, which also has a hub in Chicago, has only canceled 12 flights Monday and nine Tuesday.
>
> It is expected that it will take a week or more to recover from all of the backlog. "I would just say I'm frustrated, like how could you not see this happening? Or how could they have prepared better for it?" said passenger Noelle Cormack, whose flight was canceled.
>
> The Cormacks, of Naperville, are missing a cruise after their Southwest flight to Florida was canceled and the next available is three days away.
>
> "We now have, are going to have to pay for our hotel because you had to cancel that as of yesterday. We can't make that," said Kathie Cormack.
>
> The Southwest rebooking line at Midway was a five and a half hour wait.
>
> Luggage continued to pile up at Midway's baggage claim, where hundreds of bags form a sea of luggage as far as the eye can see. But few are there to retrieve them. Bags are flying without their owners, and have been for days….
>
> "I left New Orleans two and a half days ago. Cancelled. Delayed. Cancelled. Delayed. Cancelled," said Carolyn Irving, who was trying to find her bags. "Hopefully I can find my luggage because medication is in it. Gifts are in it. But you call, nobody's picking up."

171. *Business Insider* also published an article on December 27, 2022 about Southwest

titled *U.S. Department of Transportation says it plans to look into Southwest Airlines following*

*the airline's unacceptable holiday flight cancellations*. The article highlighted that the DOT had

announced that it would examine "whether cancellations were controllable".  A statement by the

DOT, in a Reuters article titled *U.S. To Examine Airlines Cancellations, Calls 'Unacceptable'*,

added: "USDOT is concerned by Southwest Airlines' disproportionate and unacceptable rate of cancellations and delays as well as the failure to properly support customers experiencing a cancellation or delay...[and would] closely examine whether cancellations were controllable and whether Southwest is complying with its customer service plan as well as all other pertinent DOT rules." Southwest declined to comment on the DOT's probe, but pointed to an early statement it issued, again offering "heartfelt apologies" to impacted customers and claiming the Company was working "to urgently address wide-scale disruption by rebalancing the airline and repositioning crews and our fleet ultimately to best serve all who plan to travel with us."

### 7.      December 27, 2022

172.    As of December 27, 2022, with Winter Storm Elliott finally over and all major U.S. airlines largely recovered, Southwest's cancellations continued *to increase*. On December 27, 2022, Southwest canceled another 2,600 flights, or more than 66% of its 4,000 scheduled flights. This accounted for more than 90% of all U.S. airline cancellations, according to FlightAware.com.

173.    Commenting on Southwest's ongoing operational problems, Kyle Potter, executive editor of the travel website, Thrifty Traveler, observed in an NPR News article titled *The Blizzard is Just One Reason Behind the Operational Meltdown at Southwest Airlines*, that the problem was clearly not the weather, but Southwest's operations, which were failing "spectacularly":

> At this point, we can very safely say that this is no longer a weather-related disturbance. We've had clear skies in the United States for several days now, more or less, and Southwest is the only airline that is failing so spectacularly here.

174.    In an interview with CNN on December 27, 2022, Capt. Murray explained that the Flawed Systems, coupled with a series of meltdowns that were occurring with increasing frequency, crystallized the systemic problem at Southwest that Defendants had been warned about:

> We've been having these [scheduling] issues for the past 20 months. . . We've seen these sorts of meltdowns occur on a much more regular basis and it really just has to do with outdated processes and outdated IT…

[Southwest's] phones, it's computers, it's processing power, it's the programs used to connect us [flight crews] to airplanes—that's where the problem lies, and it's systemic throughout the whole airline.

In the face of these red flags, which were made known to Defendants over and over by the Company's unions, Defendants did nothing, all while assuring the public there was nothing urgent to worry about or do as Southwest already had "wonderful technology".

175.    That same day, Southwest issued another press release, which again largely tracked its earlier December 24 and 26, releases. The December 27, 2022 press release stated, in relevant part, that Southwest was "fully staffed and prepared for the approaching holiday weekend when the severe weather swept across the continent". The press release again added that as a result of a massive influx of cancellations, the "tools our teams use to recover" remain "at capacity". The press release also reiterated that Southwest was offering its "heartfelt apologies" to customers who were stranded and had been stranded for the past six days.

176.    Nearly a week since Southwest's operational collapse, and after it was clear that Southwest was impacted far worse than any other airline, Defendant Jordan finally broke his silence and spoke to the public for the first time since the winter storm began.  In a video update, Defendant Jordan kept to the party line, claiming that the weather was to blame and that the Flawed Systems were rock solid, helping the airline recover from disruption 99% of the time, *i.e.,* so long as there were no Irregularities.  In an attempt to comfort investors, Defendant Jordan also claimed that Southwest had already planned to modernize and upgrade its technology, stating that "we need to double down on ***our already existing plans to upgrade systems*** for these extreme circumstances so that we never again face what's happening right now." But, Winter storms are not "extreme circumstances" as Defendant Jordan claimed – they are an inevitable events that need to be part of an airline's critical "contingency planning" (*see* ¶¶54, 64).

**V.      In A Bombshell Leaked Transcript Of An Internal Call, Defendant Watterson Admits to Southwest Employees That The Company's Flawed Systems Are Woefully Inadequate – And the Cancellations Continue**

177.    On December 27, *CNN* published an article titled, *Why Southwest is Melting Down*. This article revealed that CNN had obtained a bombshell transcript of a phone call between Defendant Watterson, Defendant Jordan, and various Southwest employees that was not meant to go public.  During this call, Defendant Watterson frankly admitted that Southwest had a "lack of tools" given the size and complexity of its operation, and that "[t]he process of matching up [crew members] with the aircraft could not be handled by our [existing] technology."  Defendant Watterson further acknowledged that "[i]n our desired state, we have a solver that would be able to do that very quickly and very accurately."  Southwest's version of SkySolver could not even come close.

178.    The transcript of the Watterson call which was leaked on X (f/k/a Twitter) by user "xJonNYC" at 12:12 AM on December 27, 2022, further explained that when Southwest's Flawed Systems could not handle an inclement weather event (as happened over and over) the Company was forced into manually trying to fix a dizzying network of problems – but as soon as Southwest would make some progress, any new variable would cause the entire manual process to unravel and force Southwest to restart the process from scratch, making it impossible to achieve a timely recovery from the scheduling disruption.  The transcript stated, in relevant part, that:

> We've talked a little bit over the last year about the need to modernize the operation and invest. This is why. ***We can't be our size and scope and have a lack of tools***.
>
> The problem was in all those decisions, you end up impacting the crew network. And the crew network is a delicate thing because it's governed by some strict regulations, and we have a complex network with crews traveling throughout it. And, so when we finished with the winter storm, for the most part, then we found ourselves with crew at a place where we're not able to re-crew the network. ***So, we had people that were legal. We had aircraft that were available, but the process of matching up those crew members with the aircraft could not be handled by our technology. In our desired state, we have a***

*solver that would be able to do that very quickly and very accurately*. **Our system today cannot do that**.

**As a result, we had to ask our Crew Schedulers to do this manually, and it's extraordinarily difficult**. They must verify that you are legal. They can't just have the next person up, so to speak. They have to look through everyone's board and reassign. So that is a tedious, long process. And every day we try to repair the Crew network. **They would make great progress, and then some other disruption would happen, and it would unravel their work. So, we spent multiple days where we kind of got close to finishing the problem, and then it had to be reset**. And so now is our latest plan because the last one last night did not work. We had a bad, awful day today.

We will now rotate into multiple days of a lower level of activity, which means we'll have more than ample Crew resources to handle that amount of activity. It will be difficult for Crew Scheduling to reassign it for everybody, but when they get through that transition to reassign it, they will have multiple days to get People in the spot for resumption of our original lines and such. And so that's here we need to get back to – what's the most reliable is getting back to what you originally did and so, these multiple days are a way to transition into that.

As detailed *supra*, Southwest's frontline employees had been warning Defendants about this very issue for years – to no avail.

179.    All told, Southwest's cancellations were radically higher than any other airlines from December 22 through December 27, and especially so when the inclement weather had already passed. A December 28, 2022 article published on *CNN* titled, *How Southwest failed the holidays: Four charts explaining the cancellations* detailed the magnitude of Southwest's Epic Meltdown compared to other airlines in the following chart:

**Most airlines struggled last week. Southwest hasn't recovered.**

Percentage of each airline's flights that were canceled

| | Dec. 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|
| Alaska | 3% | 15% | 13% | 5% | 4% | 3% |
| American | 5% | 25% | 11% | 1% | 1% | 2% |
| Delta | 6% | 22% | 19% | 15% | 9% | 2% |
| Frontier | 14% | 3% | 2% | 1% | 1% | 1% |
| Southwest | 17% | 30% | 35% | 33% | 66% | 72% |
| Spirit | 3% | 3% | 3% | 6% | 6% | 3% |
| United | 11% | 21% | 16% | 8% | 6% | 3% |

Note: Percentages calculated by dividing each airline's average daily flights in December by the number of canceled flights. Figures rounded.

Source: FlightRadar24
Graphic: Matt Stiles, CNN

180.    After the adverse news on December 26 and December 27, Southwest stock fell from a closing price of $36.09 on Friday, December 23, 2022, to a closing price of $33.94 on the next trading day, Tuesday, December 27, 2022.

## 1. December 28, 2022

181.    On Wednesday, December 28, 2022, Southwest's problems still lingered, with the overwhelmed airline cancelling more than 2,500 flights – accounting for over 61% of its scheduled flights for the day. Secretary of Transportation, Pete Buttigieg, told NBC in an article titled *Southwest Says it Plans to Return to 'Normal Operations' Friday* that "[t]his has clearly crossed the line from what's an uncontrollable weather situation to something that is the airline's direct responsibility." Secretary Buttigieg also told CNN that "the [C]ompany's union leaders had told him they had been 'raising the alarm' about technology issues at Southwest systems for some time." (Transcript excerpt available at https://transcripts.cnn.com/show/sitroom/date/2022-12-27/segment/02).

182.    During an interview by National Public Radio's Ari Shapiro on December 27, 2022, TWU's Montgomery further unpacked the point that the size and complexity of Southwest's

operations could not be handled by the Flawed Systems, which Defendants had been warned about

for years:

> ARI SHAPIRO: [Y]esterday, Southwest canceled almost 3,000 flights. That is more than – 10 times more than the next airline. So what made Southwest different from all the other airlines in this storm?

> LYN MONTGOMERY: This is basically the house of cards has fallen. ***This is something that TWU Local 556 has told the company over the years – the pilots union has said the same thing – that we need to invest in our IT infrastructure, that the systems we have in place cannot handle the operation that we utilize today. And eventually, we're going to have a system failure so grave that something of this magnitude could happen. And today, we have this situation where we don't even need to say the evidence anymore. It's all here, that this has happened….. the systems [cannot] handle the mass amount of cancellations and rescheduling that needs to occur. And the way that they have to notify their flight crews is a manual process.***

183.    A December 28, 2022 Washington Post article titled *Southwest Didn't Heed Calls*

*to Upgrade Tech Before Meltdown, Unions Say* reported again that Defendants had ignored the

unions' warnings and also quoted Robert Mann, an airline industry veteran and president of

aviation consultancy R.W. Mann & Co., who saliently explained that Southwest outgrew its

software years ago:

> As Southwest grew rapidly from a small carrier to one of the nation's largest, the carrier retained its well-worn solutions even as it expanded, putting familiarity ahead of the benefits new technology and upgrades could bring. Mann added: "That's 20 years of sitting on your hands while the world moves on and the world gets bigger and more complicated."

Unfortunately, it took an Epic Meltdown to slowly reveal this to the market and unsuspecting

customers.

184.    As Southwest's increasing cancellations continued after those of other airlines, the

market learned more about the extent of Southwest's Flawed Systems – and the Company's

inexcusable refusal to fix it, the Company's stock fell again.  Southwest stock fell from a closing

price of $33.94 on December 27, 2022 to close at $32.19 on December 28, 2022, a drop of over

5%.

## 2. December 29, 2022 And December 30, 2022

185.    On December 29, 2022, Southwest cancelled 2,364 more flights, approximately 58% of its scheduled flights for the day. Southwest issued a public statement announcing that "[w]hile [the Company] continues to operate roughly one third of its schedule for Thursday, Dec. 29, we plan to return to normal operations with minimal disruptions on Friday, Dec. 30."

186.    On December 30, 2022, Southwest returned to near-normal operations cancelling 43 flights that day.

## 3. December 31, 2022

187.    On December 31, 2022, The *New York Times* published an article, titled *The Shameful Open Secret Behind Southwest's Failure*, addressing Southwest's failure to invest in its technology, stating that Southwest management – in particular, its former CEO Defendant Kelly – were highly motivated to ignore the Company's urgent scheduling technology problems to increase the value of their Southwest stock:

So why didn't Southwest simply update its software and systems?

Well, if you are a corporate executive whose compensation is tied to stock prices and earnings statements released every three months, ***there are strong incentives to address any immediate problem by essentially adding a bit of duct tape and wire to what you already have, rather than spending a large amount of money — updating software is costly and difficult — to address the root problem***. ***Then you can cross your fingers and hope that whatever catastrophe may be in the making, it erupts under someone else's future tenure. Such bets often pay off, since increasingly, the plight of a company's customers and employees is divorced from the immediate fortunes of its current top executives***.

In 2020, for instance, Kelly's compensation was a record $9.2 million, despite the fact that the company lost more than $3 billion that year because of the Covid pandemic and the compensation for the median employee fell by $35,000, to about $66,000. (The company said his compensation was set before the pandemic.) In the years before the pandemic, while the company's aging scheduling technology groaned, the company spent $8.5 billion of its excess cash on purchasing its own stock — a common practice among airlines, which helps increase the value of the stock, the main form of compensation for many executives. Then when the pandemic hit, like other airlines, Southwest received billions from the government in grants and low-interest loans. Kelly, an accountant who

became the C.E.O. of Southwest in 2004, retired this year, with an estimated net worth in the tens of millions of dollars, so the crisis did indeed occur under someone else's tenure.

188.    The article was spot on as Defendant Kelly left his post as CEO after the June Meltdown. Moreover, this article, among other things, explained why Defendants were loathe to spend the money to address Southwest's scheduling software problems – when an executive's compensation is largely tied up with company stock, the motive to artificially keep the stock price propped up can trump the motive to run the company properly.  As alleged below, the Individual Defendants' Southwest stock compensation was many multiples higher than their salaries.  *See* ¶425.

189.    Also on December 31, 2022, Defendant Jordan issued a press release, titled *CEO Bob Jordan Looks Forward After Normal Operations Resume*, advising that "normal operations" were finally resuming at Southwest. Defendant Jordan's press release was published on the Company's website and reiterated – too little too late – that the Company ***already had plans*** to invest in technology to modernize its operations: "We have plans to invest in tools and technology and processes, but there will be immediate work to understand what happened."  But Defendants already understood what happened and why it happened as they received years of warnings from the airline's key unions.  The Company's plans to belatedly modernize its Flawed Systems in the wake of disaster, as opposed to having modernized and upgraded to avoid disaster, did not placate investors.

190.    From December 21, 2022, to December 31, 2022, Southwest suffered the worst meltdown in airline history. The winter storm was the triggering event – but it was not the cause. The Flawed Systems caused the continuing and cascading mass cancellations.  All told, Southwest canceled over 16,700 flights, over 60% of its flights on some days during the crisis. Southwest

stranded millions of people – during the holiday season without luggage, medication, or mobility devices, such as strollers or wheelchairs, for days on end.

**W.**     **Southwest Takes a Massive Loss – Compensating The Millions of Passengers It Stranded and Belatedly Spending Over $1 Billion to Upgrade its Technology Systems**

191.    The fallout from Southwest's Epic Meltdown spilled into the new year.  On January 3, 2023, Senator Cantwell announced in a press release that the Senate Committee on Commerce, Science, and Transportation would hold a hearing to investigate the Epic Meltdown.

192.    Also on January 3, 2023, an article was published on Skift.com titled, *Southwest's Meltdown Should Be a Technology Warning for Airlines*. The article reported that Southwest neglected its scheduling technology for years despite repeated warnings from unions, and instead it invested in customer facing applications to boost revenue, confirming the unions' earlier criticisms that Defendants prioritized profits over people and performance and scheduling technology was essential to its core operations:

> Southwest had invested in some new technology, mostly customer-facing applications like self-service capabilities, as outlined in a public filing in early 2022. The filing also said the company had deferred a 'significant number of technology projects' during the pandemic, though it did finish the 'long-awaited milestone' of establishing a single system for all aircraft maintenance and record-keeping.

193.    Additionally, during a January 3, 2023 White House Press Briefing, White House Press Secretary Karine Jean-Pierre answered questions from members of the media regarding the administration's expected response to the Epic Meltdown. She explained that "[w]hile every major airlines face challenges from a pre-Christmas storm that [] wreaked havoc on the aviation system, all major airlines except for one — which is Southwest, clearly — were able to recover quickly." Jean-Pierre also stated that "Southwest Airlines acknowledged that all cancellations starting December 24th were "controllable."  In other words, not weather related."  Jean-Pierre also added that the DOT "will seek fines [] from Southwest[.]"     Available at

65

https://www.whitehouse.gov/briefing-room/press-briefings/2023/01/03/press-briefing-by-press-secretary-karine-jean-pierre-january-3-2023/.

194.    After the adverse news from December 31, 2022 to January 3, 2023, the Company's stock fell from a closing price of $33.67 on December 30, 2022, to $32.60 on the next trading day, January 3, 2023, a drop of over 3%.

195.    On January 6, 2023, Southwest filed an 8-K with the SEC discussing some of the anticipated costs of the Epic Meltdown:

> As a result of the operational disruptions, the Company currently expects to report a net loss in fourth quarter 2022, driven by a preliminary estimated fourth quarter 2022 pre-tax negative impact in the range of $725 million to $825 million. A significant portion of this impact is from an estimated revenue loss in the range of $400 million to $425 million.

196.    Also on January 6, 2023, SWAPA published an article, titled *SWAPA Provides In-Depth Look at Winter Meltdown*, highlighting in great detail the major problems with the Flawed Systems that that led to Southwest's historic meltdown, including:

- SkySolver cannot process a high level of cancellations all at once — it can do anywhere from 200-300 at a time. Large cancellation packages more than 24 hours out are manageable though. Given the extra time, multiple runs of SkySolver solutions can address most issues, though that process of multiple iterations can cause some odd or inefficient outcomes. So, the initial plan to cancel a large number of flights seemed reasonable, as the early decision to cancel would leave enough time to cover everything. ***To be clear though, we (and the Company) have known for a long time that there is a need for internal SkySolver solution improvement as well as more capability for processing larger batches of cancellations and misconnects***.

- Skysolver and Baker do not interact well: [Southwest's]…Baker system…optimizes changes to aircraft and passenger routings…. [but] does not account much (or at all) for crew requirements. Once the Baker solution is completed, those flight changes are handed over to Crew and Inflight Scheduling who then process the cancellations via a separate optimizer for Crews — SkySolver. Pilot and flight attendant solutions are run independently of each other as work rules governing each are different." Thus, the Baker and SkySolver program are run independently, rather than working cohesively. "Baker … has minimal programming pertaining to crew, and you end up with a recovery plan that looks pretty but is doomed because it isn't aligned with crew availability" which requires SkySolver.

- Short-notice cancellations kill SkySolver solutions. As Southwest needed to cancel more flights on short notice, it "hampered SkySolver's ability to generate useable solutions". This, in turn, "necessitated more manual reroutes", which "further strain[ed] []Scheduling." Furthermore, "Short-notice cancellations hamstring both SkySolver and schedulers as Pilots have less duty time, less remaining flights to reconnect Pilots to uncovered flying, and less time to crunch a solution.

- Southwest's technology systems cannot handle large, short-notice reassignments. Southwest's crew scheduling program "CHATNOC" [the phone line Southwest crew calls to obtain hotel assignments], was unable to keep up with the increasing number and short notice scheduling requirements. So, crews could not get contractual, and FAA required rest times. Because crews wound up with no hotels and no proper rest, reassignment was required. But this only further overwhelmed the scheduling system.

- Breakdown of communication between pilots and operations. Southwest's technology systems for locating crew and staffing flights contained "wildly inaccurate information" regarding where its flight crews were. Because the incorrect information needed to be corrected, further volume was added to the scheduling systems, again straining the operation.

SWAPA concluded by noting that it had repeatedly warned Defendants about the "limitations with SkySolver and the lack of interconnectivity between programs" for years:

> We haven't even touched on other process and technology issues that you all saw like the inability to reconcile discrepancies in passenger counts,[and] the inability to rebook passengers standing at the gate … *SWAPA and SRC also have expressed concerns for years about the limitations with SkySolver and the lack of interconnectivity between programs*, as well as the many areas SWA could create or improve processes to ensure a more stable operation, most of which have gone ignored.

### X.    Fifteen Senators Send An Open Letter to Defendant CEO Jordan, Charging Southwest With Causing the Epic Meltdown

197.    On January 12, 2023, fifteen sitting Senators sent Defendant Jordan a letter demanding that Southwest explain the causes of its mass cancellations and "ensure that breakdown of this magnitude never happens again." The Senators noted that this catastrophic meltdown was not simply the result of a bad winter storm as other airlines – unlike Southwest – recovered quickly:

> The mass flight cancellations at [Southwest] during the last week of December ruined the holidays for tens of thousands of travelers, stranding them at gates without their bags and forcing them to miss celebrations with families and friends. Although winter storm Elliott disrupted flights across the country, every other airline operating in the United States

67

managed to return to a regular flight schedule shortly thereafter — except Southwest. Southwest must take all necessary steps to ensure that this debacle never happens again.

Available                                                                                    at https://www.markey.senate.gov/imo/media/doc/senators_letter_to_southwest_airlines_- _january_2023pdf.pdf

198.    The Senators' letter also criticized Southwest management's decision to reinstate

the Company's dividend while ignoring SWAPA's repeated warnings that Southwest had to invest

in, and fix, its Flawed Systems to prevent inevitable catastrophes:

> Based on initial comments from Southwest executives and news reports, ***the main cause of Southwest's meltdown appears to be legacy software that Southwest uses to coordinate its crews and planes. Yet, Southwest has long known that its software was outdated, and the Southwest Airlines Pilots Association had warned that such a debacle was inevitable unless Southwest invested in new scheduling systems. Instead of making those investments, Southwest distributed over $1.8 billion in dividends to its shareholders and bought back over $11 billion in its shares between 2011 and 2020***. And just last month, Southwest announced that it would issue a $428 million dividend in the first quarter of this year — the first airline to announce a dividend since the start of the pandemic. Id.

### Y.    Southwest Further Acknowledges The Problems With Its Flawed Systems

199.    On January 26, 2023, Southwest hosted its fourth quarter 2022 earnings conference

call with analysts and members of the media. Defendants Watterson, Romo, and Jordan, among

others participated in the call.  During the call, Defendant Watterson publicly admitted for the first

time that a chief cause of the Epic Meltdown was a "functional gap" in Southwest's scheduling

technology. Defendant Watterson explained that the software did not "stop working during the

disruption" but rather, as SWAPA reported in detail on January 6, 2023, it was never designed to

work under these circumstances in the first place due to, *inter alia*, its Low Capacity:

> [The] combination of processes and technology could not keep up with pace of cancellations at the height of weather disruption. ...

> To simplify, the decision support tool helps us solve 2 issues: one, repair the assignments of individual crew members; and two, solve crew coverage problems for individual flights by reassigning crew members and using reserve crew members. If a crew member's individual schedule is not repaired before the next assignment begins, then we aren't able

to use the automation to repair the individual schedule. Consequently, without updated crew member schedules, the software can't reassign crew members to solve for flights with crew coverage issues.

> **So the disruption uncovered a functional gap in our technology. However, this issue is in the process of being addressed.**

But the "functional gap" did not pop into existence in December 2022. It had been lying dormant for years and caused the earlier June and October 2021 Meltdowns as well.

200.     During the call, Defendant Jordan also shockingly claimed that Southwest had, in a matter of just weeks, addressed its long-standing scheduling technology issue by upgrading SkySolver:

> **I'm glad to say that our folks at technology working with GE Digital have very quickly identified an enhancement and upgrade to deal with that. And that upgrade to the SkySolver is actually complete and in test right now, so they moved very quickly**. So I don't know that -- I think this event was very different, but I would acknowledge that there are things that we need to work on as we continue to grow the operation and become even more efficient and use technology….
>
> Now we've created an early-indicator dashboard that closely monitors operational health and signals an alert if we approach predefined operational thresholds. We established supplemental operational staffing that can quickly mobilize to support crew recovery efforts at the first sign of a potential workload backlog. We enhanced our existing tools for crew members to communicate electronically to crew scheduling during irregular operations.

