United States District Court
Southern District of Texas

**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Arthur Teroganesian, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action H-23-115 |
| | § | |
| Southwest Airlines, Co., et al., | § | |
| Defendants. | § | |

## Amended Scheduling Order

Defendant's Unopposed Motion for Extension of Time, ECF No. 54, is **GRANTED.**
This schedule shall be followed.  All communications concerning the case shall be
directed in writing to Jason Marchand, Case Manager for United States Magistrate
Judge Peter Bray, 515 Rusk, Room 5300, Houston, TX 77002, or via email
Jason_Marchand@txs.uscourts.gov.

| November 20, 2023 | Defendant's Response to Amended Complaint shall be filed by this date. |
|---|---|
| January 26, 2024 | If the Defendants file a motion to dismiss, the Plaintiffs' response shall be filed by this date. |
| February 21, 2024 | Defendants' Reply shall be filed by this date. |

SIGNED on November 13, 2023.

Peter Bray
United States Magistrate Judge