**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § § | |
| Defendants. | § § § | |

**DECLARATION OF PETER A. STOKES**

I, Peter A. Stokes, declare under penalty of perjury that:

1.      I am an attorney in the law firm of Norton Rose Fulbright US LLP and am counsel of record for Defendants Southwest Airlines Co. ("Southwest"), Gary C. Kelly, Tammy Romo, Robert E. Jordan, Michael Van de Ven, Thomas Nealon, and Andrew Waterson ("Defendants") in this matter. I am over the age of eighteen (18), have never been convicted of a felony, and am fully competent to make this Declaration regarding the matters stated herein. The matters stated herein are true and correct based upon my personal knowledge.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Complaint.

3.      I affirm under oath that the Exhibits in support of Defendants' Motion to Dismiss the Complaint are comprised of true and correct copies of the following documents, each of which is attached to this Declaration:

- 1 -

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Southwest Form 10-K for the year ended Dec. 31, 2019, filed Feb. 4, 2020 |
| 2 | Southwest Form 10-Q for the period ended Mar. 31, 2020, filed Apr. 28, 2020 |
| 3 | Southwest Form 10-Q for the period ended June 30, 2020, filed July 27, 2020 |
| 4 | Southwest Form 10-Q for the period ended Sept. 30, 2020, filed Oct. 27, 2020 |
| 5 | Southwest Form 10-K for the year ended Dec. 31, 2020, filed Feb. 8, 2021 |
| 6 | Southwest Form 10-Q for the period ended Mar. 31, 2021, filed Apr. 27, 2021 |
| 7 | Southwest Form 10-Q for the period ended June 30, 2021, filed July 21, 2021 |
| 8 | Southwest Form 10-Q for the period ended Sept. 30, 2021, filed Oct. 26, 2021 |
| 9 | Southwest Form 10-K for the year ended Dec. 31, 2022, filed Feb. 7, 2022 |
| 10 | Southwest Form 10-Q for the period ended Mar. 31, 2022, filed May 2, 2022 |
| 11 | Southwest Form 10-Q for the period ended June 30, 2022, filed Aug. 2, 2022 |
| 12 | Southwest Form 10-Q for the period ended Sept. 30, 2022, filed Oct. 31, 2022 |
| 13 | Aug. 9, 2016 Bloomberg article titled *Southwest's Old Technology Causes Big Headaches* |
| 14 | July 22, 2021 Southwest Earnings Call Transcript |
| 15 | October 11, 2021 Southwest Press Release |
| 16 | October 12, 2021 CNBC "Squawk on the Street" Transcript |
| 17 | October 21, 2021 Southwest Earnings Call Transcript |
| 18 | January 15, 2022 ZDNet article titled *Southwest Airlines just made a confession that may make customers weep, Perhaps it takes a new CEO for an airline to admit its technological failings* |
| 19 | December 8, 2021 Southwest Investor Day Transcript |
| 20 | December 7, 2022 Southwest Investor Day Presentation |
| 21 | December 7, 2022 Southwest Investor Day Transcript |
| 22 | July 12, 2021 SWAPA article titled *Investing in the Operation* |

| EXHIBIT | DESCRIPTION |
|---|---|
| 23 | August 3, 2016 press release titled *Southwest Airlines' Four Largest Unions Join Together in Demand for New Leadership* |
| 24 | October 10, 2021 SWAPA article titled *SWA in the News* |
| 25 | April 13, 2022 SWAPA article titled *SWAPA Voices Fatigue Concerns in Open Letter to SWA* |
| 26 | January 26, 2023 Southwest Earnings Call Transcript |
| 27 | March 14, 2023, Southwest Press Release |
| 28 | June 14, 2021 KTSM article titled *Southwest Airlines resumes flights delayed due to 'technical issue'* |
| 29 | June 15, 2021 Tampa Bay Times article titled *Another outage cripples Southwest Airlines flight operations nationwid*e<br><br>This article contains the same Southwest statement as in the article referenced at ¶ 256 of the Complaint. |
| 30 | June 16, 2021 New York Times article titled *Southwest Airlines Delays and Cancels Flights for a Third Day* |
| 31 | October 9, 2021 tweet by Southwest on X (f/k/a Twitter) |
| 32 | October 9, 2021 AZ Central article titled *Southwest cancels, delays hundreds of flights nationwide* |
| 33 | September 9, 2021 Cowen Global Transportation & Sustainable Mobility Conference Transcript |
| 34 | July 28, 2022 Southwest Earnings Call Transcript |
| 35 | October 27, 2022 Southwest Earnings Call Transcript |
| 36 | December 21-27, 2022 Southwest Press Release |
| 37 | December 31, 2022 Jordan Press Release |
| 38 | February 9, 2023 Committee Hearing Transcript |
| 39 | December 27, 2022 CNN Article titled *Why Southwest is Melting Down* |
| 40 | April 28, 2022 Southwest Earnings Call Transcript |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 41 | July 28, 2022 Southwest Earnings Release |

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2023 in Austin, Texas.

/s/ *Peter A. Stokes*

Peter A. Stokes

Dated: November 20, 2023

Respectfully submitted,

/s/ Peter A. Stokes
Michael A. Swartzendruber (Lead Counsel)
State Bar No. 19557702
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
michael.swartzendruber@nortonrosefulbright.com

Peter A. Stokes
State Bar No. 24028017
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
peter.stokes@nortonrosefulbright.com

Kelly A. Potter
State Bar No. 24119284
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
kelly.potter@nortonrosefulbright.com

*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 20, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                                    /s/ *Peter A. Stokes*

                                                     Peter A. Stokes