# Exhibit 15

# Southwest Statement Regarding Recent Operational Disruptions

**UPDATE**

Photos

Oct 13, 2021
**Final Statement Regarding Recent Operational Disruptions**

Southwest Airlines resumed normal operations today. We thank our Employees for the hospitality they've shown our Customers during this challenging time. We extended our deepest apologies to Customers who have been impacted and look forward to welcoming them back on a future Southwest flight.

**Statement Regarding Recent Operational Disruptions – Update #2 October 12, 2021**

As we complete efforts to stabilize our network, Southwest expects a more normal operation on Tuesday with approximately 90 system-wide cancellations out of the airline's almost 3,300 flights scheduled for the day. The Southwest Team appreciates the patience of Customers, and we extend our gratitude to our Employees who have worked tirelessly to stabilize our operation. We've built a reputation around safe, reliable, friendly air travel, delivered with legendary Southwest Hospitality, and we're sorry to anyone whose experience did not reflect that over the past several days. If Customers require assistance from Southwest, they can utilize one of the airline's self-service options for convenience or Contact Us via one of the methods listed on Southwest.com.

**Southwest Statement Regarding Recent Operational Disruptions – Update #1 October 11, 2021**

Southwest Airlines extends a tremendous apology to our Customers and Employees for the flight cancellations and delays which occurred over the weekend and on Monday.

On Friday evening, the airline ended the day with numerous cancellations, primarily created by weather and other external constraints, which left aircraft and Crews out of pre-planned positions to operate our schedule on Saturday. Unfortunately, the out-of-place aircraft and continued strain on our Crew resources created additional cancelations across our point-to-point network that cascaded throughout the weekend and into Monday.

Southwest Teams have been working diligently to restore stability to the network, and we are experiencing less disruptions on Monday. We hope to restore our full schedule as soon as possible. As a note, the operational challenges were not a result of Southwest Employee demonstrations.

To every Customer that experienced a cancellation or delay, Southwest offers our sincerest regret regarding disrupted travel plans, and we look forward to a future opportunity to demonstrate our safe, reliable, friendly, and legendary Southwest Hospitality – something that Customers should always expect from Southwest Airlines.

If Customers require assistance from Southwest, they can utilize one of the airline's self-service options for convenience or Contact Us via one of the methods listed on Southwest.com.