Assuming the solution to SkySolver works, it boggles the mind that Southwest could have fixed its systems' problems so quickly when they ignored the unions' pleas to do so for years. Defendant Jordan further stated that Southwest was budgeting $1.3 billion for technology investment, IT maintenance, and operational modernization investments for 2023.

201.     The same day, January 26, 2023, Southwest filed an 8-K with the SEC signed by Defendant Romo that provided additional new details on the steps Southwest was taking to implement changes to its Flawed Systems. Specifically the 8-K disclosed that the Company's Board of Directors had for the first time established an Operations Review Committee to "work[ ]

with management" to oversee the Company's response to the Epic Meltdown. The same 8-K also noted the damage the Epic Meltdown caused to the Company's reputation, and the corresponding multi-hundred million dollar impact on quarterly revenues. Specifically, it stated in relevant part, that "the Company has experienced an increase in flight cancellations and a deceleration in bookings, … which are assumed to be associated with the operational disruptions in December 2022. As a result, the Company currently estimates a negative revenue impact in the range of $300 million to $350 million in first quarter 2023."

202.    After this news, on January 26, 2023, Southwest's share price fell $1.17, or approximately 3.17% per share, to close at $35.70.

203.    On January 27, 2023, Barclays published an analyst report commenting on the reputational damage the meltdown had on Southwest's 2023 bookings:

> Southwest's well documented operational meltdown during the December holiday period appears to have driven a meaningful deterioration in forward bookings, with 1Q23 revenue guidance coming in roughly 11% below our pre-meltdown estimate.

204.    A January 26, 2023 analyst report from Morningstar further projected that the Epic Meltdown would likely cost Southwest *another $1.5 billion*:

> Management noted that a functional gap was found in the firm's crew scheduling system, which caused a cascading effect when inclement weather hit in late December. The firm is already rolling out short-term internal solutions and has engaged the services of General Electric (to update software) and Oliver Wyman (a consulting firm) to implement other corrective actions. *We continue to earmark approximately $1.5 billion of incremental technology-related capital expenditures over a five-year period (in addition to the over $1 billion budgeted in 2023).*

**Z.    Adding Insult to Injury, Southwest Awards Seven Executives, Including Defendants Kelly, Jordan, Watterson, and Romo $8 Million in Bonuses One Month After Overseeing the Epic Meltdown**

205.    On February 3, 2023, seven Southwest executives were awarded a total of $8 million in bonus pay in the form of shares of stock.

206.     Defendant Kelly was awarded 53,326 shares or approximately $1,940,533; Defendant Jordan was awarded 57,606 shares or approximately $2,096,282; Defendant Watterson was awarded 31,322 shares or approximately $1,021,358; and Defendant Romo was awarded 27,718 shares or approximately $1,008,658.

## AA.    The Senate Holds a Hearing on the Epic Meltdown and Excoriates Defendants For Their "Epic Screw-Up"

207.     On February 9, 2023, the Senate Committee held a hearing to "review the causes and impacts of [Southwest's] recent air travel disruptions" and particularly the Epic Meltdown. The witnesses at the congressional hearing were Paul Hudson, President, Flyers' Rights; Captain Casey A. Murray, President, Southwest Airlines Pilots Association; Defendant Andrew Watterson, COO, Southwest Airlines; Sharon Pinkerton, Senior Vice President, Legislative and Regulatory Policy, Airlines for America; and Dr. Clifford Winston, Senior Fellow, The Brookings Institution. These witnesses provided written testimony and also testified under oath at the hearing. Southwest's CEO, Defendant Jordan, was noticeably absent that day. The Chair of the Senate Committee, Senator Maria Cantwell, expressed her disapproval of Defendant Jordan's absence, stating "Your CEO didn't want to show up. … if [former Southwest CEO Herb Kelleher] were CEO, he'd be here."

208.     During the hearing, Senator Ted Cruz, the Ranking Member of the Committee, stated that after "multiple conversations" with senior leadership at Southwest about the Epic Meltdown, he is "confident" that Southwest management "understand[s] it was an *epic screw-up*". Indeed, practically the first piece of testimony Defendant Watterson gave during the three plus hour long hearing confirmed Senator Cruz's point was explicitly stating: "***Let me be clear. We messed up***."

209.     In her opening remarks, Senator Cantwell explained that it was now clear that "for years there was warnings of the need to modernize the IT system" provided to Southwest by SWAPA, among others, and that one of the overarching goals of calling Southwest to the congressional hearing was for "Mr. Watterson [to] explain why those warnings went unheard."

210.     During the hearing, Capt. Murray reiterated Senator Cantwell's point and testified, *inter alia*, that "our Pilots have been sounding the alarm about SWA's **inadequate crew scheduling technology and outdated operational processes [to Southwest management] for years. Unfortunately, those warnings were summarily ignored**. Our Pilots' hearts were broken when those alarms proved accurate in December 2022."  Capt. Murray also testified that "[w]e've been the whistleblowers on this… We've seen these meltdowns occur with more frequency and more severity…  We are a very data driven organization at SWAPA, we have provided them point to point solutions for the point to point network." Capt. Murray added that, Southwest's leadership, *i.e.* Defendants, now "need to be held to task in Dallas."

211.     During the hearing, Defendant Watterson conceded that – despite a history of meltdowns during inclement weather including, most recently, the October Meltdown, Southwest's technology **was inexplicably never designed or optimized to handle mass cancellations during inclement weather for a company of Southwest's size**:

> To be clear, our Crew Scheduling software didn't stop working during this event. However, the pace and volume of close-in Crew and schedule changes over multiple days left our Crew Scheduling professionals unable to efficiently address the state of the operation. As the situation escalated and close-in cancellations grew, Crew Scheduling simply couldn't keep up with the overwhelming volume of changes, resulting in individual Crew assignments not being updated in a timely manner. Without updated Crew schedules, the Crew decision support software could not reassign Crews to solve for flights with Crew coverage issues.

212.     Senator Cantwell followed up on this admission and asked Defendant Watterson if Southwest was going to fix its Flawed Systems, and if so, when they were planning to do so. In

response, Defendant Watterson literally stated that the system would be fixed by "tomorrow." (Southwest had represented on January 26, 2023 that a new version of SkySolver was already being tested. *See* ¶200). Apparently, the technology inadequacies that Southwest was so resistant to upgrade for years could have been quickly and easily fixed in a matter of weeks. Defendant Watterson further testified that the full cost of implementing the necessary changes to prevent future meltdowns would likely be "millions of millions of dollars" but that would not be known until March 2023. As such, the full extent of the cost to the Company remained unknown to the market in February 2023.

213.    Incredibly, even while confessing Southwest's responsibility, Defendant Watterson still claimed that "technology was an issue" but not " not *the* issue". Even at this point, Defendant Watterson failed to acknowledge the full truth about the Flawed Systems.

214.    During the hearing, several Senators also heavily criticized Southwest's response to consumers who were left stranded by the Epic Meltdown. In particular, they were highly critical of Southwest's compensation plan for affected consumers, which largely came in the form of airline credits that forced consumers to continue to patronize Southwest, even if they did not want to. The hearing concluded with Defendant Watterson acknowledging fault and pledging to update several Senators on the remediation effects.

**BB.    Southwest Releases a Report Announcing Specific Plans to Upgrade Its Flawed Systems**

215.    On March 14, 2023, Southwest issued a press release titled *Southwest Airlines Plans to Boost Operational Resiliency to Enhance Support for Employees and Customers* and filed a corresponding 8-K with the SEC, which was signed by Defendant Romo. Southwest's press release presented an "overview of the prioritized actions being implemented to strengthen the

airline's operational resiliency" in the aftermath of the Epic Meltdown. The approximate cost of this program was a staggering $1.3 billion.

216.     The press release also provided a summary of the Oliver Wyman's assessments, including a "three-part tactical action plan to boost operational resiliency in key areas across the Company", which included accelerated operational investments, improved winter operations, and implementation of cross team collaboration. Southwest also announced that it was implementing tools and technology to allow for faster recovery during Irregularities, and that many of these initiatives had actually already been planned to start in December 2022. Southwest also stated that it now had "plans to implement a new weather application to provide Crews with more real-time and dynamic weather indications to enhance deicing holdover times" and "early-indicator dashboards" to "highlight key operational metrics."

217.     The March 14, 2023 release further explained that as a result of the Epic Meltdown, the Company was updating its guidance to account for the $800 million impact of the Epic Meltdown on the Company's financial results.

218.     At a March 14, 2023 J.P. Morgan Industrials Conference, Defendants Romo and Jordan spoke on behalf of Southwest. Defendant Jordan reiterated that the Company would have a negative revenue impact of $300 million to $350 million in the first quarter of 2023 as a result of the Epic Meltdown.

219.     During the question and answer part of the conference, Jamie Baker of J.P. Morgan asked what the Company had learned from its massive failure: "[W]as there any sort of enlightenment or awakening as to maybe we hadn't considered that in the past?" In response, Defendant Jordan indicated that there was already a plan in place to modernize the operations prior to the Epic Meltdown, and explained that Southwest was planning to expedite its plans to provide

employees and crews with the necessary tools to avoid operational meltdowns, again acknowledging that management knew of Southwest's Flawed Systems earlier. Indeed, Defendant Jordan explicitly stated that "I think we knew a lot of these things".

220.     After the March 14, 2023 news, Southwest shares fell from an opening price of $31.59 to close at $30.53 that day.

221.     Southwest stock would have fallen further had the Company not also reported that people were rebooking with Southwest at a high rate – and this was largely due to the fact that Southwest's compensation to aggrieved passengers was in the form fly miles. Thus, these passengers were forced to book again, and it was no sign of confidence in the Company.

### CC.     Post-Class Period Developments

222.     On April 21, 2023 – after Southwest's testimony at the February hearing before the  Committee – the DOJ and FAA announced that they were also investigating Southwest.

## V.  DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

### A.     Southwest Files Its 2019 Annual Report and Claims That It Is Significantly Investing in the Company's Critical Scheduling Systems

223.     The Class Period begins on February 4, 2020. On that date, Southwest filed its Annual Report for 2019 on Form 10-K (the "2019 Annual Report"), which was signed by Defendants Romo and Kelly. Attached to this 10-K were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"), which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

224.     The 2019 Annual Report represented, *inter alia*, that Southwest was investing "significantly in technology resources", and specifically stressed its investment in "the Company's

systems related to [] flight planning and scheduling, [] crew scheduling, and [] technology infrastructure":

**Technology Initiatives**

The Company has committed significant resources to technology improvements in support of its ongoing operations and initiatives. The Company continues to focus on the prioritization and execution of its technology investments and is in the process of continually executing an evolving multi-year plan for technology, with the goal of developing a stronger, adaptable, and more efficient and reliable technology foundation to support the Company's strategic priorities. ***The Company continues to invest significantly in technology resources including, among others, the Company's systems related to*** (i) aircraft maintenance record keeping, ***(ii) flight planning and scheduling, (iii) crew scheduling***, and (iv) technology infrastructure.

225.     This statement was materially false and misleading and omitted material facts when made because Defendants Southwest, Kelly, and Romo knew or were reckless in not knowing that:

(i)      Southwest was not meaningfully investing, let alone "significantly" investing, in its Flawed Systems. Throughout the Class Period, Southwest used the same Flawed Systems that Defendants were repeatedly warned by SWAPA and TWU, from before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly in the event of Irregularities requiring short notice cancellations, such as a severe weather event. *See* ¶¶ 54-61, 64, 65, 67-71, 196.

(ii)     In fact, Defendants repeatedly rejected pleas and proposals made by SWAPA and TWU to overhaul and improve the Flawed Systems. *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(iii)    As Defendant Watterson later confirmed in December 2022, the Flawed Systems – which had not changed – were incapable of handling the Company's scheduling operations. *See* ¶¶ 177-179.

(iv)     There was a dire need for Southwest to overhaul and upgrade the Flawed Systems, which left the airline unconscionably exposed to meltdowns.  From years before the start of the Class Period, Defendants were warned by frontline employees, *inter alia*, about SkySolver's Low Capacity to address Irregularities. Therefore, Southwest could not timely recover from inevitable Irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods, as demonstrated by the pre-Class Period meltdowns in January 2014 and July 2016, and later demonstrated in the June Meltdown, the October Meltdown, and December 2022 Epic Meltdown. *See* ¶¶ 54-61, 64, 70, 98, 177-179.

226.   The 2019 Annual Report also provided boilerplate risk warnings regarding the Company's increasing "dependen[ce] on technology", but failed to disclose the unique and profound risks that Defendants knew were already posed by the Flawed Systems.   The 2019 Annual Report, stated, in relevant part, as follows:

*The Company is increasingly dependent on technology to operate its business* and continues to implement substantial changes to its information systems; any failure, disruption, breach, or delay in implementation of the Company's information systems could materially adversely affect its operations.

*The Company is increasingly dependent on the use of complex technology and systems to run its ongoing operations* and support its strategic objectives. These technologies and systems include, among others, the Company's website and reservation system, flight dispatch and tracking systems, flight simulators, check-in kiosks, maintenance record keeping management systems, telecommunications systems, *flight planning and scheduling systems, crew scheduling systems*, and financial planning, management, and accounting systems. *The performance, reliability, and security of the Company's technology infrastructure and supporting systems are critical to the Company's operations and initiative*s.

Implementation and integration of complex systems and technology present significant challenges in terms of costs, human resources, and development of effective internal controls. Implementation and integration require a balancing between the introduction of new capabilities and the managing of existing systems, and present the risk of operational or security inadequacy or interruption, which could materially affect the Company's ability to effectively operate its business and/or could negatively impact the Company's results of operations.

The Company is also reliant upon the performance of its third party vendors for timely and effective implementation and support of many of its technology initiatives and for maintaining adequate information security measures. *If any of the Company's significant technologies or automated systems were to cease functionin*g, or if its third party vendor service providers were to fail to adequately and timely provide technical support, system maintenance, or software upgrades for any of the Company's existing systems, *the Company could experience service interruptions, delays, and loss of critical data, which could harm its operations, and result in financial losses and reputational damage*.

*In the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements.* In addition, the Company's systems may require modification to enable the Company to comply with changing regulatory requirements. Modifications and refinements to the Company's systems have been and are expected to continue to be expensive to implement and can divert management's attention from other matters. *In addition, the Company's*

*operations could be adversely affected, or the Company could face imposition of regulatory penalties, if it were unable to timely or effectively modify its systems as necessary or appropriately balance the introduction of new capabilities with the management of existing systems.*

The Company has experienced system interruptions and delays that have made its websites and *operational systems unavailable or slow to respond, which has prevented the Company from efficiently processing Customer transactions or providing services*. Any future system interruptions or delays could reduce the Company's operating revenues and the attractiveness of its services, as well as increase the Company's costs.

The Company's technologies and systems and functions could be damaged or interrupted by catastrophic events beyond its control such as fires, floods, earthquakes, tornadoes and hurricanes, power loss, computer and telecommunications failures, acts of war or terrorism, computer viruses, security breaches, and similar events or disruptions. Any of these events could cause system interruptions, delays, and loss of critical data, and could prevent the Company from processing Customer transactions or providing services, which could make the Company's business and services less attractive and subject the Company to liability. Any of these events could damage the Company's reputation and be expensive to remedy.

227.   These generic risk disclosures were materially false and misleading when made and

omitted to disclose material facts because Defendants Southwest, Kelly, and Romo knew or were

reckless in not knowing that:

(i)    Southwest was profoundly "dependent" on its Flawed Systems, which, as SWAPA and TWU had repeatedly warned, fundamentally could not handle the size and complexity of Southwest's operations, particularly in the event of Irregularities, such as severe weather.  This specific risk left Southwest unconscionably exposed to meltdowns, which was an untenable position for the airline to be in, given that Irregularities are inevitable, and the industry, as SWAPA explained, "is built on contingency planning".  *See* ¶¶ 54-61, 64, 70, 77, 87.

(ii)   Generally warning that one of Southwest's "significant technologies or automated systems" might "cease functioning" was false and materially misleading because SkySolver – the chief scheduling technology Southwest relied on – would inevitably "cease functioning" due to its Low Capacity to address Irregularities Thus, SkySolver was always at high risk of not functioning – and particularly when its utility was needed most.  *See* ¶¶56-60.  Additionally, Baker was incompatible with SkySolver, further heightening the risks that Southwest's Flawed Systems would cause meltdowns.  *See* ¶¶ 58-60, 196.

(iii)  Stating that "in the ordinary course of business the Company's systems will continue to require modification and refinements to address growth and changing business requirements" obscured the fact that there were already profound and

existing problems with the Flawed Systems that were not being modified to make the systems effective in the ordinary course of business, and that Southwest expressly failed to make the necessary modifications to those systems to address the Company's growth and the complexity of its operations despite repeated warnings. *See* ¶¶ 54-60, 64-67, 70, 71, 87, 116, 124, 134-138.

(iv)      Generally warning that Southwest might be unable to "efficiently process Customer transactions" was false and materially misleading when made because a scheduling irregularity resulting in an influx of short notice cancellations would inevitably overwhelm the Flawed Systems and cause the Company to shift to an unwieldly manual process that made it virtually impossible for Southwest to "efficiently" process customer transactions. *See* ¶¶ 54-60, 177-179, 196.

(v)      Generally warning about the "reliability" of Southwest's "technology infrastructure" was false and materially misleading when Southwest's technology infrastructure, in particular the Flawed Systems, were profoundly unreliable, fundamentally inadequate to handle the complexity of the Company's operations, and risked causing cascading problems when they were needed most – to recover from Irregularities. *See* ¶¶ 54-60, 177-179, 196.

228.      The 2019 Annual Report also generically warned of the dangers posed by events "beyond [Southwest's] control", including "adverse weather", which could disrupt or impact operations:

> ***The airline industry is affected by many conditions that are beyond its control, which can impact the Company's business strategies and results of operations***. In addition to the unpredictable economic conditions and fuel costs discussed above, ***the Company, like the airline industry in general, is affected by conditions that are largely unforeseeable and outside of its control***, including, among others:
>
> •  ***adverse weather and natural disasters such as the weather-related disruptions in fourth quarter 2019, which resulted in approximately 2,100 canceled flights***;
>
> •  changes in consumer preferences, perceptions, spending patterns, or demographic trends (including, without limitation, changes in travel patterns due to government shutdowns or sequestration);
>
> •  actual or potential disruptions in the air traffic control system (including, for example, as a result of inadequate FAA staffing levels due to government shutdowns or sequestration);
>
> •  actual or perceived delays at various airports resulting from government shutdowns (including, for example, longer wait-times at TSA checkpoints due to inadequate TSA staffing levels);

- changes in the competitive environment due to industry consolidation, industry bankruptcies, and other factors;

- delays in deliveries of new aircraft (including, without limitation, due to FAA groundings of certain aircraft types or due to the closure of the FAA's aircraft registry during government shutdowns);

- outbreaks of disease; and

- actual or threatened war, terrorist attacks, government travel warnings to certain destinations, travel restrictions, and political instability.

229. This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i) Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii) Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle predictable disruptions given the size and complexity of Southwest's operations, made it substantially harder, or impossible, for Southwest to timely and accurately recover from events "beyond its control" than any other airline. *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii) Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

**B.    Southwest Files Its First Quarter Report On April 28, 2020 and Makes Generic Risk Disclosures About Events Outside of the Company's Control, Without Acknowledging Technology Problems Within Its Control That Were Being Ignored**

230. On April 28, 2020, Southwest filed its Form 10-Q for the period ended March 31, 2020, which was signed by Defendant Romo (the "1Q20 Report"). Attached to the 1Q20 Report were certifications pursuant to SOX, which were signed by Defendants Kelly and Romo, attesting

to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

231.     Similar to Southwest's 2019 Annual Report, the Company's 1Q20 Report included boilerplate risk disclosures, including those that misleadingly warned of the possible impact of events beyond Southwest's control, such as "extreme or severe weather".  The Form 10-Q stated, in relevant part, as follows:

> Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers, unemployment levels, corporate travel budgets, extreme or severe weather and natural disasters, fears of terrorism or war, impact of fears or actual outbreak of disease or pandemics, and other factors beyond the Company's control.

232.     This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)      Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings.  *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)     Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events outside of its control than any other airline.  *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)    Indeed, the Flawed Systems were easily overwhelmed by events that triggered an influx of short notice cancellations and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure.  *See* ¶¶ 54-60, 77, 98, 177-179, 196.

233.     The 1Q20 Report also referred investors to the same materially false and misleading risk factors disclosed in the 2019 Annual Report, set forth in paragraph 226, which, were still materially false and misleading for the same reasons explained in paragraph 227.

**C.     Southwest Files Its Second Quarter Report On July 27, 2020 and Continues to Make Generic Risk Disclosures About Events Outside of the Company's Control Without Acknowledging Problems Within Its Control That Were Being Ignored**

234.     On July 27, 2020, Southwest filed its Form 10-Q for the period ended June 30, 2020, which was signed by Defendant Romo (the "2Q20 Report"). Attached to the 2Q20 Report were certifications pursuant to SOX, which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

235.     Similar to Southwest's 2019 Annual Report, and its 1Q20 Report, the Company's 2Q20 Report included boilerplate risk disclosures, including those that misleadingly warned of the possible impact of events beyond Southwest's control, such as "extreme or severe weather".  The Form 10-Q stated, in relevant part, that:

> Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

236.     This boilerplate risk disclosure was materially false and misleading when made and omitted material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)     Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed

82

the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)  Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events outside of its control than any other airline. *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)  Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

237.  The 2Q20 Report also referred investors to the same materially false and misleading risk factors in the 2019 Annual Report, set forth in paragraph 226, which, were still materially false and misleading for the same reasons explained in paragraph 227.

**D.  Southwest Files Its Third Quarter Report On October 27, 2020 And Again Generically Warns About Events Outside of the Company's Control Without Acknowledging Technology Problems Within Its Control That Were Being Ignored**

238.  On October 27, 2020, Southwest filed its Form 10-Q for the period ended September 30, 2020, which was signed by Defendants Kelly and Romo (the "3Q20 Report"). Attached to the 3Q20 Report were certifications pursuant to SOX, which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

239.  Similar to Southwest's 2019 Annual Report, and the 1Q20 and 2Q20 Reports, the 3Q20 Report included boilerplate risk disclosures, including those that misleadingly warned of the possible impact of events beyond Southwest's control, such as "extreme or severe weather". The Form 10-Q stated, in relevant part, that:

Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers, unemployment levels, corporate travel budgets, extreme or severe weather and natural disasters, fears of terrorism or war, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results. See Note 4 for further information on fuel and the Company's hedging program. Operating results for the three and nine months ended September 30, 2020, are not necessarily indicative of the results that may be expected for future quarters or for the year ended December 31, 2020.

240.    This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)     Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)    Defendants' failure to upgrade the Flawed Systems, in face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events out of its control than any other airline. *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)   Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

241.    The 3Q20 Report also referred investors to the same materially false and misleading risk factors in the 2019 Annual Report, set forth in paragraph 226, which, still were materially false and misleading for the same reasons explained in paragraph 227.

84

E.    **Southwest Files Its 2020 Annual Report On February 8, 2021 and Highlights Its Continued Investment In and Execution on Major Technology Projects Including Its Scheduling Systems**

242.    On February 8, 2021, Southwest filed its 2020 Annual Report on Form 10-K for the year ended December 31, 2020, which was signed by Defendants Kelly and Romo (the "2020 Annual Report"). Attached to this 10-K were certifications pursuant to SOX, which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. Like Southwest's 2019 Annual Report, the Company's 2020 Annual Report provided an update on Southwest's purported investments in the technology that the Company was dependent on during Irregularities.   While the 2020 Annual Report noted that the financial strains of COVID had narrowed Southwest's technology focus for the near term, the 2020 Annual Report stressed to investors that Southwest continued to invest in *and even executed on major projects, including its flight planning and scheduling and crew scheduling systems*.   The report stated, in relevant part, as follows:

> Over the past several years, the Company has committed significant resources to technology improvements in support of its ongoing operations and initiatives. During 2020, however, in connection with the Company's efforts to reduce capital and operating expenditures in response to the COVID-19 pandemic, the Company narrowed its near-team technology focus and deferred a significant number of technology projects. The Company's key near-term technology focus areas during 2020 included, among others, (i) implementation of corporate GDS capabilities in connection with Southwest Business initiatives; (ii) support of the Company's remote workforce; (iii) enhancements to support Customer loyalty, including with respect to policy updates for Rapid Rewards program tier status and residual travel funds; and (iv) enhancements to Customer self-service capabilities on the Company's digital platforms. ***While the Company deferred a significant number of technology projects in 2020, it continued to invest in and execute on major technology projects including,*** among others, the Company's systems related to (i) aircraft maintenance, planning, and record keeping; ***(ii) flight planning and scheduling, including with respect to schedule changes and Customer reaccommodations; (iii) crew scheduling***; (iv) human resources management; ***and (v) technology infrastructure***.

243.    These statements were materially false and misleading and omitted material facts when made because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)    Southwest had not meaningfully invested in and certainly had not "executed on" the "major technology project[]" of overhauling its Flawed Systems.  Throughout the Class Period, Southwest used the same Flawed Systems, which Defendants were repeatedly warned by SWAPA and TWU, from before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly in the event of Irregularities, such as severe weather.  *See* ¶¶ 54-61, 64, 65, 67-71, 196.

(ii)    In fact, Defendants repeatedly rejected pleas and proposals made by SWAPA and TWU to overhaul the Flawed Systems.  *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(iii)    As Defendant Watterson later confirmed in December 2022, the Flawed Systems – which had not changed – *still* could not handle the Company's scheduling operations.  *See* ¶¶ 177-179.

(iv)    There was a dire need for Southwest to overhaul and upgrade the Flawed Systems, which left the airline unconscionably exposed to meltdowns.  From before the start of the Class Period, Defendants knew, *inter alia*, that SkySolver had Low Capacity.  Therefore, Southwest could not timely recover from significant and inevitable Irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods, as demonstrated by the pre-Class Period mass cancellations in January 2014 and July 2016, and later demonstrated in June 2021, October 2021, and December 2022.  *See* ¶¶ 54-61, 64, 70, 98, 177-179.

244.    The 2020 Annual Report also provided boilerplate risk warnings regarding Southwest's increasing reliance on technology, but failed to disclose the specific and profound risks that Defendants knew were already posed by Southwest's Flawed Systems.  The 10-K stated, in pertinent part, as follows:

> ***The Company is increasingly dependent on technology to operate its business and continues to implement substantial changes to its information systems; any failure, disruption, breach, or delay in implementation of the Company's information systems could materially adversely affect its operations.***
>
> ***The Company is increasingly dependent on the use of complex technology and systems to run its ongoing operations and support its strategic objectives***. These technologies

and systems include, among others, the Company's website and reservation system, *flight dispatch and tracking systems*, flight simulators, check-in kiosks, maintenance record keeping management systems, telecommunications systems, *flight planning and scheduling systems, crew scheduling systems*, and financial planning, management, and accounting systems. The performance, reliability, and security of the Company's technology infrastructure and supporting systems are critical to the Company's operations and initiatives.

Implementation and integration of complex systems and technology present significant challenges in terms of costs, human resources, and development of effective internal controls. Implementation and integration require a balancing between the introduction of new capabilities and the managing of existing systems, and present the risk of operational or security inadequacy or interruption, which could materially affect the Company's ability to effectively operate its business and/or could negatively impact the Company's results of operations.

The Company is also reliant upon the performance of its third party vendors for timely and effective implementation and support of many of its technology initiatives and for maintaining adequate information security measures within the services and/or software they deliver. *If any of the Company's significant technologies or automated systems were to cease functioning, or if its third party vendor service providers were to fail to adequately and timely provide technical support, system maintenance, security, or software upgrades for any of the Company's existing systems, the Company could experience service interruptions, delays, and loss of critical data, which could harm its operations, and result in financial losses and reputational damage*.

*In the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements*. In addition, the Company's systems may require modification to enable the Company to comply with changing regulatory requirements. Modifications and refinements to the Company's systems have been and are expected to continue to be expensive to implement and can divert management's attention from other matters. In particular, during 2020, in connection with the Company's efforts to reduce capital and operating expenditures in response to the COVID-19 pandemic, the Company deferred a significant number of technology projects. *In addition, the Company's operations could be adversely affected, or the Company could face imposition of regulatory penalties, if it were unable to timely or effectively modify its systems as necessary or appropriately balance the introduction of new capabilities with the management of existing systems*.

*The Company has experienced system interruptions and delays that have made its websites and operational systems unavailable or slow to respond, which has prevented the Company from efficiently processing Customer transactions or providing services*. Any future system interruptions or delays could reduce the Company's operating revenues and the attractiveness of its services, as well as increase the Company's costs.

The Company's technologies and systems and functions could be damaged or interrupted by catastrophic events beyond its control such as fires, floods, earthquakes, tornadoes and

hurricanes, power loss, computer and telecommunications failures, acts of war or terrorism, computer viruses, security breaches, and similar events or disruptions. Any of these events could cause system interruptions, delays, and loss of critical data, and could prevent the Company from processing Customer transactions or providing services, which could make the Company's business and services less attractive and subject the Company to liability. Any of these events could damage the Company's reputation and be expensive to remedy.

245.   These generic risk disclosures were materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly, and Romo knew or were reckless in not knowing that:

(i)     Southwest was profoundly "dependent" on its Flawed Systems, which, as SWAPA and TWU had repeatedly warned them, fundamentally could not handle the size and complexity of Southwest's operations, particularly in the event of Irregularities, such as severe weather.  This specific risk left Southwest unconscionably exposed to meltdowns, which was an untenable position for the airline to be in, given that Irregularities are inevitable, and the industry, as SWAPA explained, "is built on contingency planning".  *See* ¶¶ 54-61, 64, 70, 77, 87.

(ii)    Generally warning that one of Southwest's "significant technologies or automated systems" might "cease functioning" was false and materially misleading because SkySolver – the chief scheduling technology Southwest relied on – would inevitably "cease functioning" due to its Low Capacity to address Irregularities. Thus, SkySolver was always at high risk of not functioning – and particularly when its utility was needed most.  *See* ¶¶ 58-60, 196.

(iii)   Stating that "in the ordinary course of business the Company's systems will continue to require modification and refinements to address growth and changing business requirements" obscured the fact that there were already profound and existing problems with the Flawed Systems that were not being modified in the ordinary course, and that Southwest expressly failed to make the necessary modifications to those systems to address the Company's growth and the complexity of its operations despite repeated internal warnings. *See* ¶¶ 54-60, 64-67, 70, 71, 87, 116, 124, 134-138.

(iv)    Generally warning that Southwest might be unable to "efficiently process Customer transactions" was materially false and misleading when made Defendants knew Irregularities would inevitably overwhelm the Flawed Systems, and cause the airline to shift to an unwieldly manual process that made it virtually impossible for Southwest to "efficiently" process customer transactions.  *See* ¶¶ 54-60, 177-179, 196.

(v)     Generally warning about the "reliability" of Southwest's "technology infrastructure" was materially false and misleading when Defendants knew that

Southwest's technology infrastructure, in particular the Flawed Systems, were profoundly unreliable and were likely to cause cascading problems when it was needed most – to recover from Irregularities.  *See* ¶¶ 54-60, 177-179, 196.

246.    The 2020 Annual Report also generically warned of conditions and events "beyond [Southwest's] control", including "adverse weather", which could disrupt or impact Southwest's operations:

***The airline industry is affected by many conditions that are beyond its control, which can impact the Company's business strategies and results of operations.***

In addition to the unpredictable economic conditions and fuel costs discussed above, the Company, like the airline industry in general, is affected by conditions that are largely unforeseeable and outside of its control, including, among others:

•***adverse weather and natural disasters;***

•changes in consumer preferences, perceptions, spending patterns, or demographic trends (including, without limitation, changes in travel patterns due to government shutdowns or sequestration);

•actual or potential disruptions in the air traffic control system (including, for example, as a result of inadequate FAA staffing levels due to government shutdowns or sequestration);

•actual or perceived delays at various airports resulting from government shutdowns (including, for example, longer wait-times at TSA checkpoints due to inadequate TSA staffing levels);

•changes in the competitive environment due to industry consolidation, industry bankruptcies, and other factors;

•delays in deliveries of new aircraft (including, without limitation, due to FAA groundings of certain aircraft types or due to the closure of the FAA's aircraft registry during government shutdowns);

•outbreaks of disease such as the COVID-19 pandemic; and

•actual or threatened war, terrorist attacks, government travel warnings to certain destinations, travel restrictions, and political instability.

247.    This boilerplate risk disclosure was materially false and misleading when made and omitted material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)    Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)    Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events out of its control than any other airline. *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196..

(iii)    Indeed, Southwest's Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

**F.    Southwest Files Its First Quarter Report On April 27, 2021 And Again Generically Warns About Events Outside of the Company's Control, Without Acknowledging Technology Problems Within Its Control That Were Still Being Ignored**

248.    On April 27, 2021, Southwest filed its Form 10-Q for the period ended March 31, 2021, which was signed by Defendant Romo (the "1Q21 Report"). Attached to the 1Q21 Report were certifications pursuant to SOX, which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

249.    Similar to Southwest's 2020 Annual Report, the Company's 1Q21 Report included boilerplate risk disclosures, including those that misleadingly warned of the possible impact of events beyond Southwest's control, such as "extreme or severe weather".  The Form 10-Q stated, in relevant part, as follows:

Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results. See Note 4 for further information on fuel and the Company's hedging program. Operating results for the three months ended March 31, 2021, are not necessarily indicative of the results that may be expected for future quarters or for the year ended December 31, 2021.

250.    This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)    Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)    Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle Irregularities given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events beyond its control than any other airline. *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)    Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

251.    The 1Q21 Report also referred investors to the same materially false and misleading risk factors in the 2020 Annual Report, set forth in paragraph 244, which, were still materially false and misleading for the same reasons explained in paragraph 245.

G.     **Southwest Blames a Host of Issues For The June Meltdown and Sidesteps the Real Issue – The Company's Systemic Technology Problem**

252.     Beginning on June 14, 2021, Southwest suffered a meltdown resulting in hundreds of thousands of stranded passengers and approximately 2,000 canceled flights over a three-day period.  News outlets first reported that Southwest flights were being delayed due to a nationwide technical difficulty with the Company's weather information system.

253.     In a June 14, 2021 article in *KTSM* titled *Southwest Airlines resumes flights delayed due to 'technical issue'*, the Company blamed its weather-data provider for the outage:

> **Southwest Airlines flights resumed Monday evening after a reported "technical difficulty" nationwide.** "**We've resumed normal flight operations after our third-party weather data provider experienced intermittent performance issues Monday evening preventing transmission of weather information that is required to safely operate our aircraft,**" **the company said in a statement to NewsNation**. "While Southwest Teams and the vendor worked to restore connectivity, we implemented a ground stop to protect the Safety of our Crews and Customers." Initially, Hollywood Burbank airport reported all Southwest flights were suspended due to a "nationwide network issue." Passengers from grounded flights reported on Twitter not being allowed to return back to gates to exit the planes due to the software issue.

254.     This statement was presumably approved by either then-CEO Defendant Kelly or CFO Defendant Romo.

255.     The bolded statement above by Defendant Southwest was materially false and misleading and omitted material facts when made because Defendant Southwest misleadingly placed full blame on a "third-party weather data provider" for supposed "intermittent performance issues" when, in fact, Defendant Southwest knew that the Flawed Systems could not handle the relatively minor disruption.  Because of SkySolver's Low Capacity, Southwest would be unable to timely recover from this event and return to normal operations – it would invariably take days.  Defendant Southwest thus also concealed that the Company's Flawed Systems were a ticking time

bomb on the verge of triggering a catastrophic meltdown for the Company. ¶¶ 54-61, 64, 70, 77,

84-87, 98, 177-179

256.    On the next day, June 15, 2021, CNBC reported in an article titled *Southwest*

*Airlines cancels 500 flights after second technology issue in two days*.  In the CNBC article, a

spokesman for Defendant Southwest stated that the Company had no reason to believe that the

cause of the second day of substantial flight delays was related to the cause of the first day:

> Southwest Airlines canceled 500 flights, 15% of its schedule, Tuesday as it struggled with
> connectivity issues, a day after technical problem with a weather data supplier delayed
> hundreds of flights. The Federal Aviation Administration briefly issued a nationwide
> ground stop for Southwest, which prevents its flights from taking off to avoid
> overwhelming destinations. More than 1,690 Southwest flights were delayed on Tuesday,
> more than a third of the carrier's schedule, according to flight tracking site FlightAware.
> The airline said operations were returning to normal by Tuesday afternoon. ***"Southwest***
> ***is in the process of resuming normal operations after a brief pause in our flight activity***
> ***resulting from intermittent performance issues with our network connectivity Tuesday***
> ***afternoon," Southwest spokesman Chris Mainz said in a statement. "Our Teams are***
> ***working quickly to minimize flight disruptions and Customer impact. We appreciate***
> ***our Customers' patience as we work to get them to their destinations." Southwest said***
> ***it is investigating the issue and doesn't have reason to believe it's connected to***
> ***Monday's problem.*** Denver International Airport earlier tweeted that Southwest was
> having a "network connectivity issue" and warned travelers that flight delays are likely.
> On Monday, 1,541 Southwest flights, about 41% of its schedule, were delayed, according
> to FlightAware. The airline said that its operations on were disrupted Monday evening
> after its "third-party weather provider experienced intermittent performance issues" but
> told employees earlier Tuesday that it was in "relatively good shape" as operations
> resumed.

257.    This statement was presumably approved by either then-CEO Defendant Kelly or

CFO Defendant Romo.

258.    The bolded statements above by Defendant Southwest were materially false and

misleading and omitted material facts when made because Defendant Southwest knew or was

reckless in not knowing that the supposedly unrelated failure in its "network connectivity" was not

the only cause of the June Meltdown or the Company's inability to timely recover from it.  Rather,

Defendant Southwest concealed the underlying issue; namely, that the Flawed Systems were

overwhelmed by the short notice cancellations caused by the first day's disruption, and thus was partially, if not entirely, at fault for Southwest's inability to recover from the June Meltdown. In other words, Southwest's Flawed Systems turned a minor Irregularity into a meltdown. *See* ¶¶ 54-60, 64, 70, 77, 84-87, 98.

259.     During market hours on Wednesday, June 16, 2021, news outlets reported that what was initially a brief network interruption had spiraled into the June Meltdown. The *New York Times* published an article titled, *Southwest Airlines Delays and Cancels Flights for a Third Day*. In the article, Defendant Southwest downplayed its continuing cancellations and flight delays, and minimized any cause for broader concern about the event by boldly claiming that the Company's "technology issues … have been resolved":

> Hundreds of Southwest Airlines flights were delayed or canceled again on Wednesday as the company sought to resolve disruptions from earlier in the week amid a pickup in summer travel. The headaches for Southwest, which is widely credited for pioneering the low-fare airline business model, began on Monday night, when a problem with a weather data supplier prevented the airline from safely flying planes. The issue was resolved within hours, but on Tuesday the airline suffered its own technological problems, resulting in half of its flights that day being delayed and many being canceled, according to FlightAware, a flight tracking service. Spillover from that episode caused Wednesday's problems, the airline said. ***About 10 percent of Southwest's flights were canceled and another 19 percent were delayed by midafternoon, according to FlightAware.*** "***While our technology issues from Tuesday have been resolved, we are still experiencing a small number of cancellations and delays across our network as we continue working to resume normal operations,***" Dan Landson, a Southwest spokesman, said in a statement. Southwest said on Tuesday that it was having problems with "network connectivity." ***Mr. Landson said that those troubles were unrelated to the weather data problems from Monday*** and that there was no indication the airline's computer systems had been breached or hacked. The flight disruptions came at a critical time for a company celebrating its 50th year.

260.     The bolded statement above by Defendant Southwest, which was presumably approved by either then-CEO Defendant Kelly or CFO Defendant Romo, was materially false and misleading and omitted material facts when made because, even though Southwest acknowledged some undisclosed "technology issues", the Company knew or was reckless in not knowing that

those issues had not "been resolved" because Southwest had not even begun to address the profound problems with the Flawed Systems that stymied the Company's ability to timely recover from Irregularities.  Defendant Southwest also failed to acknowledge that the disruption lingered for a third day because its Flawed Systems had an abominably Low Capacity to address disruptions, particularly given the size and complexity of Southwest's operations. *See* ¶¶ 54-61, 64, 65, 67-71, 196.

**H.      Southwest Holds Its Second Quarter Earnings Call On July 22, 2021, During Which Defendants Blamed Weather and Minor Technology Issues, But Not Its Flawed Systems, For The June Meltdown**

261.    On July 22, 2021, Southwest held an earnings conference call to discuss its 2Q21 financial results, in which Defendants Jordan, Van de Ven, Romo, Nealon, and Kelly participated. During Defendant Kelly's opening prepared statements, he blamed the June Meltdown on "technology issues and bad weather combined" and confidently claimed that Southwest was now "well-positioned to manage pretty much any scenario":

> This has been a long struggle to get to this point, of profitability in the month of June. The pandemic, of course, turned everybody's world upside down and it's still not completely right side up. But I must thank our employees once again for their heroic and very hard work. ***Normal summer demand is always a challenge to manage, and it's, of course, even more so here in 2021, especially in June when we had technology issues and bad weather combined***. It made it very difficult.
>
> Things are much better in July. It's not -- still not where I want us to be but we'll continue to improve, and I'm very confident that we'll adjust as necessary and if necessary. So our immediate focus is on running a very high-quality, on-time airline and then gradually restoring our traditional efficiencies that are attendant with our low fare point-to-point high-utilization business model. And given the revenue recovery, obviously, our next focus is to sustain our profitability that we have achieved here in June and maintain stability going forward.
>
> Next year, we plan to resume new aircraft deliveries, with the desire to restore our route network as needed to pre-pandemic levels. And clearly, the network restoration will depend upon travel demand, which may, in turn, depend upon the state of the pandemic. So worst case, we'll reduce our growth and early retire our oldest aircraft, which will be

accretive to earnings with the trade-out with the MAX. ***So we're very well positioned and very well prepared to manage pretty much any scenario here in the next couple of years.***

262. The statement above by Defendant Kelly was materially false and misleading and omitted material facts when made because, while Defendant Kelly acknowledged that the June Meltdown was, due, in part, to undisclosed "technology issues", he knew or was reckless in not knowing that those technology issues were neither minor, resolved, nor in the past, and misleadingly failed to state as much. In fact, nothing could have been further from the truth as Southwest had not even begun to address the core problem with its Flawed Systems. Thus, unbeknownst to investors, while Defendant Kelly confidently claimed that "we're [now] very well positioned and very well prepared to manage pretty much any scenario here in the next couple of years", Defendant Kelly knew or was reckless in not knowing that the profound problems with the Flawed Systems remained latent and continued to unconscionably expose Southwest to meltdowns. In making these statements, Defendant Kelly also knew or was reckless in not knowing that:

(i) Southwest continued to use the same Flawed Systems, which Defendants were repeatedly warned by SWAPA and TWU, from even before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly in the event of Irregularities, such as a weather event like the June Meltdown. *See* ¶¶ 54-61, 64, 65, 67-71, 196.

(ii) Defendants repeatedly rejected pleas and proposals made by SWAPA and TWU to overhaul the Flawed Systems. *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(iii) As the June Meltdown corroborated, there was a dire need for Southwest to overhaul and upgrade its Flawed Systems, which left the airline unconscionably exposed to meltdowns. From before the start of the Class Period, Defendant Kelly knew, *inter alia*, that SkySolver had Low Capacity. Therefore, Defendant Kelly knew but did not disclose that Southwest could not timely recover from significant and inevitable Irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods. *See* ¶¶ 54-61, 64, 70, 98, 177-179.

263.     During the call, Defendant Van de Ven also discussed the June Meltdown, reiterating that Southwest had run into minor "technology issues" and that "weather was a bit of a concern". Additionally, Defendant Van de Ven introduced staffing as a purported contributing factor to delays and cancellations as the Company's "planning models" required "an adequate number of airplanes and people [] to run our schedules":

Now June was our most difficult month of the quarter. Our April and May outperformed previous years in all of our key operational metrics. And even with the customer volume increase, June was off to a solid start. *Mid-month, we did run into a combination of technology issues, followed by weaker weather challenges across our entire network. And those introduced some extreme delays into the network, and it caused significant crew availability concerns as well as delays and cancellations that impacted our customers, and that dropped our OTP to 62.4% for June*. And we need to and we will do better than that moving forward. *As we move through July, weather is still a bit of a concern as is the overall tempo of the airport environment. But the entire industry is feeling the impact of those things, and that's reflected in the overall industry OTP thus far in July. We expect our operational reliability to continually improve from our June performance. We use planning models that require an adequate level of airplanes and people and facilities to run our schedules. As we entered into the second quarter, we had all those resources aligned and we were on track until roughly mid-June*.

*And so there are a couple of focus areas for the operation as we move forward.* First, the passenger demand is very strong and our load factors going in and out of our large cities are 90-plus percent most days. And we're still ramping up the operation, and we have 16 fewer flight [sic] than we did in June of 2019, *which for us means there are fewer ways to reaccommodate customers when we have delays or cancellations, while higher volumes and fewer reaccommodation options translate for us into a longer operating day.*

So we're adding staffing in several of our large cities that have additional resources to cover those longer operating days and reduce the need for a premium pay. We've increased our minimum starting pay to $15 an hour to better source applicants for those positions. And we're offering premium pay for our employees to pick up open shifts on their scheduled time-off just in the meantime.

The second thing that we're focused on is sourcing flight instructors, so we can ensure that we can support the training needs for our pilots returning from extended time-off as well as our recurrent training needs as we continue to add flying to the network throughout this year and then set ourselves up for 2022.

It feels really good to finally be in a position where we can add flights and pick up our operating momentum. It was a bit messy as we throttled down our activity, and it doesn't surprise me that it's a bit messy as we're accelerating it. *But our employees just navigate*

*those -- through those things heroically. They have great hearts for our customers and for each other, and I'm just so proud and thankful for their efforts every da*y.

264.     The statements above by Defendant Van de Ven were materially false and misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that:

(i)     Southwest did not simply "run into technology issues" compounded by bad weather – rather, the Flawed Systems could not cope with a relatively minor disruption that triggered an influx of short notice cancellations.  Likewise, the "extreme delays" Defendant Van de Ven refers to were largely due to the Flawed Systems and their absurdly Low Capacity to address Irregularities. Defendant Van de Ven also failed to explain that Southwest had not even begun to address the core problem with the Flawed Systems. Thus, unbeknownst to investors, the profound issues with the Flawed Systems remained latent and continued to unconscionably expose Southwest to additional meltdowns. *See* ¶¶ 54-60, 64, 65, 67-71, 196.

(ii)     Defendant Van de Ven's statement that Southwest's scheduling systems were "aligned" going into the second quarter misleadingly suggested that the Company had acted responsibly in its planning while the weather presented an unanticipated curveball when, in fact, the Flawed Systems were a problem that Defendants could and should have properly planned to address.  But rather than resolve the vulnerabilities presented by those systems, Defendants chose to sit on their hands. *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(iii)     Defendant Van de Ven's statement that "weather" remained a "concern" for the "entire industry" – *i.e.*, an equal concern for all airlines – was misleading since weather was a profound and unique concern for Southwest given that the Flawed Systems could not handle the delays and cancellations that inclement weather invariably caused.  *See* ¶¶ 54-60, 165-167, 196.

(iv)     Staffing was not Southwest's real problem as having additional pilots or crew would not keep the Flawed Systems from crashing from a relatively small percentage of cancellations.  Nor would having additional pilots or crew help to resolve the inability SkySolver to interact with Baker, or Southwest's profound communications problems. See ¶¶ 54-60, 165-167, 196.

(v)     Applauding Southwest employees for their "efforts" was a farce when Defendant Van de Ven knew or recklessly disregarded Southwest was ignoring repeated warnings from frontline employees and projected proposals from them to optimize Southwest's Flawed Systems and avoid disaster.  *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

265.    During the question-and-answer segment of the call, Stephen Trent of Citigroup Inc. asked about Southwest's technology systems and spending.  Multiple Southwest executives gave responses highlighting the importance of technology to the Company:

> Q: [Stephen Trent] Just a very quick one from me. Any sense whether, not just you guys, but any sense whether you think the industry might need to step up its IT spend post-pandemic? Not only in terms of facilitating customer interface, but also considering cybersecurity. You have this a few months ago, the Southeast pipeline incident. I had 2 or 3 people tell me today that your website happens to be down. I don't know if that's true, but I'd just love to hear your thoughts.
>
> A: [Defendant Nealon] … ***I think that this is a network that is so technology-dependent and so network-dependent that I think that's an area of investment that everyone's probably investing more in***. But I think beyond that, I think every company has their own business strategy and their own set of technology requirements for that.

266.    Defendant Nealon's statement that Southwest and the airline industry are "so technology-dependent" was materially false and misleading when made because he knew or was reckless in not knowing that Southwest – understanding the importance of technology to Southwest's operations – still had not adequately invested in optimizing Southwest's critical technology infrastructure, particularly its Flawed Systems.  Rather, Defendants caused Southwest to largely focus on comparatively superficial revenue driving, customer-facing improvements. Moreover, Defendant Nealon omitted to disclose that the Flawed Systems were unable to cope with an influx of short notice cancellations predictably caused by Irregularities, such as inclement weather, resulting in Southwest's inability to timely recover from disruptions.  *See* ¶¶ 54-61, 64, 65, 67-71, 196.

267.    Defendant Kelly went a step further than Defendant Nealon in his response to the question, boldly calling Southwest a "technology company" with an "excellent [technology] team" and "ample dollars allocated" that placed Southwest in a position that was "better than ever":

A: [Defendant Kelly] Just to pile on to Tom's comment, and actually, I'm stealing his words, ***but we are very technology-dependent as an industry and it's probably stating the obvious***. ***But that does suggest that we need to be a top drawer when it comes to our technology.*** And obviously, the cyber risk everyone is aware of, and it is sort of a bottomless pit when it kind of comes down to how much does one need to do? But not really trying to speak for the industry, I'm just talking for us. ***But absolutely, we view ourselves as a technology company. We have an excellent team. We have ample dollars allocated for that effort. And one thing that the pandemic has done for us is it's made us a lot more efficient with our technology investment and management.*** And it's enabled a lot within the workforce as well. ***So I feel like we're better than ever at Southwest, and you can be sure that we're going to continue to make that a high strategic focus***.

268.     Defendant Kelly's statements were materially false and misleading and omitted to disclose material facts when made because Defendant Kelly knew or was reckless in not knowing that:

(i)     While Southwest was certainly "technology-dependent", and that implied the Company should be a "top drawer when it comes to our technology", Southwest was far from a "top drawer" and could not credibly be called a "technology company" given the state of its Flawed Systems, which were necessary to execute core operations.  Indeed, Southwest was still using the Flawed Systems, which Defendants were repeatedly warned were inadequate by SWAPA and TWU from before the start of the Class Period.  Defendants also repeatedly rejected pleas and data driven proposals made by SWAPA and TWU to modernize and upgrade those systems to finally address the size and complexity of Southwest's operations.  *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(ii)     Claiming that Southwest had an "excellent team", "ample dollars allocated", and was strategically focused to ensure that the Company had adequate technology in place that positioned the Company "better than ever" was a complete farce.  Despite specifically touting to investors in its 10-K that, even during COVID, Southwest made significant investments and executed on major technology projects, including its scheduling systems, Defendants did not meaningfully upgrade the Flawed Systems which, as Defendants were repeatedly warned, left the Company highly exposed to meltdowns.  Thus, rather than being positioned "better than ever", the Company was sitting on a ticking time bomb.  *See* ¶¶ 54-60, 64, 67, 87, 116, 134-138, 196.

269.     Having underscored the importance of technology to Southwest, Defendants did not want the market to link the June Meltdown with a technology problem.  Accordingly,

Defendant Nealon made sure to "clarify" that the June Meltdown was not caused by a technology problem but rather by a one-off "human error" and "mistake":

> [Defendant Nealon] Gary, if you don't mind, since you just said we view ourselves as a technology company and an airline and service company, but we just did have an outage. So I think rather than wait for a question on it or not address it, let me tell you how we feel about that and what happened. So just to be really clear, we did have a technology outage, which was pretty impactful. In fact, it really hindered Mike in the operation in a very significant way...back in June. And it really clogged things up and just made for a very rough situation. ***And I just wanted you guys to know that, first of all, it was not a cybersecurity issue. It was not a hardware failure. It was not an engineering failure or an architectural issue. It was a human error***. ***And it's just something that was a mistake made and we're dealing with it. But it was not a structural issue or investment level issue. It was just a simple human error***. And we feel terrible about that. We got to be better than that, especially if you're going to be so dependent upon technology, you can't have mistakes like that. ***But this was not a failure of technology, if you will, it was a human mistake***. So we'll do better.

270.    Defendant Nealon's statement attributing Southwest's June Meltdown to "human error" rather than to a "failure of [Southwest's] technology" was materially false and misleading when made because Defendant Nealon knew or was reckless in not knowing that the June Meltdown was, in fact, largely caused, and certainly prolonged, by a "failure of technology". Namely, the Flawed Systems were easily overwhelmed when they were needed most and could not handle Southwest's operations during inevitable Irregularities.  *See* ¶¶ 54-60, 196. Accordingly, Southwest was unable to timely recover from Irregularities by laying blame on "human error" and "mistake", Defendant Nealon gave the market the false impression that the June Meltdown was a one-off event unlikely to occur again rather than what it actually was – another example of a systemic problem very likely to occur again due to underlying and fundamental problems with, *inter alia*, Southwest's "architecture" and "engineering" with respect to its Flawed Systems.  *See* ¶¶ 85-87.

271.    When *Wall Street Journal* Reporter Alison Sider asked Defendants Kelly and Nealon whether they would do anything differently in hindsight in planning for the Summer,

101

Defendant Kelly acknowledged some tightness in its plan, but emphatically stated that the Company had planned "as best as we could" for the weather and staffing.  Moreover, Defendant Kelly continued to downplay any technology concerns as "one-off" issues that were resolved:

> Q [Alison Sider]: I was wondering, I guess, with the benefit of hindsight, if there's anything you would do differently in planning for this summer or any additional sort of coordination that there might have been between kind of the network side and the operations side. Just as you look back, if you had the opportunity to kind of replan the summer all over again, if you would do anything differently?
>
> A: [Defendant Kelly] [I]n hindsight, there are some elements of our plan that were too tight. That being 1 of them at some of our locations. If you were listening to the analyst call, Mike mentioned his 8 largest airports. ***So weather, we factored in weather as best we could, and the weather was more spring-like in June, in particular, than normal. And so that kind of whacked us. That's out of our control. Technology are one-off things***. And those are the 2 headline issues for June.
>
> But the overall allegation that we were understaffed is not true. That is incorrect. Meaning that it wasn't understaffing that's led to delays. The problem becomes -- the delays, whatever the reason for it is, puts pressure on the staffing, because the days are longer or as Mike was describing, how flight crews end up diverted and in the wrong place and out a position and so do airplanes. So getting the airline back on the tracks obviously is job 1. But our people have done a phenomenal job. They're working very hard. Mark -- Mike described some of the challenges in the environment. ***It's just -- I blame it on the pandemic***.

272.    Defendant Kelly's statement claiming that Southwest factored in "weather as best as we could" and that the June Meltdown, as it related to technology, was a "one-off" event "out of our control" was materially false and misleading when made because Defendant Kelly knew or was reckless in not knowing that Southwest was profoundly and uniquely vulnerable to bad weather because of the Flawed Systems' Low Capacity to handle Irregularities inevitably caused by, *inter alia*, bad weather.  Thus, Defendants did not, in fact, prepare as best as they could for bad weather because they completely and utterly failed to address the problems with the Flawed Systems that they were repeatedly warned about and that were entirely in their control.  With the Flawed Systems' problems left unaddressed, Southwest remained unconscionably exposed to further meltdowns which were inevitable to occur.  *See* ¶¶ 54-60, 64, 65, 67-71, 85-87, 196.

273.     Defendant Nealon then blamed the June Meltdown, in part, on the fact that Southwest had less planes in the air – but re-assured the market that the "worst was behind" Southwest:

[Defendant Nealon] Yes. I'll just -- I'll throw something in here, Alison. So our point-to-point network is it's [sic] a different model than most other airlines out there. And the way that we are able to absorb significant events in that kind of a model is we would generally cancel a flight, get the airline back on time and then we would reaccomodate customers through other alternatives that we had. And we do that very successfully year in and year out. **The biggest change that I think we faced this year with 2020 hindsight is we can't absorb those significant events as efficiently this year as we did in the past, because we don't have as much frequency in our network today that we did yesterday, but we will in the future.** And so what that is causing us to do is to run those flights a little bit later, and it extends the operating day. And so that's really the crux of the issue. And then the salve [sic] for that is as we grow the network and add flights back, that solves itself. **And then also, we're going to come into a period of time where we don't have the thunderstorms and these pop-up weather events that we do here in June and July. So I feel like the worst part of all that is behind us. And given all the information that we had, as Gary said, we were planned appropriately well**…. **But I think the worst -- clearly the worst of it is behind us in June.**

274.     Defendant Nealon's claims that "everything would be fine" once Southwest added more flights, got past the "thunderstorms" and "pop-up weather events" in June and July, and that "clearly the worst of it is behind us in June" were false and materially misleading when made because Defendant Nealon knew or was reckless in not knowing that adding flights could not fix the turmoil when the Flawed Systems were overwhelmed – it would add to that turmoil.  Moreover, the changing weather patterns were not going to solve Southwest's problems, particularly as winter approached. To the contrary, the Flawed Systems were exposed to a meltdown in any season and regardless of the weather in the event Irregularities occurred, if Defendants did not fix the fundamental problems. *See* ¶¶ 54-60, 64, 70, 98, 177-179.

275.     Defendant Nealon laying blame on COVID for the airline's inability to efficiently recover from disruptions was also disingenuous at best.  Defendant Nealon failed to identify the root of the problem – the Flawed Systems.  Indeed, every other airline was dealing with the same

challenges, but no other airline had the Flawed Systems and thus, unlike Southwest, could recover accurately and timely from Irregularities.  *See id.*

I.  **Southwest Files Its Second Quarter Report On July 27, 2021, Again Generically Warning About Events Outside of the Company's Control Without Acknowledging Problems Within Its Control That Were Being Ignored**

276.   On July 27, 2021, Southwest filed its Form 10-Q for the period ended June 30, 2021, which was signed by Defendant Romo (the "2Q21 Report"). Attached to the 2Q21 Report were certifications pursuant to SOX, which were signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

277.   Similar to Southwest's previous earnings reports, the 2Q21 Report provided boilerplate risk disclosures, *inter alia*, about weather and events out of its control.  The 2Q21 Report stated, in relevant part, as follows:

> Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

278.   This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)   Events outside of Southwest's control that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings.  *See* ¶¶ 54-60, 67-71, 87, 116..

(ii)     Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events out of its control than any other airline.  *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)    Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure.  *See* ¶¶ 54-60, 77, 98, 177-179, 196.

279.    The 2Q21 Report referred investors to the same materially false and misleading risk factors disclosed in the 2020 Annual Report, set forth in paragraph 245, which, were still materially false and misleading for the same reasons explained in paragraph 246.

**J.      On September 9, 2021, Defendant Jordan Participates in the Cowen Global Transportation & Sustainable Mobility Conference**

280.    On September 9, 2021, Defendant Jordan participated in the Cowen Global Transportation & Sustainable Mobility Conference.  At the conference, Defendant Jordan blamed the Company's summer difficulties on low on-time performance metrics, understaffing and industry wide risks such as COVID – continuing to conceal that the Flawed Systems were the underlying cause of the June 2021 operational failure:

> [Defendant Jordan] ***You've seen us – we had a tough summer, operating sometimes in the 60s, and a lot of that was due to being understaffed***. And there are all kinds of reasons for that, that we'll talk about. ***But we need to get the operation and the staffing matched*** so that we can operate reliably like our customers and employees expect and get our employees out of mandatory overtime and these things that are just tough for them. And so a lot of that fourth quarter adjustment, which is getting the capacity and the staffing and the operation better aligned so that we can operate as our customers and our employees would like us to operate. So that's really what a lot of that was, plus the adjustment to the impacts of the COVID -- of the Delta variant. So -- but really excited to see everybody at Investor Day here in December. It feels like a long ways away, but time moves really quickly. So it'll be here soon. So we'll be sharing a lot about all this at the December day.

281.    This statement was materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that:

(i)     Understaffing was not Southwest's real problem, it was that Southwest was using the same Flawed Systems, which could not handle the Company's operations during Irregularities, such as even a brief network disruption. *See* ¶¶ 54-60, 64, 70, 98, 196.

(ii)    Claiming that "we need to get the operation and the staffing matched" was misleading when that was precisely what Southwest could not do during Irregularities due to the Low Capacity that the Flawed Systems could handle. *See* ¶¶ 54-60, 134-138, 198.

**K.     Just Four Months Later, Southwest Experiences Another, Larger Meltdown Spanning Three Days In October 2021 – The Company Responds By Laying Blame on a Host of Issues, But Not on the Company's Technology**

282.    On October 9, 2021, the October Meltdown began. After bad weather hit Florida, Southwest's Flawed Systems again failed, causing a massive multi-day outage, and the cancellation of more than 2,000 flights – but Southwest was affected far more severely than other airlines. At first, Southwest blamed the October Meltdown on "industry-wide" problems like air traffic control and bad weather – and again stressed that the Company's scheduling software was not the problem.

283.    On Saturday, October 9, 2021, Southwest published a tweet on X (f/k/a Twitter) stating:

ATC [air traffic control] issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend while we work to recover our operation. We appreciate your patience as we accommodate affected Customers, and Customer Service wait times are longer than usual.

284.    Southwest's tweet was materially false and misleading and omitted to disclose material facts when made because Southwest knew or was reckless in not knowing that it omitted to disclose that "disruptive weather" was not the cause, it was only the occasion, of the October Meltdown. *See* ¶ 101. The real cause was the Flawed Systems, which could not cope with brief inclement weather requiring short notice cancellations, and thus rendered it all but impossible for Southwest to timely recover from the event. *See* ¶¶ 54-60, 87, 116, 101-104, 196.

285.    The same day, October 9, 2021, AZ Central published an article reporting that "Southwest cancels, delays hundreds of flights nationwide." AZ Central further reported that, after receiving pushback that the FAA delay website showed no evidence of delays, Southwest issued an updated statement attributing the delays to an FAA-imposed air traffic management system. By Saturday afternoon, the Company had 568 cancellations and 717 delayed flights nationwide:

> An air traffic control issue combined with weather delays on the East Coast have caused problems across the airline's network, forcing the Dallas-based carrier to delay and cancel hundreds of flights. By Saturday afternoon, the flight-tracking website Flight Aware showed Southwest with 568 cancellations and 717 delayed flights nationwide. "***Air Traffic Control (ATC) issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend as we work to recover our operation***. We appreciate your patience as we accommodate affected Customers as quickly as possible," Southwest said in an emailed statement. After receiving pushback to that initial statement online from those who pointed out that the Federal Aviation Administration's delay website showed no evidence of delays, the airline issued an updated statement. "***We experienced significant impact in the Florida airports yesterday evening after an FAA-imposed air traffic management program was implemented due to weather and resulted in a large number of cancellations***."

286.    Southwest's emailed statement was materially false and misleading when made and omitted to disclose material facts because Southwest knew or was reckless in not knowing that the Flawed Systems could not handle the inevitable short notice cancellations that followed a brief inclement weather event – which would now ripple for days.  *See*  ¶¶ 54-60, 101-106, 134-138, 196.  These were not industry-wide problems but unique and profound problems for Southwest.

287.    On October 11, 2021, Southwest wrote off the October Meltdown in a news release issued on the Company's website entitled "Southwest Statement Regarding Recent Operational Disruptions".    That release blamed weather and other ambiguously-described "external constraints" beyond the Company's control for causing the October Meltdown:

> Southwest Airlines extends a tremendous apology to our Customers and Employees for the flight cancellations and delays which occurred over the weekend and on Monday. ***On Friday evening, the airline ended the day with numerous cancellations, primarily created by weather and other external constraints***, which left aircraft and Crews out of

107

pre-planned positions to operate our schedule on Saturday. ***Unfortunately, the out-of-place aircraft and continued strain on our Crew resources created additional cancellations across our point-to-point network that cascaded throughout the weekend and into Monday***. Southwest Teams have been working diligently to restore stability to the network, and we are experiencing less disruptions on Monday. We hope to restore our full schedule as soon as possible.

288.   Southwest's statements were materially false and misleading and omitted material facts when made because Defendant Southwest knew or was reckless in not knowing that:

(i)   The inclement weather was not the cause, but the occasion, for Southwest's "cascade[]" of "cancellations".  The real cause for Southwest's inability to timely recover from this event was the Flawed Systems, which Defendants were repeatedly warned by SWAPA and TWU, from even before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly in the event of Irregularities, such as a severe weather event.  *See* ¶¶ 54-61, 64, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(ii)   Southwest failed to disclose that there was a dire need for Southwest to overhaul and upgrade the Flawed Systems, which left the airline unconscionably exposed to meltdowns.  From the start of the Class Period, Defendants knew, *inter alia*, that SkySolver had Low Capacity. Therefore, Southwest could not timely recover from significant and inevitable irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods, as demonstrated by the pre-Class Period mass cancellations in January 2014 and July 2016, and later demonstrated in June 2021, October 2021, and December 2022.  *See* ¶¶ 54-60, 64, 70, 98, 177-179.

(iii)   Southwest was not beset by industry-wide out of control problems, but by unique and profound problems Defendants created by failing to optimize Southwest's Flawed Systems. *See* ¶¶ 54-60, 78, 98, 116, 124.

289.   In addition to being misleading, these statements also partially revealed the truth about Southwest's unique vulnerability to mass cancellations in the event of Irregularities like inclement weather.

290.   On October 11, 2021, the first trading day following the October Meltdown, Southwest Airlines' share price fell $2.25, or 4.17%, to close at $51.67 per share on October 11, 2021, thereby injuring investors.

291.    On October 12, 2021, Defendant Kelly was interviewed on CNBC's "Squawk on the Street" with hosts Jim Cramer and David Faber.  In response to a series of questions from Cramer regarding prior operational hiccups that resulted in cancelled Southwest flights in Florida, and the suggestion that "something's wrong at Southwest", Defendant Kelly characterized the problems Southwest experienced as isolated and denied that the Company's operations were at risk due to its scheduling technology:

Q: [Cramer]: Gary, I feel awful doing this but I got to go back in June. Two days, technical issues, 500 flights canceled. I want to step back for a second. You're Southwest Air. I frankly don't care that there were problems with Florida, with FAA, you're Southwest Air. You solve these things. You have two outages, again, you had one in June. Maybe Southwest Air has to change its ways that it can't be just shut down because of what Orlando [sic], maybe you shouldn't do that maybe you need to go more hub and spoke. This is your, your airline and everyone knows, never, never, no cancellations, no problems. The fact that I have to ask about labor, the fact that I have to ask about the outages, something's wrong at Southwest Air.

A: [Kelly]: Well I think very fair criticism Jim and so I was simply answering the question of what happened here over the weekend, you know, not whether we should have been better prepared or have done something differently. So, we operate a linear route network, we don't hub and spoke. We're the [sic] probably the largest airline in terms of seats offered in the state of Florida. Again, *every single airport in the state of Florida was impacted by this. So, it's, it's very unique. It's very unusual. It wasn't anything that Southwest caused. If you go back to the June outage, that was, that was us. That was a technology outage and those are, those are few and far between.* But it's been a rough summer and I'm not offering any excuses. Our customers didn't get their best from Southwest Airlines is not what we want. We definitely are, we definitely have some staffing challenges as well that we've talked about before so we have moderated our flight schedule and accelerated our hiring plans so there were definitely steps underway to, to mitigate the issue. *We were thinly staffed coming into the weekend and that certainly didn't help things as we were trying to recover* but point well taken, and, you know, it's, as usual, any company is a work in progress and we've always got opportunities to improve and you get no argument from me that this is not, not the kind of service that we want to offer from Southwest.

Q: [Cramer] Fair enough.

Q: [Faber] Hey Gary, it's David. I mean when, when it comes then to those opportunities to improve, where is your, and by the way the next CEO, where is the focus going to be on that improvement given what you've seen both this weekend and obviously from June? I know not necessarily related, separate issues but still.

A: [Kelly]: *Yeah not related at all but I think in the, in this particular case, it would help for us to have better tools to recover*. So, there, there aren't perfect optimization tools to re-flow airplanes when we have a setback like we did on Friday. *And then, secondly, there's technology that's required to reschedule our flight crews*, so we have flight attendants, we have pilots, we have airplanes and once it gets behind, *it's just difficult to get that back together so I think the opportunity is to improve on that process.* It's called repair. It's complicated, but we definitely have some good opportunities there, you know, for the future.

292.    Defendant Kelly's statements were materially false and misleading and omitted material facts when made because Defendant Kelly knew or was reckless in not knowing that:

(i)     Southwest's June Meltdown and October Meltdown were not simply due to weather or "technology outages" that were "few and far between". They were both multi-day events "Southwest caused" by continuing to use the Flawed Systems that could not timely recover from a minor Irregularity.  Accordingly, the claim that Southwest's June Meltdown and October Meltdown were "not related at all" was false. *See* ¶¶ 54-60, 64, 65, 67-71, 196.

(ii)    The "better tool[]" that Defendants were repeatedly warned by frontline employees that it needed to recover from Irregularities like inclement weather events, was a long-overdue upgrade of the Flawed Systems, which Defendants repeatedly ignored and/or rejected. *See* ¶¶ 54-60, 64, 65, 128, 196.

(iii)   The real reason it was "difficult to get [Southwest's schedules] back together" was not staffing, but that – as Southwest had been warned for years by the unions – the Flawed Systems could not cope with anything more than minimal cancellations. Thus, increasing staffing was a sideshow as adequate technology was needed to timely recover from Irregularities. *See* ¶¶ 54-61, 84-87, 177-179, 196.

293.    Cramer persisted and asked more pointed questions about Southwest's systems.  In response, Defendant Kelly reiterated earlier statements that the June Meltdown was merely "human error" – not a systemic scheduling technology problem – then doubled down and "emphatic[ally]" claimed that technology was not the issue.  Indeed, he claimed that Southwest had "wonderful" technology and a "well resourced" technology department so there was no cause for broad concern about the association of the meltdowns to technology:

Q: [Cramer] I want to go deeper on this weather issue. IBM has a weather product, the Wall Street Journal seemed to indicate that maybe it was not up to snuff. There are questions about whether you had spent enough money on IT during the 500 flight

110

cancellation in June. Are you underspending on IT and have you over furloughed and therefore having trouble getting people back?

A: [Kelly] *All great questions. I think the answer is, you know, a very emphatic no, we're not underspending*. We suspended investing in some of our initiatives early on when the pandemic first unfolded in March, but we very quickly got back on track once the CARES Act Payroll Support Program came through and made sure that we continue to make those investments. *The two technology outages that occurred back in June were human error so it wasn't a lack of technological capability, it was simply, in one case, not adhering to a procedure. So, it happens to companies, you know, occasionally we just don't want it to happen very often and obviously every time something like that happens, we, we tried to learn from it.* We've deployed new technology for reservations, we're in the process of deploying new maintenance, record keeping software that supports all of our aircraft, one of the largest projects we've ever undertaken, probably the largest deployment in the airline industry in history. *So, we have wonderful technology, we have a wonderful technology department. They're, they're very well resourced.* I think what like a lot of companies, we definitely are having some hiring challenges. We're trying to get 5,000 people hired by the end of this year, we're about halfway there. But overall technology's in pretty good shape in terms of staffing and for the most part, our staffing challenges have moderated. I'd still like to have more cushion in the operation so we can absorb the kind of blow that we saw last Friday better.

294.    These statements were materially false and misleading and omitted material facts

when made because Defendant Kelly knew or were reckless in not knowing that:

(i)     Southwest did not have "wonderful technology", nor was its "wonderful technology department" "very well resourced".  Throughout the Class Period, Southwest used the same Flawed Systems, which Defendants were repeatedly warned by SWAPA and TWU, from before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly during, or in the immediate aftermath of Irregularities requiring short notice cancellations. In light of the foregoing, Defendant Kelly's "emphatic" claim that Southwest was also not "underspending" on technology, when it made no meaningful changes to the Flawed Systems whatsoever, was plainly false. *See* ¶¶ 54-61, 64, 65, 67-71, 196.

(ii)    The June Meltdown was not caused by "human error" and was precisely a lack of "technological capability", *i.e.*, the Flawed Systems that Southwest management had been warned about by SWAPA and TWU for years. *See* ¶¶ 64, 67, 70, 71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)   As Defendant Watterson later confirmed in an internal call with Southwest employees in December 2022, the Flawed Systems – which had not changed – *still* could not handle the Company's scheduling operations.  *See* ¶¶ 177-179.

(iv)    There was a dire need for Southwest to overhaul and upgrade the Flawed Systems, which left the airline unconscionably exposed to meltdowns.  From before the start

of the Class Period, Defendants knew, *inter alia*, that SkySolver had Low Capacity. Therefore, Southwest could not timely recover from significant and inevitable Irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods, as demonstrated by the pre-Class Period mass cancellations in January 2014 and July 2016, and later demonstrated in June 2021, October 2021, and December 2022.  *See* ¶¶ 54-60, 64, 70, 98, 177-179.

**L.      Southwest Holds Its Third Quarter Earnings Call on October 21, 2021, Explaining Away the Company's Profound Problems With Its Flawed Systems**

295.    On October 21, 2021, Southwest held its earnings call in which Defendants Kelly, Romo, Van de Ven, Jordan, and Watterson participated.  During the call, Defendant Jordan continued to engage in damage control and obfuscate the Company's fundamental problems with scheduling technology.   In addressing the October Meltdown, Defendant Jordan reiterated that Southwest's recent problems were not with the Flawed Systems, but rather with a host of other industry-wide problems that did not include the Company's Flawed Systems:

[Defendant Jordan] I do want to touch on the issues we experienced beginning October 8. ***Our challenges started with a widespread ATC ground stop and ground delay program that effectively shut down our Florida operation from that afternoon through the end of the day. Mike is going to talk more about this, but that caused a significant number of crews and aircraft to be out of position and then that took several days to recover***. As a result, we inconvenienced thousands of customers and we further challenged our stellar employees. And I just want to apologize to both our customers and our employees. We just did not live up to your expectations.

Before this, we were actually seeing very positive trends in our operational performance. ***And the key to continued improvement is getting staffed and continuing to invest in our operation, and we are absolutely laser-focused on both of those. Looking forward, our immediate goals are really basic: number one, to bulk up our staffing***. We made tremendous progress. That remains short of what is needed, especially when we dip into staffing reserves. And therefore, we've continued to modestly trim our fourth and first quarter schedules.

[Defendant Van de Ven] We've had a challenging quarter operationally. It's clear that our industry ecosystem is still fragile.

***And a second – in a separate but still related issue from on-time performance is balancing our schedule with our crew resources***. All of our employees should expect to be able to bid their shift, they show up to work and it'd be the same as what they bid and then they get to go home as planned. And I've mentioned before that those staffing plans

112

were based on various models that have assumptions in them for things like vacation and sick leave, open time or shift pickup rate and the time it takes to fill open positions. And while we had adjusted those assumptions going into the summer to provide more staffing cushion, they just weren't enough to match the reality of the environment that we were operating through. And that was particularly impactful to our flight crews. Our sick trends were much higher than expected and our open time pickup rates were also impacted. And those were more pronounced on weekends, and we were routinely exhausting our reserves to cover those impacted flights. And that's what causes the crew reroutes and the unplanned overtime and the unscheduled overnights and all of that impacts our people. So it's a spiral that we just have to break.

So in summary, ***we continue to add staffing, and we've made schedule adjustments to both improve our on-time performance and add more staffing cushion to navigate through our current environment. And as our environment and our staffing and scheduling balance begin to stabilize***, we'll be in a good position to begin restoring our network frequencies during 2022.

296.     These statements were materially false and misleading and omitted to disclose material facts when made because Defendants Jordan and Van de Ven, knew or were reckless in not knowing that:

(i)      Southwest took several days to recover from the October Meltdown largely, or entirely, because of the Flawed Systems' Low Capacity, which could only accommodate an exceedingly low percentage of flight disruptions at a time.  As a result, Southwest was not capable of timely recovering from Irregularities.  *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)     Southwest's primary problem was not "staffing", but the Flawed Systems. Southwest's Flawed Systems would crash if they had to handle more than a mere 200-300 cancellations at once.  *See id*.

(iii)    Southwest could not "balance[] [its] schedule with [its] crew resources" during Irregularities because the Flawed Systems could not handle the inevitable mass cancellations. Staffing was not a solution to the problem.  *See id.*

297.     During the call, analysts asked several questions regarding Southwest's recent operational failures leading to the June Meltdown and October Meltdown.  In response to one of those questions, Defendant Watterson once again blamed staffing and reiterated that there was no broader cause for concern:

Q: [Duane Pfennigwerth (Senior MD at Evercore ISI Institutional Equities)]: So I'm curious if you could share kind of what you've learned from a network perspective that

strained the operation. Every carrier has been sort of contorting their network to this demand environment. I think you lengthened stage length. In past media, you talked about how much of your capacity touches Florida. What are the lessons learned? And if we kind of dig through your future plans, what are the types of markets you've moved away from in an effort to improve the operation?

[Defendant Watterson] The -- I think the first thing is we moved, in the summer, we cut our forward schedules based on what we're seeing with staffing that Tom -- I mean, that Gary and Bob referenced. And we just took more people per trip, and so we immediately lowered trips from October through the end of the year. *So just the level of capacity versus staffing was the initial issue. The second is the day-to-day recovery is more difficult when you have fewer options for reaccommodation, whether that's reaccommodating the customer, the crew or even the airplane to get it where it needs to be that night. And so bringing back that density, we've identified as the #1 thing that will help our day-to-day operations recover more easily when there are things that are exogenous shocks from weather or something else that allows us to recover.* And so getting that back is going to be what we're going to be using our aircraft for over at least the next year and kind of in our network that was preexisting in 2019 will come to look a lot like what we have at the end of next summer, at the end of next year. That core part that operated very well and produced good results will start to look a whole lot similar. It takes a while to get there, but that's what we'll be using the aircraft for versus, say, growth of breadth options, which we used during the pandemic.

298.    Defendant Watterson's statements were materially false and misleading when made and omitted material facts because he knew or was reckless in not knowing that the cause of Southwest's recent operational problems was not flight capacity and staffing, and Southwest could not "recover" from "exogenous shocks from weather or something else" because the Flawed Systems were profoundly inadequate. Indeed, the Company's Flawed Systems could not cope with more than a minimal number of cancellations without crashing and creating a ripple effect of more cancellations that would days for Southwest to resolve. *See* ¶¶ 54-60, 64, 65, 67-71, 196.

299.    Defendant Jordan also responded to the same question, blaming staffing and claiming that Southwest's "operational analytics folks are on top of all this stuff":

A [Defendant Jordan]…I think the 2 learnings are -- again, we've talked about this a lot. We depended on some hiring to get staffed to support that network and it was just tough to get there. *So by the time we were ready to fly, for example, the summer, we just weren't staffed to the point that we thought we would be.* And the second learning really was how important the margin is, whether it's crews or ground operations but I think especially crews. And as we had lower-margin things like reserves and all that, the

114

operation is just -- it deteriorates faster as you eat up that margin that you've got, especially on the crew side. ***So to me, really the learning is on just how important it is, Mike's talked about this, to have that margin in the crew network, especially as you operate***. And then again, in a thinner network with lower frequencies, as you have to use a part of that margin to move crews around and those kinds of things, it's just not there. ***So to me, the learnings were really more there, the importance of staffing than they were on the network design***.

300.  Defendant Jordan's statements were materially false and misleading when made

and omitted to disclose material facts because Defendant Jordan knew or was reckless in not

knowing that:

> (i)  "Network design" was precisely Southwest's problem, *i.e.*, the Flawed Systems, which caused Southwest to meltdown during Irregularities with cascading mass cancellations.  *See* ¶¶ 54-61, 64, 65, 101-104, 196.

> (ii)  Staffing was not Southwest's problem, the Flawed Systems were the root of the matter and until that was resolved, no other solution would be effective. *See* ¶¶ 54-60, 64, 70, 98, 134-138, 177-179.

301.  Defendant Van de Ven further echoed Defendant Jordan's comments, ignoring

Southwest's profound problems with the Flawed Systems and again blaming the October

Meltdown on staffing issues and industry-wide problems:

> A: Yes, I'll just pile on at the very end here, Duane, but ***the biggest learning that I've had is, and I talked about it earlier, is this industry ecosystem. And it's dependent on having people at work***. And it doesn't matter where it is, it could be hotels, it could be van drivers. It could be people at the -- working at the airports. But the people -- if you have enough people, you can have an up-tempo business. And that's what our business -- our whole industry's business wasn't as fast as tempo as everybody had planned it to be. ***And that's where I think everybody got into issues with their on-time performance and their staffing and their crews. And so everything that everybody else said, I totally agree with***. But to me, there's people in the industry that slow the tempo down, we want to be an up-tempo operation. And to get that, we need more people and we need more frequencies.

302.  Defendant Van de Ven's statements were materially false and misleading and

omitted material facts when made because Defendant Van de Ven knew or was reckless in not

knowing that staffing was not the cause of the June Meltdown or the October Meltdown. Increased

staffing could not address the Flawed Systems' fundamental Low Capacity problem that invariably

created turmoil and prolonged any recovery.  *See* ¶¶ 54-60, 64, 70, 98, 134-138, 177-179.  By blaming the Meltdowns on staffing, Defendant Van de Ven obfuscated the real issue and reduced the meltdowns down to one-off events that would not happen again when, in fact, Defendants had done nothing to eliminate the threat of additional meltdowns posed by the Flawed Systems.

303.    During the call, analyst Helane Renee Becker-Roukas of Cowen and Company inquired about Southwest's future plans with respect to its technology.  In response, Defendant Jordan stated that Southwest had to invest in its technology, particularly due to Southwest's "size and scale and complexity" – showing clear awareness of the real problems afflicting the Company – but still concealed that Southwest's Flawed Systems were currently a grave liability for the Company that would cause another meltdown when an event requiring short notice cancellations inevitably materialized:

Q: [Helane Renee Becker-Roukas]. [M]y other question is really with respect to technology. You guys spent a lot of money on technology over the last few years kind of ramping up, getting ready for more business travel and getting ready for more GDS exposure. Now I'm wondering like what's next? What's next on that front? And if you could just talk a little bit about that.

A: [Defendant Jordan] Helane, every company, I think, at this point is -- some part of them, they're a technology company. ***It's central to everything that we do, obviously, central to everything that we do at Southwest Airlines because we're so dependent***. I would tell you, we have all kinds of priorities and some of those are -- like we have every year and ongoing, they are revenue initiatives that we'll be sharing with you in December and most of those require technology. But I would -- and Mike can comment on this, to me, the -- ***if I had a headline, it's our investment in operational tools. The -- our people are terrific. We have good tools. But at our size and scale and complexity, I think there is a need to continue to invest heavily in the operation and particularly heavily in the operational tools that we provide to our employees. They're terrific but they could use tools that better help manage their day, manage the complexity. And so to me, if I had to rank order, the #1 objective is our continued investment in our -- what Mike and I are just calling modernizing our operational tools***. Mike, do you want to add on to that?

304.    Defendant Jordan's statements were materially false and misleading when made and omitted material facts because Defendant Jordan knew or was reckless in not knowing that Southwest's Flawed Systems were not "terrific" or "good tools".  In fact, Southwest had failed to

116

adequately invest – as it represented it had (*see* ¶¶ 54-60, 64, 65, 67-71, 196.) – in updating its critical scheduling technology, and, as a result, Southwest's employees did not have "good tools" but instead the Company's operation relied on the Flawed Systems that were easily overwhelmed and that uniquely and profoundly exposed the Company to meltdowns. *See* ¶¶ 54-61, 77, 98, 177-179, 196. Defendant Jordan's acknowledgment of the size and complexity of Southwest's operations, and that its existing systems matched Southwest's size and complexity, also gave the false impression that the Company was proactively upgrading the Flawed Systems when, in fact, Defendants knew that they were a ticking time bomb waiting to detonate.

305. Piggybacking on Defendant Jordan's response, Defendant Van de Ven then represented that Southwest would be "modernizing [its] operation", including in "flight planning" and "crewing systems":

> A: [Defendant Van de Ven] Yes, Helane, I think Bob covered it mostly. But when you think about modernizing the operation, we just -- we rolled out a significant enhancement to our maintenance systems this year, and we've got one last piece to get our MAX aircraft and our 800 rolled into that here in November. So that's a big enhancement, a big modernization, if you will, in our maintenance systems. And our maintenance systems that it was replacing is close to 30 years old. So I think that you could categorize the different kinds of opportunities we have in those areas. ***We've got things that we want to do in flight planning. We've got things we want to do in our crewing systems. We have things that we want to do as we're coordinating and executing our turns on the ground. And then we have investments we want to make in our decision support and optimization of technology***. So we've got a good array of things that we want to go do, and we can talk more about those in a little bit more detail in our Investor Day.

306. Defendant Van de Ven's statements were materially false and misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that Southwest's "flight planning" and "crewing systems" were fatally flawed as they could not cope with, and would crash and cause mass cancellations in the event of, inevitable Irregularities. Accordingly, the modernization and upgrading of the Flawed Systems were not merely things that the Company "want[ed]" to do in the future as a bonus to boost its already

existing "good tools", as Defendant Van de Ven implied; rather, they were something that Southwest immediately needed to do to eliminate the unconscionable exposure that the Flawed Systems subjected the Company to and ensure a timely recovery from Irregularities.  *See* ¶¶ 54-61, 87, 116, 124, 125, 134-138, 166, 167, 196.

307.    On October 26, 2021, Southwest filed its Quarterly Report on Form 10-Q for the Quarter ended September 30, 2021, which was signed by Defendant Romo (the "3Q21 Report"). Attached to the 3Q21 Report were certifications pursuant to SOX, which were also signed by Defendants Kelly and Romo, attesting to the accuracy of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.

308.    The 3Q21 Report again downplayed the serious risk that the Flawed Systems posed to the Company's business, particularly in the event of inevitable Irregularities like weather, by generically discussing events beyond the Company's control:

> Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control. These and other factors, such as the price of jet fuel in some periods, the nature of the Company's fuel hedging program, and the periodic volatility of commodities used by the Company for hedging jet fuel, have created, and may continue to create, significant volatility in the Company's financial results.

309.    Southwest's boilerplate risk disclosure was materially false and misleading when made and omitted material facts because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)     Events "beyond the Company's control" that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116..

118

(ii)     Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events "beyond [its control]" than any other major airline. *See See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)    Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

310.    The 3Q21 Report also referred investors to the same materially false and misleading risk factors disclosed in the 2020 Annual Report, set forth in paragraph 245, which, were still materially false and misleading for the same reasons explained in paragraph 246.

**M.     Southwest Holds Its Investor Day On December 8, 2021, Continuing to Obfuscate the Company's Flawed Systems**

311.    On December 8, 2021, Southwest held a virtual Investor Day with analysts. During the Investor Day, analyst Ravi Shanker with Morgan Stanley asked about Southwest's "modernization" efforts:

Q: What is the flywheel on the modernization and the cost actions look like if the top line is not what you expect? Again, outside of your control, whether it's the pandemic or something else, what can you accelerate on the cost side and the modernization side to protect profitability through '23?

312.    Defendant Jordan responded, conceding there were unspecified software issues for "a large and complex company" like Southwest to "work on", but assured investors that Southwest's technology was under control:

[Defendant Jordan] I love the -- we didn't spend a ton of time on it. We will more as we -- over time, as we provide more detailed plans. But Mike's initiative around modernizing the operation, and he could talk a little more there. We -- our employees are terrifically efficient. There's work to do, again, to become more efficient coming out of the pandemic. But it's not just that. We are a large and complex company. We have -- I think there's software that we can work on. There are ways that we think about how we utilize data, how we move people appropriately to the aircraft, how we think about the turn we'll go on and on about some of those as they become more specific.

313.    Defendant Jordan's statements were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that the representations that there was "software we can work on", and "ways [Southwest] think[s] about how we utilize data, how we move people appropriately to the aircraft" were misleading as Defendant Jordan treated the issue as routine, not urgent, matters to be addressed over time and concealed the urgent nature of the problems with the Flawed Systems.   There was a dire need to fix the fundamental problems with the Flawed Systems – it was not merely an optional improvement to a working system as Defendant Jordan represented.   *See* ¶¶ 54-61, 64, 70, 98, 177-179.

**N.    Defendant Jordan Participates in a January 15, 2022 Interview to Discusses Southwest's Technology, Representing Generically And Without Urgency That the Company Would Eventually "Modernize"**

314.    A January 15, 2022 article published on ZDNet titled *Southwest Airlines just made a confession that may make customers weep, Perhaps it takes a new CEO for an airline to admit its technological failings*, summarized an interview with Defendant Jordan about Southwest's technology and operations.   During this interview, Defendant Jordan again claimed that there are "probably tools we can use to more quickly notice problems and provide solutions" in an ideal world – but still downplayed the urgent problem caused by the inadequacies of the Flawed Systems:

> The company is not broken," [Jordan] offered. I fear some might equate that to a pilot in a plane with no engine announcing: "The joystick is not broken." Jordan tried to step carefully. ***He confessed the need to "modernize." No, he didn't confess that Southwest is technologically behind its competitors.*** Instead, Jordan said, "I do think we need to work on, for example, our operational tools. I don't know that (employees) have all the tools to manage the complex company that we are." Tools aren't human. At least, not yet. So he really is talking about more advanced technology that can monitor the operation second-by-second, anticipating problems. Jordan went further: "***When you're in irregular operations (such as cancelations and delays caused by weather or other factors), I've got aircraft out of place and customers out of place, and this aircraft***

*needs to end up in that maintenance base. There are probably tools that we can use to more quickly notice problems and provide solutions*."

315.    Defendant Jordan's statements were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that the representations that there were "probably tools" that would help Southwest more "quickly notice problems and provide solutions" radically ignored the elephant in the room – that Southwest used undeniably Flawed Systems, which could handle only a small fraction of the mass cancellations invariably caused by Irregularities and, thus, unconscionably exposed the Company to meltdowns. *See id*.

316.    Moreover, Southwest's Flawed Systems could not handle "irregular operations (such as short notice cancellations and delays caused by weather)". Defendant Jordan once again addressed Southwest's plans to modernize as if they were merely a proactive optional measure, but not as a profound need to eliminate the Company's unique exposure to meltdowns. And Defendant Jordan did not admit what he knew was undeniably true because he was given data on the matter  – that Southwest, in fact, was "technologically behind its competitors".

**O.    Southwest Issues Its 2021 Annual Report on February 7, 2022, Again Stressing The Company's Significant Investment In Its Scheduling Technology**

317.    On February 7, 2022, Southwest Airlines filed its 2021 Annual Report on Form 10-K for the year ended December 31, 2021, which was signed by Defendants Romo and Jordan (the "2021 Annual Report"). Attached to the 2021 Annual Report were certifications pursuant to SOX, which were also signed by Defendants Jordan and Romo, attesting to the accuracy and truthfulness of the information contained therein.

318.    In the 2021 Annual Report, Southwest continued to make misrepresentations about the Company's purportedly "significant" investment in, *inter alia*, its critical scheduling technology:

121

Although during 2020 the Company narrowed its near-team technology focus and deferred a significant number of technology projects in response to the COVID-19 pandemic, ***over the past several years the Company has committed significant resources to technology improvements in support of its ongoing operations and initiatives***. During 2021, the Company achieved the long-awaited milestone of getting all of its aircraft into a single system for aircraft maintenance and record-keeping. This was the Company's largest technology initiative for 2021, and was one of the most critical system updates the Company has undertaken in the history of its maintenance program. In addition, during 2021 the Company continued its implementation of corporate GDS capabilities in connection with Southwest Business initiatives by initiating flights for sale within Sabre's GDS….

***The Company continues to focus on the prioritization and execution of its technology investments and is in the process of continually executing an evolving multi-year plan for technology, with the goal of developing a stronger, more adaptable, and more efficient and reliable technology foundation to support the Company's strategic priorities***. ***The Company continues to invest significantly in technology resources including,*** among others, the Company's systems related to (i) human resources management; (ii) ***flight planning and scheduling, including with respect to schedule changes and Customer reaccommodations; (iii) crew scheduling***; (iv) revenue management; and (v) ***technology infrastructure***.

319.   These statements were materially false and misleading and omitted material facts when made because Defendants Southwest, Jordan, and Romo knew or were reckless in not knowing that:

(i)   Southwest was not meaningfully investing, let alone "significantly" investing, in its Flawed Systems, as it had claimed now in each of its past three 10-Ks. Indeed, Southwest still used the same Flawed Systems that Defendants were repeatedly warned by SWAPA and TWU, from before the start of the Class Period, could not handle the size and complexity of the airline's operations, particularly in the event of Irregularities, such as a severe weather event. *See* ¶¶ 54-61, 64, 65, 67-71, 196.

(ii)   Defendants repeatedly rejected pleas and proposals made by SWAPA and TWU to overhaul the Flawed Systems. *See* ¶¶ 64, 67, 70, 71 87,116, 124, 125, 134-138, 166, 167, 196.

(iii)   As Defendant Watterson later confirmed in December 2022, Southwest's Flawed Systems – which had not changed – *still* could not handle the Company's scheduling operations. *See* ¶¶ 177-179.

(iv)   There was a dire need for Southwest to overhaul and upgrade its Flawed Systems, which left the airline unconscionably exposed to meltdowns.  From before the start of the Class Period, Defendants were warned by frontline employees, *inter alia*, that SkySolver had Low Capacity. Therefore, Southwest could not timely recover

from significant and inevitable Irregularities like other airlines, but instead would be forced into an unwieldy manual recovery process that would shock the airline's operations for extended periods, as demonstrated by the pre-Class Period mass cancellations in January 2014 and July 2016, and later demonstrated in June 2021, October 2021, and December 2022.  *See* ¶¶ 54-61, 64, 70, 98, 177-179.

320.    The 2021 Annual Report also generically misrepresented the nature of the risks pertaining to Southwest's scheduling technology:

> ***The Company is increasingly dependent on the use of complex technology and systems to run its ongoing operations and support its strategic objectives. These technologies and systems include, among others, the Company's website and reservation system; flight dispatch and tracking systems***; flight simulators; check-in kiosks; aircraft maintenance, planning, and record keeping systems; telecommunications systems; flight planning and scheduling systems; ***crew scheduling systems***; human resources systems; and financial planning, management, and accounting systems. The performance, reliability, and security of the Company's technology infrastructure and supporting systems are critical to the Company's operations and initiatives. ***Implementation and integration of complex systems and technology present significant challenges in terms of costs, human resources, and development of effective internal controls***. Implementation and integration require a balancing between the introduction of new capabilities and the managing of existing systems, and present the risk of operational or security inadequacy or interruption, which could materially affect the Company's ability to effectively operate its business and/or could negatively impact the Company's results of operations. The Company is also reliant upon the performance of its third party vendors for timely and effective implementation and support of many of its technology initiatives and for maintaining adequate information security measures within the services and/or software they deliver.

> ***If any of the Company's significant technologies or automated systems were to cease functioning***, or if its third party vendor service providers were to fail to adequately and timely provide technical support, system maintenance, security, or software upgrades for any of the Company's existing systems, the Company could experience service interruptions, delays, and loss of critical data, which could harm its operations, and result in financial losses and reputational damage. In the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements. In addition, the Company's systems may require modification to enable the Company to comply with changing regulatory requirements. Modifications and refinements to the Company's systems have been and are expected to continue to be expensive to implement and can divert management's attention from other matters***. In particular, during 2020, in connection with the Company's efforts to reduce capital and operating expenditures in response to the COVID-19 pandemic, the Company deferred a significant number of technology projects. ***In addition, the Company's operations could be adversely affected, or the Company could face imposition of regulatory penalties, if it were unable to timely or effectively modify its systems as necessary or appropriately balance the introduction of***

*new capabilities with the management of existing systems. The Company has experienced system interruptions and delays that have made its websites and operational systems unavailable or slow to respond, which has prevented the Company from efficiently processing Customer transactions or providing services. Any future system interruptions or delays could reduce the Company's operating revenues and the attractiveness of its services, as well as increase the Company's costs.* The Company's technologies and systems and functions could be damaged or interrupted by catastrophic events beyond its control such as fires, floods, earthquakes, tornadoes and hurricanes, power loss, computer and telecommunications failures, acts of war or terrorism, computer viruses, security breaches, and similar events or disruptions. Any of these events could cause system interruptions, delays, and loss of critical data, and could prevent the Company from processing Customer transactions or providing services, which could make the Company's business and services less attractive and subject the Company to liability. Any of these events could damage the Company's reputation and be expensive to remedy.

321.     These generic risk disclosures were materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly, and Romo knew or were reckless in not knowing that:

(i)     Southwest was profoundly "dependent" on the Flawed Systems which, as SWAPA and TWU had repeatedly warned, fundamentally could not handle the size and complexity of Southwest's operations, particularly in the event of Irregularities, such as severe weather.  This specific risk left Southwest unconscionably exposed to meltdowns, which was an untenable position for the airline to be in, given that Irregularities are inevitable, and the industry, as SWAPA explained, "is built on contingency planning". *See* ¶¶ 54-60, 64, 70, 77, 87.

(ii)     Generally warning that one of Southwest's "significant technologies or automated systems" might "cease functioning" was materially false and misleading because the Flawed Systems' Low Capacity made it inevitable that they would "cease functioning".  Thus, SkySolver was always at high risk of not functioning – and particularly when its utility was needed most.  *See* _.  Additionally, Baker was incompatible with SkySolver, further heightening the risks that Southwest's scheduling technology would cause meltdowns. *See* ¶¶ 54-61, 196.

(iii)     Stating that "in the ordinary course of business, the Company's systems will continue to require modification and refinements to address growth and changing business requirements" obscured the fact that there were already profound and existing problems with the Flawed Systems  that were not being modified in the ordinary course, and that Southwest expressly failed to make the necessary modifications to those systems to address the Company's growth and the complexity of its operations despite repeated warnings.  *See* ¶¶ 54-61, 64, 67, 70, 71, 87, 116, 124, 134-138.

(iv)     Generally warning that Southwest might be unable to "efficiently process[ ] Customer transactions" was materially false and misleading when made because Irregularities would inevitably overwhelm the Flawed Systems, and cause the airline to shift to an unwieldly manual process that made it virtually impossible for Southwest to "efficiently" process customer transactions. *See* ¶¶ 56-61, 177-179, 196.

(v)      Generally warning about the "reliability" of Southwest's "technology infrastructure" was false and materially misleading when Southwest's technology systems, in particular, the Company's Flawed systems, were profoundly unreliable and risked causing cascading problems when they were needed most – to recover from Irregularities. *See* ¶¶54-61, 177-179, 196.

322.    Southwest's 2021 Annual Report also misleadingly described the risks out of control events, such as "adverse weather", posed to Southwest:

The airline industry is affected by many conditions that are beyond its control, which can impact the Company's business strategies and results of operations. In addition to the unpredictable economic conditions and fuel costs discussed above, the Company, like the airline industry in general, is affected by conditions that are largely unforeseeable and outside of its control, including, among others:
• ***adverse weather and natural disasters***;
• changes in consumer preferences, perceptions, spending patterns, or demographic trends (including, without limitation, changes in travel patterns due to government shutdowns or sequestration);
• actual or potential disruptions in the air traffic control system (including, for example, as a result of inadequate FAA staffing levels due to government shutdowns or sequestration);
• actual or perceived delays at various airports resulting from government shutdowns (including, for example, longer wait-times at TSA checkpoints due to inadequate TSA staffing levels);
• changes in the competitive environment due to industry consolidation, industry bankruptcies, and other factors;
• delays in deliveries of new aircraft (including, without limitation, due to FAA groundings of certain aircraft types or due to the closure of the FAA's aircraft registry during government shutdowns);
• outbreaks of disease such as the COVID-19 pandemic; and
• actual or threatened war, terrorist attacks, government travel warnings to certain destinations, travel restrictions, and political instability.

323.    The purported risk disclosure about "adverse weather" was materially false and misleading when made and omitted material facts because Defendants Southwest, Kelly, and Romo knew or were reckless in not knowing that:

(i)      Events or conditions "beyond [Southwest's] control" that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)     Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events or conditions "beyond [Southwest's] control". *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)    Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

**P.    Southwest Holds Its 1Q22 Earnings Call And Issues Its 1Q22 Form 10-Q And Continues Issuing Misleading Statements About Its Flawed Systems**

324.    On April 28, 2022, – just six days after the SWAPA Board published its open letter to Defendants Jordan and Van de Ven, among others — Southwest held its quarterly earnings conference call with analysts and members of the media. During the April 28, 2022 earnings call, Defendant Van de Ven gave a prepared statement in which he represented that Southwest had strengthened its ability to grapple with inclement weather, ignoring the Company's ongoing technology crisis that was waiting to erupt:

> Relative to early January, our operational performance in February and March improved. Our February flight levels stayed relatively low at 3,300 flights per day, and then they increased to roughly 3,400 flights a day in March. And as Andrew mentioned, travel demand in March surged with load factors in the mid-80s. We anticipated a ramp-up in demand, but we did run into a few challenges during March related to weather and ATC delay programs. In mid-March, we had Winter Storm Quinlan. That impacted many of our Mid-Atlantic and Northeast airports. And then we also had a line of severe thunderstorms that stretched from the Gulf of Mexico and across Florida, and that resulted in air traffic management programs, operational adjustments and then resulting flight cancellations. In early April, we experienced a technology outage that caused similar issues, and it took a couple of days to work through that event. ***We've had a tough time during irregular operations given our thinner network and some of the unanticipated air traffic control slowdowns. The good news is that we've made some adjustments to***

126

***our network starting this month that we believe will help and I'll speak to them more
shortly.***

325.     Defendant Van de Ven's statements were materially false and misleading and

omitted material facts when made because Defendant Van de Ven knew or was reckless in not

knowing that:

> (i)     The representation that Southwest "had a tough time during irregular operations"
> omitted the material fact that the Flawed Systems were so inadequate due to their
> Low Capacity. Southwest's "irregular operations" were a deep and systemic
> problem caused by the Company's radically outdated Flawed Systems, which were
> inadequate for a company of Southwest's size and route complexity, and given the
> importance of contingency planning. *See* ¶¶ 54-60, 64, 65, 67, 71, 196.

> (ii)    The representation that "we made adjustments to [Southwest's] network" was
> materially false and misleading because Southwest had not – contrary to its public
> statements (*see, e.g.,* ¶¶ 224, 226, 245) – upgraded the Flawed Systems. Any
> purported adjustments would be at the mercy of the Flawed Systems and thus
> ineffective solutions when the systems were overwhelmed.  *See* ¶¶ 54-60, 64, 65,
> 70, 77, 87, 116, 196.

326.     Defendant Van de Ven then continued in his prepared statements to carefully stress

that Southwest's operational performance was also improving:

On behavior trends and hours worked per employee, we continue to lag prepandemic
metrics. We're still experiencing higher sick time, more employees on inactive status and
overall staffing availability challenges. We've also had some constraints on training
throughput, but we believe we have a path to get to sufficient headcount in our key
operational groups this year. It remains a work in progress, and it's one of our top
priorities. Until then, our capacity will remain muted versus the aircraft that we would
like to return to service to accelerate the network restoration.

And lastly, Andrew [Defendant Watterson] mentioned that we expect our average stage
length to decrease by about 5 points from the first quarter to the second quarter, and that
should help us with our operational recoverability in Q2. ***We're adding short-haul flights
in the business-oriented markets. That provides us more options when we have weather
or ATC delays.*** We won't snap back to a historical network composition overnight, but I
believe that our operational performance will continue to improve as we restore the
network through the end of next year. That should provide the foundation to recapture
better operating leverage, and we're also working on other initiatives to improve overall
efficiency and return to our historic levels of productivity.

327.     Defendant Van de Ven's statement that adding more flights during "weather delays" would provide more "options" and help the situation was materially false misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that Southwest's profound problems handling "weather" "delays" were deep and systemic due to the Flawed Systems, which could not handle a company of Southwest's size and route complexity (point-to-point). *See* ¶¶ 54-60, 77, 98 177-179, 196.  Adding more flights could not solve this problem.

328.     Kyle Arnold of the *Dallas Morning News* pointedly asked about what Southwest has done to address its "irregular operations problems".  In response, Defendant Van de Ven claimed Southwest had addressed those issues by reducing schedules, hiring, and doing more short trips – then he blamed low staffing, weather, air traffic, and even space shuttle flights for the recent difficulties the Company had experienced:

Q: [Arnold] Have you done maybe any more work -- or is there anything specific you've done to solve some of the irregular operations problems? I know there's report about a meeting in Florida, talk with the FAA about some of the issues happening in there. What are you doing to make sure that some of that, either TAC or the staffing or the compounding problems don't creep up again this summer?

A: [Defendant Van de Ven] Yes. Let me start out there for you, Kyle. So we've done a couple of just basic things. As you know, we've reduced our originally published schedules through Labor Day. That absolutely is going to give us more cushion and staffing cushion in the operation. We've been talking all morning long about our aggressive hiring plans. So adding people there. And then Andrew talked a little bit about us reoptimizing our aircraft flow and our design toward the shorter-haul trips, and that's going to help our crew and our operational recovery. So we feel that those are the 3 big pieces that we're in a much better condition and place that we've been in as we move forward. We do have -- as you mentioned, we do have specific -- and when I say we, I mean, the airline industry, has specific impacts with respect to Florida air traffic control and travel through there. And it's a combination of problems down there. There's more commercial activity. There's more GA activity. There are more space shuttle launch. The weather patterns that go through there are complicating all of that additional traffic. And then I think that just like everyone else going through with staffing, the FAA is going through staffing challenges as well. So there is a focus, an industry focus on that. And in May, the FAA and some of the impacted carriers are going to talk about solutions to that

specific airspace. So I think when you package all those things together, we're in a much better place going into this summer than we were last summer.

329.    Defendant Van de Ven's statements were materially false and misleading and omitted to disclose material facts when made because Defendant Van de Ven knew or was reckless in not knowing that Southwest's reduced schedules, hiring, and opting for shorter trips was superficial, and that the real problem with respect to Southwest's operational reliability was Southwest's failure to address its Flawed Systems.  In addition, Defendant Van de Ven misled investors to believe that staffing, air traffic, weather, and space shuttle launches were Southwest's problems; rather, the Flawed Systems were the problem, as they left Southwest unable to handle large numbers of cancellations during inevitable inclement weather and rendered solutions like increased staffing and flights meaningless when the Flawed Systems were overwhelmed. *See* ¶¶ 64, 70, 98, 116, 134-138, 177-179, 198.

330.    Defendants filed the Company's Form 10-Q for the period ended March 31, 2022 with the SEC on May 2, 2022.  This Form 10-Q was signed by Defendant Romo (the "1Q22 Report"). Attached to the 1Q22 Report were certifications pursuant to SOX, which were also signed by Defendants Jordan and Romo, attesting to the accuracy and truthfulness of the information contained therein.

331.    The 1Q22 Report misleadingly described the risks posed to Southwest by "extreme or severe weather":

Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, *extreme or severe weather* and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control.

129

332. This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts. Defendants Southwest, Kelly and Romo knew were reckless in not knowing that:

(i) Events "beyond the Company's control" that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii) Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events "beyond the Company's control". *See See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii) Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

333. The 1Q22 Report also referred investors to the same materially false and misleading risk factors in the 2021 Annual Report, set forth in paragraph 318, which, were still materially false and misleading for the same reasons explained in paragraph 319.

**Q.     Southwest Issues a Press Release And Holds Its Quarterly Earnings Call on July 28, 2022, And Files Its 2Q22 Form 10-Q on August 2, 2022 – Continuing To Tout Technology Investments And Improved Operational Reliability**

334. On July 28, 2022, Southwest hosted its quarterly earnings call with analysts and members of the media. Also on July 28, 2022, Southwest filed a press release on Form 8-K, signed by Defendant Romo, which summarized the financial results from the second quarter of 2022, which were subsequently published with the SEC on Form 10-Q on August 2, 2022, and signed by Defendant Romo (the "2Q22 Report"). Attached to the 2Q22 Report were certifications

pursuant to SOX, which were also signed by Defendants Jordan and Romo, attesting to the accuracy and truthfulness of the information contained therein.

335.    Southwest's July 28, 2022 Form 8-K, entitled *Southwest Airlines Reports Second Quarter Results*, trumpeted the Company's low level of cancellations and purported progress on IT software issues:

> ***We are making meaningful progress against our 2022 priorities, and I am very proud of our People and their heroic efforts to fight against the pandemic. Since April, we have been delivering a more reliable product for our Customers with cancellations representing less than one percent of scheduled flights in May and June 2022, which is a completion factor of more than 99 percent***. We have added flights in second half 2022—especially in short-haul business markets—to better support our operation and the restoration of our route network. We reached another milestone, returning to overall pre-pandemic staffing levels in May 2022. We plan to continue our hiring and training efforts in specific areas—in particular, Pilots—to support further network restoration and future growth with plans to add over 10,000 Employees, net of attrition, this year. However, we plan to begin moderating overall hiring in second half 2022 as our focus shifts to 2023 planning and executing on our goals to better optimize staffing to flight schedules, reduce cost inefficiencies, and return to historic efficiency levels. "We are experiencing delays in our aircraft deliveries from The Boeing Company (Boeing), and we now estimate 2022 deliveries to be 66 versus the previously expected 114, ending the year with 765 aircraft. Despite those delays, we are confident about our ability to fly our flight schedules as planned, which are currently published through March 8, 2023. ***We continue to invest in technologies, airports, and facilities to further modernize our operation and allow us to scale for future growth***."

336.    Defendant Southwest and Romo's statements in the Form 8-K press release were materially false and misleading and omitted material facts when made because these defendants knew or were reckless in not knowing that short notice cancellations were still a profound risk for Southwest as its Flawed Systems could not handle large numbers of cancellations, and the Company had not "invest[ed] in [scheduling] technologies" sufficiently to fix the Flawed Systems.

337.    That day, Defendants Jordan, Romo, Van de Ven, and Watterson also participated in Southwest's earnings conference call.  During the call, Defendant Jordan touted the

Company's stability and highlighted its purported technology improvements in his prepared remarks:

> [Defendant Jordan] Our 2022 capacity remains stable. We remain on our cost plan. We're slightly ahead of our overall staffing plan, *and our operational reliability is much improved*. We've made tremendous progress, and our people have a lot to be proud of. I'm just extremely thankful for all of their efforts in getting us to this point in the pandemic recovery....
>
> Well, you've heard me mention our list of key priorities for 2022 many times, I'd like to share our midyear progress on each of them. Second, making progress towards our historic operational reliability and efficiency. Our operational performance since April has been very strong, and our flight cancellations in May and June were less than 1%, which means a 99-plus percent completion factor.....We know that we've got work to do on the efficiency side as we focus on 2023, and we're laser-focused on walking down fleet and capacity plans, moderating our overall hiring, *optimizing staffing to flight schedules*, ringing out cost inefficiencies and returning to our historic efficiency levels by the end of next year.

338.    Defendant Jordan's statements were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that Southwest's "operational reliability" and ability to "optimiz[e] staffing to flight schedules" during serious inclement weather were profoundly problematic as the Company had not – contrary to its repeated public statements (*see, e.g.,* ¶¶ 224, 226, 245) – invested in upgrading its Flawed Systems. *See* ¶¶ 56-60, 64, 65, 67-71, 196. Indeed, Defendant Watterson admitted this in December 2022. *See* ¶¶ 177-179.

339.    During the earnings conference call, Defendant Van de Ven also gave prepared statements, in which he represented that Southwest would now have more options to handle bad weather due to supposed improvements made to operations:

> Our new hires, combined with the scheduled reductions that we made earlier in the year *as well as our ongoing operational modernization efforts, have stabilized the operation as we continue forward*. From the beginning of May through the busy 4th of July travel period that I know you all heard about on the news, our cancellation rate was less than 1%, and that's the best performance for Southwest since 2017. Our on-time performance over that same period, as measured by the DOT, was 74.3%. And while that is certainly below our expectation, it's primarily an operating tempo problem.

Our tempo is being impacted by the sheer number of new hires just starting work, heavy load factors, the airport environment as well as air traffic control challenges from weather and staffing. If on-time performance was measured within 30 minutes, that 74.3% would improve to 85.3%, and that's in line with our historic pre-pandemic levels. So in practical terms, that means that in today's environment, almost 90% of our nearly 4,000 flights a day are operating just like they were pre-pandemic, but about 10% of the flights have a 15-minute delay that wasn't there in pre-pandemic periods.

So we've made solid progress towards historical operating results, and we're doing that at nearly pre-pandemic capacity levels. We've accomplished all of that by balancing our flight schedules with staffing. Our staffing -- our active staffing is up over 7,000 employees since the end of last year, and we surpassed 2019 levels of active staffing in May. About 75% of this hiring was in our airport operations and about 20% were in flight crews.

We're going to continue hiring. It's imperative that we remain adequately staffed to support both our customers and our employees. We're focused on improving the experience of our flight crews in terms of reroutes and deadheads and any unplanned overnight and extra flying. ***And finally, we've improved the quality of the schedule for our operation with more depth and more nonstop flights. We've added short-haul flights in the business-oriented markets. That provides us more options when we have weather or ATC delay***s. And we also had more flying between our crew bases. And all of those things and all of those changes support a more stable operational environment.

340.    Defendant Van de Ven's representations that Southwest had "stabilized the operation" with the Company's "ongoing operational modernization efforts", and had "more options when we have weather [] delays" were materially false and misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that Southwest had not – contrary to its repeated public statements (*see, e.g.,* ¶¶ 224, 226, 245) – invested in upgrading its Flawed Systems.  Without that investment, Southwest's operations could never be considered "stable" – they were at the mercy of the Flawed Systems which unconscionably exposed Southwest to meltdowns. *See* ¶¶ 56-60, 64, 65, 67-71, 196.

341.    When asked by Morgan Stanley analyst Ravi Shanker what Southwest's biggest risk was, Defendant Jordan claimed Southwest was "stable" on staffing and operations:

Q:  Bob, maybe to summarize a lot of the detail on this call so far. What do you think is the biggest risk facing Southwest over the next 6 months? Is it a risk of a consumer

recession kind of beating up your top line? Or is it another operational snap for the industry in a late fall into the fourth quarter that kind of drives elevated CASM-X?

A: Ravi, the airline industry, there's always -- it's not for the faint of heart, right? There's all kinds of things in front of you. I don't know that I tend to think of it the same way. We have -- I kind of go into reverse here, and then I'll come to your question. If you look at just the past 6 months and where we were. ***So we've gotten staffing stable***. We were on our hiring plans. Obviously, we have work to do with pilots, ***but we are in so much better shape. We've gotten operationally stable, same thing.***

342.     Defendant Jordan's statement was materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that Southwest was far from "operationally stable" as Southwest was operating with the same Flawed Systems the Company had used since before the start of the Class Period.  In addition, staffing was not Southwest's primary problem with respect to operational stability – the inability of its Flawed Systems to handle Irregularities was — which left the Company unconscionably exposed to meltdowns. Until the Flawed Systems were optimized, Southwest's operations could hardly be considered stable. *See* ¶¶ 56-60, 64, 65, 67-71, 134-138, 125, 196.

343.     Southwest filed its 2Q22 Form 10-Q on August 2, 2022.  That 10-Q misleadingly described the risks posed to Southwest by "extreme or severe weather":

Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, ***extreme or severe weather*** and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control.

344.     This boilerplate risk disclosure was materially false and misleading when made and omitted to disclose material facts because Defendants Southwest, Kelly, and Romo knew or were reckless in not knowing that:

(i)     Events "beyond the Company's control" that could cause Irregularities (like bad weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in

134

Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)   Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events "beyond the Company's control". *See See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)   Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

345.   The 2Q22 Report also referred investors to the same materially false and misleading risk factors in the 2021 Annual Report, set forth in paragraph 320, which, were still materially false and misleading for the same reasons explained in paragraph 321.

**R.   Southwest Holds Its 3Q22 Quarterly Earnings Call on October 27, 2022 And Files its 3Q22 Form 10-Q on October 31, 2022, Touting Improved Scheduling Systems And Claiming To Be Ready For the Upcoming Holiday Season**

346.   On October 27, 2022, Southwest held an earnings conference call in which Defendants Watterson, Van de Ven, Jordan, and Romo participated. During the earnings conference call, in their prepared opening statements, Defendants Jordan and Van de Ven expressed confidence in Southwest's "reliable" and "stable" operations:

[Jordan] All in all, third quarter's bottom line results came in almost right in line with our expectations back in July, slightly better, in fact, and that really speaks to the more stable environment that we are operating in today versus where we were just 2 quarters ago. While not fully recovered yet, ***it makes a big difference in our ability to more effectively plan, set our flight schedules and avoid revising them, and deliver a more reliable operation both for our customers and our employees. That's exactly what we're doing in the second half of 2022***, and that's what we plan to do going forward...

[Van de Ven] Second, flying our published schedules without making material [posting] revisions. As Bob mentioned, our third quarter schedules were much more stable for our employees and our customers. ***And third, just as with last quarter, we have improved the quality of the schedule with more depth and more nonstop flights. Andrew mentioned we've added short-haul flights in business or in markets, and that provides more***

135

***options when we have weather or ATC delay*** s. We also have more flying between all of our crew bases, and all of those changes support a more stable operational performance.

347.    Defendant Jordan's statements about Southwest's "schedule" planning and options during weather delays were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that Southwest's profound scheduling problems stemming from the Low Capacity of the Flawed Systems and their inability to adequately handle Irregularities, such as inclement weather, were as grave as ever. *See* ¶¶ 56-60, 64, 65, 67-71, 196.  Accordingly, any improvements purportedly made to Southwest's schedule were superficial at best, as they were inevitably at the mercy of the Flawed Systems, which fail during any Irregularities. *See id*; *see also* ¶¶ 124, 25, 134-138, 166, 167.  Likewise, Defendant Van de Ven's statement that Southwest now had "more options" dealing with "weather" were materially false and misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that Southwest's profound scheduling problems stemming from the Low Capacity of the Flawed Systems and their inability to adequately handle Irregularities, such as inclement weather, were as grave as ever. *See id*.

348.    Defendant Jordan also boldly claimed Southwest was well-prepared for the holiday season:

> And I talked about this last quarter, but I think it's worth repeating. Our operating tempo is being impacted by the sheer number of new hires starting work. We've got more leisure customers that are in our load factors, the airport environment as well as air traffic control challenges from both weather and staffing. And all of these things tend to require more time and are causing us some delays that just didn't exist pre-pandemic. However, we have made solid progress towards our historical operational results, and we're doing that at nearly pre-pandemic capacity levels.

> We aim to continue improving.  We've got great momentum here in October with our on-time performance running in the low 80% range. We continue to hire and train new employees. ***And that should have us well prepared for the upcoming holiday season, and we should continue just to get better as we continue our network restoration through next year and get even more employees through training***.

349.    Defendant Jordan's statements were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that the holiday season invariably had winter storms – it was in the heart of winter – and was also the busiest travel time of the year. Southwest was, thus, at grave risk of another meltdown due to the inability of its Flawed Systems to handle brief Irregularities with short notice cancellations. *See* ¶¶ 56-60, 64, 65, 67-71, 125, 134-138, 196.   Because Southwest did not upgrade the Flawed Systems, the Company could not be truly prepared for the holiday season and was at the mercy of its Flawed Systems.

350.    After Analyst Ravi Shankar asked the million-dollar question – was Southwest at risk from bad winter weather – Defendant Jordan deflected, claiming increased staffing could handle anything that came up:

Q: Great to see the traction on the operational reliability there after, obviously, a little over a year of trying. So I just wanted to get a sense of how robust or fragile that is given -- like *if we had a really bad winter storm or there was a huge surge in travel like for -- like 1 or 2 days during Thanksgiving or something, do you feel like there's enough slack in the system to be able to support some of that?*

A: [Defendant Jordan] Ravi, this is Bob. I want to just add one couple of topside things, then Mike could talk about the details. But I think there are several things in here that are just macro helping drive the operational improvement. Number one is getting staffed. I mean, when you're understaffed, it affects everything, you don't have margin to deal with any kind of issue, *and we are so much better staffed today than we were even 3 to 4 months ago*. Obviously, we have ways to go with our pilots. But really, what's happening there is we just aren't -- we are just under-flying our aircraft because of that. The other big thing is we committed, I think, late in the spring, early in the summer, we committed to not republishing our schedules any longer because it's really hard on our employees, it's very hard on our customers. And then republishing just -- it's part of what adds operational difficulty. So post the summer, we are committed to not republishing schedules, and you've seen improvement operationally in September and a real improvement here in October. I think our OTP in October is low 80s and our NPS scores are in the 60s. And so yes, you're always going to have IROPs, but I think the base stability of the operation is much better for those reasons. But Mike?

351.    Defendant Jordan's statements were materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that (i)

if a "huge winter storm" occurred it would send Southwest into a tailspin because the Flawed Systems were incapable of handling even minor disruptions that resulted in an influx of short notice cancellations (*see* ¶¶ 56-60, 64, 65, 67-71); and (ii) increased staffing would not materially help address the days of mass cancellations following inclement weather because the Flawed Systems and their Low Capacity were the issue, not a problem of being understaffed. In fact, a system failure would result in problems assigning staff to flights, making their availability a moot point and not a solution. *See* ¶¶ 88, 98, 103-104, 116, 124, 125, 196.

352.    Right after Defendant Jordan's response to analyst Shanker, Defendant Van de Ven further stressed that Southwest had recently handled inclement weather well, giving the impression that there were no material issues with Southwest's technology.  Indeed, Defendant Van de Ven represented confidently that that Southwest was "set up to perform well over the holidays":

> A: [Defendant Van de Ven] Yes, Ravi, I don't have much to add there. But we've been very purposeful in trying to make sure that we match our resources to our schedules for the whole year. *And we've had really good experience over the summer in difficult weather conditions with high load factors, all the kind of things that would be an operational challenge during the holidays, and we were -- we navigated through all of them very stably. So I feel like we're really set up to perform well over the holidays as we go into Thanksgiving and the Christmas season*.

353.    Defendant Van de Ven's statements were materially false and misleading and omitted material facts when made because Defendant Van de Ven knew or was reckless in not knowing that the holidays were the busiest travel season of the year, that winter storms were inevitable, and thus Southwest was not prepared for Irregularities such as inclement weather that required short notice cancellations because of the Flawed Systems' Low Capacity.  Accordingly, by Defendants' own design, Southwest's ability to stably navigate Irregularities was hamstrung. *See* ¶¶ 56-60, 64, 65, 67-71, 88, 98, 103-104, 116, 124, 125, 196.

354.     On October 31, 2022, Southwest Airlines filed with the SEC its quarterly report on Form 10-Q for the period ended September 30, 2022 (the "3Q22 Report"), which was signed by Defendant Romo. Attached to the 3Q22 Report were certifications pursuant to SOX, which were also signed by Defendants Jordan and Romo, attesting to the accuracy and truthfulness of the information contained therein.

355.     The 3Q22 Report misleadingly described the risks posed to Southwest by events outside of the Company's control like "extreme or severe weather":

> Air travel is also significantly impacted by general economic conditions, the amount of disposable income available to consumers and changes in consumer behavior, unemployment levels, corporate travel budgets, global pandemics such as COVID-19, extreme or severe weather and natural disasters, fears of terrorism or war, governmental actions, and other factors beyond the Company's control.

356.     This boilerplate risk disclosure was materially false and misleading and omitted material facts when made because Defendants Southwest, Kelly and Romo knew or were reckless in not knowing that:

(i)     Events "beyond the Company's control" that could cause Irregularities (like inclement weather) posed a unique and profound risk to Southwest (unlike any other airline), and exposed the Company to meltdowns for reasons that were directly in Defendants' control, *i.e.*, Defendants' inexcusable failure to upgrade the Flawed Systems despite repeated warnings. *See* ¶¶ 54-60, 67-71, 87, 116.

(ii)    Defendants' failure to upgrade the Flawed Systems, in the face of repeated warnings about the systems' inadequacy to handle disruptions given the size and complexity of Southwest's operations, made it substantially harder for Southwest to timely and accurately recover from events "beyond the Company's control". *See* ¶¶ 64, 65, 67-71, 87, 116, 124, 125, 134-138, 166, 167, 196.

(iii)   Indeed, the Flawed Systems were easily overwhelmed and would force the airline to resort to an unwieldly manual process for recovery – adding massive pains to an already difficult challenge that was further exacerbated by Southwest's size, the complexity of its operations, and its unique point-to-point route structure. *See* ¶¶ 54-60, 77, 98, 177-179, 196.

357.     The 3Q22 Report also referred investors to the same materially false and misleading risk factors in the 2021 Annual Report, set forth in paragraph 320, which, were still materially false and misleading for the same reasons explained in paragraph 321.

**S.     On December 7, 2022, Southwest Hosts An Investor Day And Defendant Jordan Claims Southwest Has "Plans To Help Lessen the Impact of Disruptions" -- While Ignoring the Ticking Time Bomb of the Flawed Systems**

358.     On December 7, 2022, Southwest hosted an Investor Day for analysts and members of the media.   At the conference, Defendant Jordan stated that Southwest was planning "modernizing tools" and had "initiatives to help lessen the impact of disruptions":

> ***So on to operating quality. We have initiatives planned to help lessen the impact of disruptions and improve our recovery time and keep the operation better on track throughout the day***. There are 4 main areas where we are focused, and 2 of them are planned for 2023 delivery. Originated performance is a focus on getting the airline started on time each day through continuous improvement. Our people do an excellent job of getting the airline up and running each morning, we have opportunities to relieve some areas of strain. It is difficult for our point-to-point network to catch-up with on-time performance if we do not begin on time. Transfer operations is optimized in the way we handle high-volume connectivity across our larger airports, and we're trying new approaches by adding more transfer drivers, better information and transparency to manage our turn times. ***Network design and recovery reverts to real-time decision-making that can take advantage of our unique network design to lessen ripple effects throughout the network.*** And we rolled out a limited number of station command centers a few years ago, essentially want to create an environment across more of our largest airports in an effort to maintain greater volume and complex activities in a coordinated and on-site fashion.

359.     Defendant Jordan's statements were materially false and misleading because Defendant Jordan knew or recklessly disregarded that the Flawed Systems were incapable of handling even minor "disruptions" that typically occur during inclement weather – particularly during winter, which would inevitably cascade into multiple days of further cancellations as with the June Meltdown and the October Meltdown. *See* ¶¶ 77, 98, 101-104.  Defendant Jordan's statements were also materially false and misleading because and omitted material facts when made because he knew or was reckless in not knowing that:

140

(i)      The Flawed Systems' Low Capacity rendered them inadequate at handling Irregularities. *See* ¶¶ 77, 98, 101-104. Moreover, SkySolver and Baker ran separately and did not interact efficiently. *See* ¶¶ 56-61, 177-179, 198. Thus, Southwest's only option during inclement weather was to re-assign planes, pilots, and crews manually – which is an impossible process. SWAPA and TWU repeatedly warned Southwest of these urgent issues prior to and throughout the Class Period. *See* ¶¶ 64, 67, 70, 71, 87, 116, 124, 125, 134-138, 166, 167, 177-179, 198.

(ii)     Inclement weather would affect Southwest's flight and crew scheduling far worse than other airlines due to Southwest's Flawed Systems and further exacerbated by the Company's size and complex, point-to-point route structure. *See* ¶¶ 56-60, 64, 65, 67-71, 106, 196.

(iii)     Southwest was exposed and continued to be exposed to massive operational and financial risk as a result of its outdated and inadequate Flawed Systems. *See* ¶¶ 56-61, 87, 116, 124, 134-138, 196.

360.     During the December 7, 2022 Investor Day conference, Defendant Romo also emphasized Southwest's large spending on technology:

Q:[ Andrew Didora at Bank of America]. Tammy, just on CapEx, I know a lot of moving parts here between '22 and '23 that you outlined pretty well in your remarks. Just in terms of '24 through '26, I think your numbers came up about $500 million a year. Is that also just shift in spend? Or is that higher non-aircraft? Just curious what accounts for that?

A: Yes. It's largely just shift in aircraft. As I mentioned, as we've shifted the order book, that's certainly impacting 2024 as well. Our -- if you look at our non-aircraft cap spend, most of that goes into the operations, close to $0.5 billion of that. So we'll work really hard, obviously, to manage that as we go. ***And then technology is another big piece of that as well. We spend several hundred millions in technology***. So we'll work really hard to keep that under control as well. So the other really relates to airports, and that's a couple of hundred million. So we'll rein all of that interference in and control that as best we can, as always, but most of it certainly is the aircraft and just the shifting of the deliveries.

361.     Defendant Romo's statements were materially false and misleading and omitted material facts when made because Defendant Romo knew or was reckless in not knowing that Southwest was not spending in the most important area with respect to operational stability – improving or otherwise modernizing its Flawed Systems – despite the fact that it repeatedly told the market it was. *See* ¶¶ 54-61, 64, 65, 67-71, 87, 116, 124, 125, 134-39, 198.

141

**T.     December 21, 2022 Through January 6, 2023: Winter Storm Elliot Hits; Southwest Downplays the Unique Impact of the Storm On Southwest While Its Technology Collapses, Stranding Millions of Customers During Christmas**

362.    On December 21, 2022, Winter Storm Elliott hit and Southwest issued a press release stating that it had preemptively reduced operations cancelling flights on December 21 and December 22. The Company stated that it was acting proactively by cancelling 500 flights, a number that unbeknownst to the public would already overwhelm Southwest's Flawed Systems.

As Winter Storm Elliott marches eastward, Southwest has implemented operational adjustments to its schedule through Dec. 23. *The Safety of Employees and Customers is Southwest's top priority and proactive schedule adjustments aim to ensure safe operations, protect the integrity of the entire Southwest Network, and limit subjecting our People to dangerous working conditions.*

We have reduced operations at some airports we serve, primarily Denver and Chicago Midway. *Of the nearly 8,000 scheduled flights for both Thursday, Dec. 22 and Friday, Dec. 23, Southwest has canceled about 500 flights.* Customers are encouraged to confirm their flight's status at Southwest.com or the Southwest app. We apologize for inconveniences as our Team works to get Customers to their destinations as quickly and safely as possible.

A travel advisory remains active for scheduled travel beginning Tuesday, Dec. 20 and continuing through Monday, Dec. 26. Customers traveling to, from, or through airports listed in the advisory may voluntarily change their travel plans within 14 days of the originally scheduled departure.

363.    Defendant Southwest's statements about "proactive schedule adjustments" and flight cancellations were materially false and misleading and omitted material facts when made because Defendant Southwest knew or recklessly disregarded that the cancellations occasioned by Elliott would impact the Company's schedule and ability to recover for additional days regardless of when the inclement weather subsided – as was the case during the June Meltdown and October Meltdown because the Flawed Systems could not cope with an influx of short notice cancellations. In addition, when the Flawed Systems inevitably failed, Southwest would be forced to manually re-schedule flights, pilots, and crew for days.  This statement was also misleading because it characterizes the event as a routine weather event when Southwest knew it was uniquely impacted

142

due to the Flawed Systems, and because Southwest made it seem like unprecedented cancellations overwhelmed the systems when the Flawed Systems had extremely Low Capacity and were uniquely vulnerable to overload.  *See* ¶¶ 54-60, 64, 70, 98, 116, 134-38, 196.

364.    On December 22, 2022, the Company issued another press release titled *Southwest Monitors Winter Storm Elliot: Update 3*. This press release was largely a copy of the December 21, 2022 press release, but included updated numbers of flights experiencing disruptions. The Company again framed the cancelled flights as "proactive" and for the sake of ensuring the "integrity of the entire Southwest Network" yet the sheer volume of short notice cancellations would have already necessarily overloaded Southwest's Flawed Systems:

> Southwest continues to alter its operational plan as Winter Storm Elliott affects a number of airports in our Network.
>
> Challenging working and travel conditions, especially in Denver and Chicago, have resulted in disruptions to Southwest's nearly 12,000 scheduled flights Wednesday, Dec. 21 through Friday, Dec. 23.
>
> ***Most of these disruptions were proactive schedule adjustments to ensure safe operations, to protect the integrity of the entire Southwest Network, and to limit prolonged exposure in dangerous working conditions. However, the changing operational environment and treacherous conditions led to additional later cancellations***.

365.    Southwest's statements about "proactive schedule adjustments" and flight cancellations were materially false and misleading and omitted material facts when made because Southwest knew or was reckless in not knowing that the cancellations occasioned by Elliott would continue to increase for many days – as they did for the June Meltdown and October Meltdown because Southwest's Flawed Systems could not cope with large numbers of cancellations.  In addition, Southwest would be forced to manually re-schedule flights, pilots, and crew for days, causing the problem to ripple and continue way past the cancellations of other airlines.  Therefore, this was not a routine weather event affecting all airlines equally but a unique and profound event

singularly impacting Southwest. These statements were also misleading because Southwest made it seem like unprecedented cancellations overwhelmed the systems when the Flawed Systems had extremely Low Capacity and were uniquely vulnerable to overload.  *See* ¶¶ 54-60, 64, 65, 67-71, 125, 134-38, 196.

366.    On December 23, 2022, Southwest issued a press release stating that it was continuing to "proactively manage" the ongoing weather situation, that the storm had "forced[] cancellations" on the Company's network, that this was a "dynamic situation":

> We continue to proactively manage and update our operational plan and flight schedules in response to Winter Storm Elliott. With more than half of the airports where we operate in the continental U.S. under duress from the storm, **Southwest has been uniquely effected given our size and structure**. As it remains a very dynamic situation, we don't have specific numbers to share on flight disruptions, but the storms have forced hundreds of cancelations throughout our network.

367.    Southwest's statements about being "uniquely effected" by the winter storm were materially false and misleading and omitted material facts when made because Southwest was not "uniquely effected" by the winter storm merely as a result of its "size and structure"; it was uniquely effected by the winter storm because of its Flawed Systems, which stymied any chance of a timely recovery.  Indeed, Southwest knew or was reckless in not knowing that the Flawed Systems could not handle the influx of short notice cancellations that the Company was executing at this time regardless of the Company's "size and structure".  Accordingly, Southwest should have warned the market that its process was overwhelmed, and its recovery would be prolonged given the thousands of flights already canceled.  These statements were also misleading because Southwest made it seem like unprecedented cancellations overwhelmed the systems when the Flawed Systems had extremely Low Capacity and were uniquely vulnerable to overload.  *See id.*

368.     On December 24, 2022, the Company issued a largely cut-and-paste version of the

December 23, 2022 press release titled *Southwest Airlines Monitors Winter Storm Elliott: Update

5*:

> We continue to proactively manage and update our operational plan and flight schedules
> in response to Winter Storm Elliott, and we are grateful for the support of our Employees
> as we work to stabilize our network. With more than half of the airports where we operate
> in the continental U.S. under duress from the storm, ***Southwest is uniquely affected given
> our size and structure***. As it remains a very dynamic situation, we don't have specific
> numbers to share on flight disruptions, but the storms have forced thousands of
> cancellations throughout our network.

369.     Southwest's statements about being "uniquely effected" by the winter storm were

materially false and misleading and omitted material facts when made because Southwest was not

"uniquely effected" by the winter storm merely as a result of its "size and structure"; it was

uniquely effected by the winter storm because of its Flawed Systems, which stymied any chance

of a timely recovery.  Indeed, Southwest knew or was reckless in not knowing that the Flawed

Systems could not handle the influx of short notice cancellations that the Company was executing

at this time regardless of the Company's "size and structure".  Accordingly, Southwest should

have warned the market that its process was overwhelmed, and its recovery would be prolonged

given the thousands of flights already canceled.  These statements were also misleading because

Southwest made it seem like unprecedented cancellations overwhelmed the systems when the

Flawed Systems had extremely Low Capacity and were uniquely vulnerable to overload.  *See* ¶¶

54-60, 64, 65, 87, 116, 124, 125, 134-38, 196.

370.     As Southwest's cancellations continued for the sixth straight day, the Company

issued a press release on December 26, 2022 titled *Southwest Airlines Working to Recover from

Operational Challenges: Update 6*, making it sound like Southwest was prepared for the worst,

but blaming the storm for the continuing cancellations -- despite the fact that the winter storm had

cleared by this point:

> With consecutive days of extreme winter weather across our network behind us, continuing challenges are impacting our Customers and Employees in a significant way that is unacceptable. And our heartfelt apologies are just beginning. We're working with Safety at the forefront to urgently address wide-scale disruption by rebalancing the airline and repositioning Crews and our fleet ultimately to best serve all who plan to travel with us. ***We were fully staffed and prepared for the approaching holiday weekend when the severe weather swept across the continent, where Southwest is the largest carrier in 23 of the top 50 travel markets in the U.S. These operational conditions forced daily changes of an unprecedented volume and magnitude to our flight schedule and the tools our teams use to recover the airline remain at capacity.*** This safety-first work is intentional, ongoing, and necessary to return to normal reliability, one that minimizes last-minute inconveniences. As we continue the work to recover our operation, we have made the decision to continue operating a reduced schedule by flying roughly one third of our schedule for the next several days. And we're working to reach Customers whose travel plans will change to offer specific information and available options, also available at Southwest.com/traveldisruption.

371.    Southwest's statements about being "fully staffed and prepared" for the winter

storm were materially false and misleading and omitted material facts when made because

Southwest knew or recklessly disregarded that the Company was not "prepared" when the storm

hit, due to its failure to fix its Flawed Systems. *See* ¶¶ 56-60, 67-71, 87, 116. In addition, the

statement that Southwest's "tools" were at capacity was misleading because Defendant

Southwest failed to disclose that the tools, in particular, the Flawed Systems, were strained by

their Low Capacity, and that operational failures like this would be prolonged.  Defendant

Southwest tried to claim that it did all it could but fell victim to unprecedented weather but that

was not the case – it was not that unprecedented cancellations overwhelmed the systems; rather,

it was that the Flawed Systems had extremely Low Capacity and were uniquely vulnerable to

overload.  *See* ¶¶ 56-60, 61, 64, 65, 67-71, 87, 116, 124, 134-38, 196. These statements were also

misleading because staffing was not the issue; the issue was Southwest's Flawed Systems.  Once

these systems were overwhelmed, which was inevitable given their Low Capacity, all bets were

off, and no amount of staffing could procure a solution.  In fact, staff assignments depended on the Flawed Systems.

372.    On the next day, December 27, 2022, Southwest's cancellations continued for the seventh straight day, while other airlines returned largely back to normal.  The Company issued another press release, again reiterating the release of the prior day:

> With consecutive days of extreme winter weather across our network behind us, continuing challenges are impacting our Customers and Employees in a significant way that is unacceptable. And our heartfelt apologies are just beginning. We're working with Safety at the forefront to urgently address wide-scale disruption by rebalancing the airline and repositioning Crews and our fleet ultimately to best serve all who plan to travel with us. *We were fully staffed and prepared for the approaching holiday weekend when the severe weather swept across the continent, where Southwest is the largest carrier in 23 of the top 50 travel markets in the U.S. These operational conditions forced daily changes of an unprecedented volume and magnitude to our flight schedule and the tools our teams use to recover the airline remain at capacity*.

373.    Southwest's statements about being "fully staffed and prepared" for the winter storm were materially false and misleading and omitted material facts when made because Southwest knew or recklessly disregarded that the Company was not "prepared" when the storm hit, due to its failure to fix its Flawed Systems. *See* _.  In addition, the statement that Southwest's "tools" were at capacity was misleading because Defendant Southwest failed to disclose that the tools, in particular the Flawed Systems, were strained by their Low Capacity, and that operational failures like this would be prolonged.  Defendant Southwest tried to claim that it did all it could but fell victim to unprecedented weather but that was not the case.  These statements were also misleading because Southwest made it seem like unprecedented cancellations overwhelmed the systems when the Flawed Systems had extremely Low Capacity and were uniquely vulnerable to overload.  *See id*.

374.    These statements were also misleading because staffing was not the issue; the issue was Southwest's Flawed Systems.  Once these systems were overwhelmed, which was inevitable

147

given their Low Capacity, all bets were off, and no amount of staffing could procure a solution. In fact, staff assignments depended on the Flawed Systems.

375.    On December 27, 2022, Defendant Jordan broke his silence and issued a video press release statement. Jordan acknowledged that – as SWAPA and TWU had said for years – Southwest had to upgrade its Flawed Systems, to handle the Epic Meltdown invariably caused by short notice cancellations:

> Here's why this giant puzzle is taking us several days to solve. Southwest is the largest carrier in the country, not only because of our value and our values, but because we build our flight schedule around communities, not hubs. So, we're the largest airline in 23 of the top 25 travel markets in the U.S. Cities where large numbers of scheduled flights simultaneously froze as record bitter cold brought challenges for all airlines. Our network is highly complex and the operation of the airline counts on all the pieces, especially aircraft and crews remaining in motion to where they're planned to go. With our large fleet of airplanes and flight crews out of position in dozens of locations. ***And after days of trying to operate as much of our full schedule across the busy holiday weekend, we reached a decision point to significantly reduce our flying to catch up.*** We're focused on safely getting all of the pieces back into position to end this rolling struggle. You know, I have nothing but pride and respect for the efforts of the people of Southwest who are showing up in every way. ***The tools we use to recover from disruption serve us well, 99 percent of the time; but clearly, we need to double down on our already existing plans to upgrade systems for these extreme circumstances so that we never again face what's happening right now***.

376.    Defendant Jordan's statement that "we need to double down on our already existing plans to upgrade systems for these extreme circumstances so that we never again face what's happening right now" was materially false and misleading when made and omitted material facts because he knew or recklessly disregarded that it was not "extreme circumstances" that caused the Epic Meltdown, it was the Flawed Systems – which Defendants could have optimized and fixed long ago to have avoided the current problems. In addition, Defendant Jordan's claim that Southwest "tried to operate as much of our full schedule across the busy holiday weekend" was misleading because Defendant Jordan knew that was impossible due to the Flawed Systems. See ¶¶ 56-60, 64, 70, 98, 177-179, 196.

377.    Defendant Jordan's statement that Southwest's "tools" for "recover[ing] from disruption serve us well" was materially false and misleading when made and omitted to disclose material facts because Defendant Jordan knew or recklessly disregarded that Southwest's "tools" – the Flawed Systems – had abominably Low Capacity and could not process Irregularities. *See id*.

378.    After the adverse news about Southwest on December 26 and 27, 2022, Southwest stock fell from a closing price of $36.09 on December 23, 2022, to $33.94 on the next trading day, December 27, 2022 a drop of over 5%.

379.    The full truth about Southwest's Flawed Systems was still blunted by the Company's  attributing the cause of the mass cancellations to the "extreme winter circumstances" and its other excuses.  Such circumstances – severe weather during winter – are routine for airlines; every other airline was able to promptly resume normal operations when the bad weather subsided, and but for the Flawed Systems, Southwest would have been able to recover quickly like the other airlines.  At this point, the market did not yet realize the cost or full effect of the fallout from the Epic Meltdown.

380.    On December 28, 2022, Southwest cancelled over 2,300 flights for the third consecutive day after the inclement weather had subsided.

381.    Additionally, more news came out about Southwest's deficient technology and its pivotal role in causing the meltdown and media outlets reported that Secretary of Transportation Buttigieg vowed to hold the Company responsible for its failures.

382.    For example, a December 28, 2022 Washington Post article titled *Southwest Didn't Heed Calls to Upgrade Tech Before Meltdown, Unions Say,* stated that Southwest had been "warned [by union leaders] for years"..."about the Company's outdated technology and that about

the company's unwillingness to modernize its operations". The article also explained that rather than winter weather causing the cancellations, it was the "the inability of internal logistics and scheduling systems to recover from [the] storm." The article also quoted Robert Mann, an airline industry veteran and president of aviation consultancy R.W. Mann & Co., who explained that Southwest outgrew the software it was using years ago. *See* ¶¶ 181-184.

383.   On this news, on December 28, 2022, Southwest stock fell from a December 27, 2022 closing price of $33.94 to close at $32.19 on December 28, 2022, a drop of over 5%.

384.   On December 29, 2022, Southwest cancelled 2,364 more flights and the Company issued another press release entitled *Southwest Airlines Continuing Recovering From Operational Challenges*, in which it advised that it had cancelled nearly two thirds of its scheduled flights and was operating at an extremely limited capacity:

> While Southwest continues to operate roughly one third of its schedule for Thursday, Dec. 29, we plan to return to normal operations with minimal disruptions on Friday, Dec. 30.

385.   On December 30, 2022, Southwest issued another press release, advising that "Southwest Airlines is operating our normal schedule on Friday, Dec. 30" and "we anticipate minimal disruptions for the weekend."

386.   On December 31, 2022, Southwest issued another press release titled *CEO Bob Jordan Looks Forward After Normal Operations Resume*, advising that "normal operations" were resuming:

> You know, we'll move forward with lessons learned here, as we always do. We have plans to invest in tools and technology and processes, but there will be immediate work to understand what happened. One of our five-year strategic plan priorities established in 2021 is to modernize the operation along with a 2022 company focus area of ***getting back to our historic operational reliability and efficiency.*** As Andrew stepped into his role, he told you all that one of his key areas of focus was to improve our ability to recover effectively from irregular operations and invest in processes, People, and technology ***that were already underway***. Analysis Business cases, multiyear project plans, approved

budgets, and dedicated project teams are fully focused on making these priorities a reality, and we need to finish that work, and in all honesty, we will dial up that work in 2023.

387.    Defendant Jordan's statement about "getting back to our historic operational reliability and efficiency" was materially false and misleading and omitted to disclose material facts when made because Defendant Jordan knew or was reckless in not knowing that the Company was not historically "reliable" in light of its Flawed Systems and the June and October Meltdowns. Likewise, Jordan's statement that upgrades "were already underway" was misleading because the Epic Meltdown demonstrated that the Flawed Systems had not changed when Defendant Watterson "stepped into his role". *See*, *e.g.*, ¶ 196.

388.    On January 3, 2023, an article was published on Skift.com entitled, *Southwest's Meltdown Should Be a Technology Warning for Airlines*. The article reported that Southwest had neglected its technology for years despite repeated warnings from unions. The article further explained that while the Company claimed to be significantly investing in scheduling and flight planning technology systems, but it was not. Skift.com reported that "[t]he primary reason for the major issue at Southwest was its outdated optimization technology, which the airline has outgrown over the past couple of decades. Company executives have admitted to prioritizing other things over investing in technology for operations, despite warnings from staff and some close calls previously. Paired with a staff shortage, the issue became too much for Southwest's system to handle."  The article also noted that "*[u]nions said they had been warning Southwest of tech inadequacies for years and that the problem could have been avoided if the company could have invested in its own operations.*"

389.    After the adverse news from December 30, 2022 to January 3, 2023, Southwest stock fell from a December 30, 2022 closing price of $33.67 to close on January 3, 2023, the first day of trading since December 30, 2022, at $32.60 per share.

390.     On January 6, 2023, Southwest filed an 8-K with the SEC wherein it began to disclose, among other things, some of the anticipated cost of its operational failures; namely, the reimbursements for customers and other harm to consumers flowing from the Epic Meltdown. The 8-K stated that Southwest's technology failures resulted in over 16,000 cancelled flights during the eleven-day meltdown, and this was expected to cost the Company $725-$825 million – and this did not account for the exorbitant cost of upgrading Southwest's technology:

> The Company canceled more than 16,700 flights from December 21, 2022 through December 31, 2022. … As a result of the operational disruptions, the Company currently expects to report a net loss in fourth quarter 2022, driven by a preliminary estimated fourth quarter 2022 pre-tax negative impact in the range of $725 million to $825 million. A significant portion of this impact is from an estimated revenue loss in the range of $400 million to $425 million.

### U.     January 26, 2023: Southwest Reveals the Estimated $1.3 Billion Cost for Remedial Measures to Address the Flawed Systems – While the Details of the Measures Was Not Yet Disclosed

391.     On January 26, 2023, Southwest hosted a conference call with investment analysts and members of the media, primarily to discuss the Epic Meltdown and answer questions regarding the causes, effects, and what the Company was doing to prevent a future occurrence. During that call, Defendant Jordan stated:

> Well, in terms of the events themselves, we canceled more than 16,700 flights from December 21 to December 31. The first few days through December 23 were specific to the winter storm, and we began to have additional disruptions in the operation on December 24. As the largest carrier in roughly half of the top 50 U.S. travel markets, we were impacted by rolling storms to an extraordinary degree. We experienced gridlock in many of our largest airports, along with a high frequency of short-notice cancellations, which created urgent and repeating efforts to repair the aircraft routings and then our pilot and flight attendant schedules. Given the overwhelming volume of flight cancellations over multiple days, combined with manual work streams, we determined that the best course of action to get back on track operationally was to reduce our December 27 through December 29 flight activity by roughly 2/3, and that allowed us time to reset the operation to normal flight levels beginning on December 30. **_But based on what we know at this point, our processes and technology generally worked as designed. But we were hit by an overwhelming volume of close-in cancellations, which put us behind in_**

152

***creating crew solutions, which, in turn, pushed us to manual efforts and solutions***,
Andrew will cover that in detail more here in just a minute….

***We're also currently budgeted to spend $1.3 billion of our 2023 annual operating plan on investments, upgrade and maintenance of our IT systems, which is higher than what we spent in 2022.***

392.    Defendant Jordan's statement that the "technology generally worked as designed" was materially false and misleading and omitted material facts when made because Defendant Jordan knew or was reckless in not knowing that the Flawed Systems could not handle an influx of short notice cancellations and would continue with mass cancellations long after other airlines had returned to normal. *See* ¶¶ 50-60, 64. 70, 98, 134-138, 196. Defendant Jordan also failed to explain the hardship of manually processing thousands of cancellations. *See* ¶¶ 177-179. The Flawed Systems were themselves the problem, not the weather, because while weather was out of control, the ability to timely recover was in Defendants' control.  *See* ¶¶ 56-60, 77, 98, 106, 116, 134-138, 196.

393.    This release revealed the estimated cost of the remedial actions necessary to address the Epic Meltdown -- $1.3 billion, as well as part of the truth about the remedial measures. *See* ¶ 391.

394.    On this news, Southwest stock fell from a closing price of $36.87 on January 25, 2023, to a closing price of $35.70 on the next trading day, January 26, 2023, a drop of over 3%.

395.    On February 9, 2023, the Committee held a hearing to "review the causes and impacts of recent air travel disruptions". During the hearing, Defendant Watterson admitted that Southwest "messed up" and testified about the role of the Flawed Systems in the Epic Meltdown and the corresponding warnings Defendants received from SWAPA. In doing so, despite admitting that the Flawed Systems were a problem, Defendant Watterson continued to deflect from the issue

153

and maintain that rather than failing, the Flawed Systems were simply never designed to work in situations comparable to Winter Storm Elliot:

> ***To be clear, our Crew Scheduling software didn't stop working during this event. However, the pace and volume of close-in Crew and schedule changes over multiple days left our Crew Scheduling professionals unable to efficiently address the state of the operation.*** As the situation escalated and close-in cancellations grew, Crew Scheduling simply couldn't keep up with the overwhelming volume of changes, resulting individual Crew assignments not being updated in a timely manner. Without updated Crew schedules, the Crew decision support software could not reassign Crews to solve for flights with Crew coverage issues.

396.   These statements were materially false and misleading when made and omitted material facts because Defendant Watterson knew or was reckless in not knowing that the Flawed Systems never stood a chance of working in Irregularities such as severe inclement weather because the systems had abominably Low Capacity and, if that capacity was exceeded, Southwest was forced to rely on a manual process that caused cancellations to be prolonged, often for days. Defendant Watterson also testified during the congressional hearing that "technology was an issue" but "not the issue."  *See* ¶¶ 56-60, 64, 70, 98, 134-138, 177-179.

397.   Defendant Watterson's statement was materially false and misleading when made because notwithstanding Defendant Watterson's concession that the Flawed Systems failed, he misleadingly stated that technology was a part of the cause of the Epic Meltdown – when it was the ***primary part***.  *See* ¶¶ 56-61, 64, 70, 98, 134-138, 177-179, 196.

## V.   March 14, 2023 JP Morgan Industrials Conference

398.   On March 14, 2023, the Company issued a press release titled *Southwest Airlines Plans to Boost Operational Resiliency to Enhance Support for Employees and Customers*. That release discussed Southwest's belated plans to update its technology to ensure that the epic meltdown of December 2022 (and the earlier meltdowns as well) never happened again:

Southwest [] has developed a three-part Tactical Action Plan to boost operational resiliency in key areas across the Company. The airline's existing five-year Operational

Modernization Plan, which began in 2022, is also underway and focuses on operational investments and organizational alignment to support Customers and Employees. "We understand the root causes that led to the holiday disruption, and we're validating our internal review with the third-party assessment. Now, we expect to mitigate the risk of an event of this magnitude ever happening again," said [Defendant] Jordan[.] "Work is well underway implementing action items to prepare for next winter—with some items already completed. I want to thank our Employees and Customers for their patience and grace, and we're resolved to emerge an even stronger airline." In addition to Winter Storm Elliot, which was more severe than expected, a driver of the disruption was determined to be the volume of cascading and close-in flight cancelations during the storm which overwhelmed Station operations and the airline's Crew Network and hindered established processes and internal tools. While the airline had existing technology and staffing in place to handle many types of irregular operations, the pace and breadth of disruptions during this extreme event strained the ability to create timely operational solutions. The airline will provide additional communication in the coming weeks, including a microsite summarizing key findings and mitigation actions.

399.    The press release further described Southwest's long overdue "tactical action plan" to address the Company's crisis with its scheduling software, including:accelerating operational investments; namely, implementing tools and technology that allow for a greater pace of recovery during extreme events, budgeted more than $1.3 billion on investments, upgrades, and maintenance of information technology systems in 2023. Southwest specifically noted Crew Scheduling Software "has been recently upgraded to address a functional gap that was revealed in December."  Southwest also represented that it would address challenges with infrastructure, winter equipment, and winter weather preparedness, including purchasing additional deicing trucks. Southwest also announced that it planned "to implement a new weather application to provide Crews with more real-time and dynamic weather indications". Finally, the Company stated it had begun to "align various Network Planning and Network Operations Control Teams under one Senior Leader for better execution of operational plans." This announcement revealed the full extent of the fallout from the Epic Meltdown, including remedies Southwest was taking to address its Flawed Systems.

400.     On this news, Southwest stock fell from a closing price of $31.06 on March 13, 2023, to a closing price of $30.53 on the next trading day, March 14, 2023, a drop of over 5%.

## VI.   ADDITIONAL SCIENTER ALLEGATIONS

### A.   The Individual Defendants Knew or Recklessly Disregarded That Their Statements Were False and Materially Misleading And Omitted To Disclose Material Facts

#### 1.   Defendants Were Repeatedly Warned For Years by Southwest's Employee Unions That Southwest's Scheduling and Communications Systems Could Not Handle Inevitable Inclement Weather Events

401.     Southwest's employee unions repeatedly warned Southwest management about the grave problems with the Flawed Systems. Since at least 2014, SWAPA warned Southwest that the Company's Flawed Systems were profoundly inadequate.   Management failed to take adequate steps in response to the warnings, all the while assuring the public there was no cause for concern.

402.     As Southwest's pilot union, SWAPA continually lobbies Southwest management about problems with the Company's operations, providing them data and proposing solutions.  *See* ¶¶166, 210.

403.     A July 12, 2021 article published by SWAPA titled *Investing in the Operation* detailed multiple instances over the course of a seven year period where union representatives voiced their warnings to management. Each time management ignored the warnings.  *See* ¶¶166, 210. The article explained that in 2014, Southwest experienced a technology failure resulting in a mass cancellation event, the Midway Meltdown. The underlying cause of the Midway Meltdown was attributed to an untenable schedule (too many flights scheduled in too short of a time period) which resulted in an influx of short notice cancellations – which in turn caused the Flawed Systems to fail. *See id*.

404.     During the Midway Meltdown, Southwest's crew scheduling technology as well as the lines of communication between crew and the scheduling department failed. As a result, dozens of crews were stranded without hotels and with no way to reach the scheduling department. After the Midway Meltdown, SWAPA raised the issue of the technology failure with management, including Defendants Kelly and Van de Ven. *See id*.

405.     In July 2016, Southwest had another technology failure and cancelled over 1,000 flights in a 24-hour period. The 2016 outage was referred to as the "Router Brownout". During the Router Brownout, what would typically be a minor snafu for most airlines, resulted in a cascading series of problems and a breakdown in communications and thousands of cancelled flights for Southwest. *See* ¶¶65-66.

406.     Southwest attributed the cause of the Router Brownout to a "computer glitch" and Defendant Kelly compared it to a "thousand year flood." Defendant Kelly further explained that "Like it or not, we live with some old technology".  After the Router Brownout, SWAPA, joined by other Southwest employee unions were adamant that the Company had to invest in its technology to support stable operations. Yet, Southwest management, and in particular Defendants Kelly and Van de Ven, failed to heed the warnings of the unions.  *See id*.

407.     Southwest's inaction led the unions to take action in 2016.  SWAPA was joined by TWU, the Mechanics Union, and the Ground Operations Union, in voting that they had "no confidence" in the Company's then-CEO Defendant Kelly and then-COO Defendant Van de Ven. This no-confidence vote was due in large part to Defendant Kelly and Defendant Van de Ven ignoring the unions' warnings and their refusal to invest in technology to support the operation, forcing the Company to operate with Flawed Systems. Even in the face of the no-confidence vote, Southwest management, particularly Defendants Kelly and Van de Ven, refused to implement

requisite upgrades to its infrastructure and the technology that supports its operations. *See* ¶¶67-68.

408.    On August 5, 2016, TWU's then-President Audrey Stone issued a press release titled *Southwest Airlines Losing that LUVing Feeling* taking Southwest management to task for its failure to listen to union leaders concerning the resulting technological failures. The press release explained that TWU had completely lost its confidence in CEO Gary Kelly's leadership, "especially after his mishandling of the recent IT malfunction that left tens of thousands of Passengers and scores of Flight Attendants stranded and abandoned." Stone further explained that "CEO Gary Kelly and COO Mike Van de Ven have failed to recognize and adequately fix the operational failures that continue to plague our airline". *See* ¶ 68.

409.    In 2020, when SWAPA's collective bargaining agreement was due to be negotiated again, the union made it clear that management had to address the Flawed Systems. On January 9, 2020, SWAPA met with Southwest management to formally give the contract proposal to the Company. The contract proposal contained – for the first time – an entirely new section specifically dedicated to IT and steps needed to improve the operation. Yet, the parties did not reach an agreement on the proposal, and management did nothing but superficially note in Southwest's Annual Report that Southwest was significantly investing in the Flawed Systems. *See* ¶ 71.

410.    Importantly, after COVID paused negotiations for months, and the parties revisited the contract proposal, beginning in April 2021, SWAPA read the contract proposal to Southwest management "line by line".

411.    SWAPA explained the painstaking process: "That is not an exaggeration", the proposed contract was painstakingly read line item by line item. Nevertheless, Southwest

management, specifically, Sr. Director of Labor Relations Carl Kuwitzky failed to even acknowledge this new section. *Id*.

412.    On July 12, 2021, SWAPA published a lengthy article about Southwest's serious technology problems. *See* ¶ 87.

413.    On October 10, 2021, SWAPA again warned Southwest management that the Flawed Systems were a grave risk as they rendered Southwest unable to timely recover after inevitable inclement weather. *See* ¶116.

414.    On April 13, 2022, SWAPA sent an open letter to Defendant Jordan, Defendant Van de Ven, Captain Alan Kasher, Vice President of Air Operations, and Captain Lee Kinnebrew, Vice President of Flight Operations. The letter memorialized the concerns SWAPA had raised on numerous occasions in recent years. The letter stated that "[o]ur antiquated scheduling processes and technology simply can't handle the complexities of today's network."

415.    In numerous podcasts during November 2022, Capt. Murray stated that SWAPA repeatedly provided Southwest with data and proposals to fix the Company's Flawed Systems. *See* ¶¶134-138.  This was despite Defendant Jordan's claim that Southwest's technology was "wonderful". *See* ¶111.

416.    Thus, for years, SWAPA raised concerns with Southwest's management about the Company's profound problems with the Flawed Systems.

417.    After having their concerns ignored for years, during the December 2022 meltdown, TWU President Lynn Montgomery explained that Southwest's "house of cards has fallen." Montgomery was clear that this issue has come up time and time again and her union was not the only ones sounding the alarms: "This is something that TWU Local 556 has told the company over the years – the pilots union has said the same thing – that we need to invest in our

IT infrastructure, that the systems we have in place cannot handle the operation that we utilize today."

    **2.**        **The Bombshell Transcript of the December 2022 Phone Call of Defendants Watterson and Jordan Call with Employees Strongly Supports Their Scienter**

418.    In the midst of the December 2022 meltdown, Defendants Watterson and Jordan had a call with employees to discuss the operational processes and shortcomings. A transcript of the phone call was leaked online. During the call, Watterson admitted to Southwest's employees that the Company's scheduling technology systems could not handle mass cancellations in the even of inclement weather.  Thus, Southwest had planes ready to take off with available crew, but the Flawed Systems were not able to match them quickly and accurately.  *See* ¶ 178.

419.    Defendant Watterson also conceded that the Flawed Systems – about which the unions warned for years – were the main culprit of the chaos caused by the mass cancellations. Defendant Watterson commented that when the technology failed, the Company "had to ask our crew schedulers to do this manually, and it's extraordinarily difficult." *See id*.

420.    Defendant Watterson described at length the absurdity of Southwest manually trying to fix its schedule after the software crashed, characterizing the process of manually scheduling flights as a "house of cards that would fall apart each time the Company encountered a problem". Defendant Watterson explained that those responsible for manually scheduling the flights "would make great progress, and then some other disruption would happen, and it would unravel their work … So, we spent multiple days where we kind of got close to finishing the problem, and then it had to be reset." *See id*.

421.    Additionally, during the same call, Defendant Jordan conceded that the Company's public statements about modernizing the operation failed to disclose that the Company completely

lacked the necessary tools to deal with the winter storm. "We've talked a little bit over the last year about the need to modernize the operation and invest. This is why. We can't be our size and scope and have a lack of tools."

422.    Thus, Defendants Watterson and Jordan knew of the serious problems with the Flawed Systems, discussed these issues with employees, and knew that the Company was going to have additional days of mass cancellations.

> **3.    Defendant Jordan Admits He Knew of the Unique Problems Southwest Faced With the Flawed Systems On December 24, 2022**

423.    In a January 13, 2023 interview with the *Dallas Morning News* titled *Southwest Airlines CEO Talks About the Holiday*, Defendant Jordan stated that by December 24, 2022, he knew the seriousness of the Epic Meltdown and how uniquely the airline was impacted:

> It was really the 24th that it looked like we were diverging from the industry recovery… Now, we had a good plan to go solve that overnight. The same thing happened on the 25th. We had a good plan to start the day reasonably well on the 26th. When we woke up, it wasn't possible to get all those past problems cleared. We were in worse shape than expected.

*See* ¶157.

424.    Defendant Jordan knew or recklessly disregarded of the grave problems with Southwest's Flawed Systems since the start of the Class Period.  But this admission is significant because it further strengthens his scienter and illustrates that he was not being candid with the market.

> **B. Defendants Were Motivated to Commit Fraud Because Their Compensation Was Heavily Dependent On Southwest's Stock Price**

425.    The Individual Defendants were motivated to commit fraud and artificially inflate the value of Southwest stock because their compensation was heavily dependent on it.  Indeed, the Individual Defendants' stock awards during the Class Period were many multiples of their salaries:

| Name | Year | Salary ($)(1) | Bonus ($)(2) | Stock Awards ($)(3) |
|------|------|---------------|--------------|---------------------|
| Robert E. Jordan, CEO & President | 2022 | 676,875 | 195,720 | 3,626,960 |
| | 2021 | 510,709 | 103,481 | 1,954,029 |
| | 2020 | 440,167 | 139,050 | 2,482,452 |
| Tammy Romo, CFO & EVP | 2022 | 534,737 | 101,292 | 1,691,178 |
| | 2021 | 516,658 | 104,898 | 1,957,521 |
| | 2020 | 445,192 | 140,670 | 2,509,532 |
| Gary C. Kelly, ex-CEO and Exec. Chairman | 2022 | 509,375 | 132,810 | 3,624,972 |
| | 2021 | 643,750 | 201,016 | 3,945,578 |
| | 2020 | 562,500 | 300,000 | 7,125,017 |
| Michael G. Van de Ven, COO & Former President | 2022 | 583,962 | 122,905 | 1,794,459 |
| | 2021 | 564,258 | 129,948 | 2,100,988 |
| | 2020 | 486,267 | 170,700 | 3,092,540 |
| Andrew M. Watterson, COO | 2022 | 538,754 | 110,535 | 1,450,188 |
| | 2021 | 487,512 | 94,668 | 1,800,089 |

## VII.    LOSS CAUSATION

426.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Southwest securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Southwest's business, operations, and prospects as alleged herein.

427.    During the Class Period, as detailed herein, Southwest's securities were artificially inflated due to Defendants' misleading statements and omissions. When Defendants' misrepresentations and omissions were disclosed and became apparent to the market, the price of Southwest securities fell as the prior artificial inflation came out.

428.    As a result of purchases of Southwest securities during the Class Period, Plaintiffs and the other Class members suffered economic loss, i.e., damages, under the securities laws. The declines in the price of Southwest securities after the corrective disclosures on October 11, 2021,

December 27, 2022, December 28, 2022, January 3, 2023, January 26, 2023, and March 14, 2023 were a direct result of Defendants' misrepresentations being revealed to investors and the market.

429.    The decline in the price of Southwest securities was also the result of the materialization of the concealed investment risks concerning Southwest.

430.    Defendants' materially false and misleading statements and omissions relate to the Flawed Systems and Southwest's inability to operate without waves of mass cancellations during predictable inclement weather patterns.

431.    After the market learned of the October Meltdown, including that Southwest experienced a large scale operational and technological failure resulting in approximately 2,000 flights cancelled during a three-day period, Southwest stock fell on high trading volume from a $53.92 closing price on Friday, October 8, 2021, to close at $51.67 on the next trading date, Monday, October 11, 2021, a decline of approximately 4.17%.

432.    On December 27, 2022, it was announced that Southwest canceled more than 2,600 more flights – even though the storm was over.  Also on that date, *CNN* released its article citing a transcript of an internal phone call in which Defendant Watterson admitted to Southwest's "lack of tools" and acknowledged that "[I]n our desired state, we have a solver that would be able to do that [scheduling recovery] very quickly and very accurately", but "[t]he process of matching up [crew members] with the aircraft *could not be handled by our [current] technology*." After this news, Southwest stock fell on high trading volume from a closing price of $36.09 on December 23, 2022 to a closing price of $33.94 on the next trading day, December 27, 2022, a drop of over 5%.

433.    On December 28, 2022, it was announced that Southwest canceled 2,500 more flights.  Also on December 28, 2022, news reports revealed more details about the extent of the

problems with the Flawed Systems (*see* ¶¶181-183), as well as that federal regulators were heavily scrutinizing Southwest, potentially subjecting it to substantial liabilities. After this news, Southwest stock fell on high trading volume from a closing price of $33.94 on December 27, 2022, to close on December 28, 2022 at $32.19, a drop of over 5%.

434.    Southwest revealed more details about the effects of the Epic Meltdown on December 31, 2022, including what the Company would have to do to rectify them.  On that date, Defendant Jordan issued a press release stating that the Company already had plans to invest in technology to modernize its operations: "We have plans to invest in tools and technology and processes, but there will be immediate work to understand what happened."

On January 3, 2023, more adverse news articles were issued, as well as a White Housing briefing emphasizing the seriousness of Southwest's failures.  *See* ¶¶ 189-190. As the market learned that the Company finally admitted the serious problems with its Flawed Systems and would upgrade them – obviously at a huge cost – Southwest stock fell, on high trading volume, from a December 30, 2022 closing price of $33.67 to a January 3, 2023 (the next trading date after December 30, 2022) closing price of $32.60 per share.

435.    On January 26, 2023, the Company released additional new information in response to specific targeted questions from analysts regarding the cause of the Epic Meltdown, its effects, and what steps the Company was taking to prevent its technology from failing again going forward. Southwest also revealed for the first time the staggering costs – an estimated $1.3 billion – it expected to incur as a result of upgrading its systems to prevent a future meltdown.  On January 3, 2023, on high trading volume, Southwest's share price fell from a December 30, 2022 closing price of $33.67 to close on January 3, 2023, the next trading date, at $32.60 per share.

436.    On March 14, 2023, Southwest revealed the full remedial measures the Company was taking to rectify the problems with the Flawed Systems. *See* ¶216-217.  After this news, on March 14, 2023, Southwest's share price fell approximately 1.71%, from a $31.59 March 14, 2023 opening price to close that day at $30.20 per share, on high volume.

437.    The timing and magnitude of the price declines in Southwest securities negate any inference that the loss suffered by Plaintiffs and the other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to Defendants' statements. The economic loss, i.e., damages, suffered by Plaintiffs and the other Class members was a direct result of Defendants' misstatements and omissions and the subsequent significant decline in the value of Southwest securities when Defendants' misrepresentations were revealed.

## VIII.   CLASS ACTION ALLEGATIONS

438.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Southwest securities between February 4, 2020 and March 14, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

439.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Southwest's shares actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are at least hundreds or

thousands of members in the proposed Class. Millions of Southwest shares were traded publicly during the Class Period on the NYSE. Record owners and other members of the Class may be identified from records maintained by Southwest or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

440.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

441.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

442.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are: (a) whether the federal securities laws were violated by Defendants' acts as alleged herein; (b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Southwest; and (c) to what extent the members of the Class have sustained damages and the proper measure of damages.

443.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action

## IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE

444.    The market for Southwest's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Southwest's securities traded at artificially inflated prices during the Class Period. Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Southwest's securities and market information relating to Southwest and have been damaged thereby.

445.    During the Class Period, the artificial inflation of Southwest's securities was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Southwest's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Southwest and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

446.    At all relevant times, the market for Southwest's securities was an efficient market for the following reasons, among others: (a) Southwest shares met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market; (b) As a regulated issuer, Southwest filed periodic public reports with the SEC and/or the NYSE; (c) Southwest regularly communicated with public investors via established market communication

mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or (d) Southwest was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

447.    As a result of the foregoing, the market for Southwest's securities promptly digested current information regarding Southwest from all publicly available sources and reflected such information in the price of Southwest securities. Under these circumstances, all purchasers of Southwest's securities during the Class Period suffered similar injury through their purchase of Southwest's securities at artificially inflated prices and a presumption of reliance applies.

448.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here

## X.      NO SAFE HARBOR

449.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Southwest who knew that the statement was false when made.

## XI.     CAUSES OF ACTION

### FIRST CLAIM
### Violation of Section 10(b) of The Exchange Act
### and Rule 10b-5 Promulgated Thereunder Against All Defendants

450.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

451.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Southwest's securities at artificially inflated prices. In

furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

452.   Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Southwest's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

453.   Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Southwest, as specified herein. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Southwest's value, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Southwest, in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

454.   Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management

team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a Southwest officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's financials; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's business operations at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

455.   Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Southwest's Flawed Systems discussed herein, from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' misstatements and omissions about the Flawed Systems, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

456.   As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Southwest's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the

market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiffs and the other members of the Class acquired Southwest securities during the Class Period at artificially high prices and were damaged thereby.

457.    At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that Southwest was experiencing, which were not disclosed by Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Southwest securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

458.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

459.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of The Exchange Act Against the Individual Defendants

460.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

461.    The Individual Defendants acted as controlling persons of Southwest within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the

Company's operations and intimate knowledge of the misstatements and omissions of material fact, including false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiffs contend are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

462. In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the alleged misstatements giving rise to the securities violations as alleged herein, and exercised the same.

463. As set forth above, Southwest and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

(a)      Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)      Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)      Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)      Such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiffs hereby demand a trial by jury.

Dated: September 15, 2023

Respectfully submitted,

/s/ B. Russell Horton

B. Russell Horton
**GEORGE BROTHERS KINCAID &
HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Lead Plaintiff and the
Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiff Michael
Berry and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ B. Russell Horton