# Exhibit 22

< Back



# Investing in the Operation

**July 12, 2021**

**By Casey Murray, SWAPA President**

As we head into the middle of July, our front-line employees endure an operation that continues to fall far short of what they, and our customers, deserve. At the end of June, your Negotiating Committee delivered the Board's message to Labor Relations that we would not agree to a short-term patch to try to fix their long-term mismanagement. I've heard from Pilots on both sides of the issue, and while most have voiced their support for SWAPA's decision, I want to reiterate why we rejected management's offer of double time.

Offering double time only to those senior enough or lucky enough to be off over the holiday immediately split our Pilots into haves and have nots, a tactic that management has used to divide our group since before they used stock options as a wedge. The SWAPA of today is committed to achieving gains that benefit our entire Pilot group, not just a select few. This is especially true during Section 6 negotiations. We saw similar divisive efforts from the Company in 2012-2015 as our Pilots provided contractual relief time and again (-800, red-eye/international) while being stonewalled at the table.

We are in this position because of the Company's poor planning, poor use of resources, and poor execution. Last week, SRC Chair Scott Plyler gave an excellent summary of how we got here and SWAPA's solutions in this video. We countered their double time offer with protections and resources for those already assigned and for "actual" double time — on the greater of legs and daily rigs. We tried to curb their use of bait-and-switch Open Time tactics. SWAPA knows that it is pure chaos out on the line, and if our BOD signed off on that agreement, it would mean that SWAPA endorsed the Company's actions. We would be aiding and abetting the chaos. When our Pilots got the inevitable bait and switch or had no food, no hotel, or no "real" double time, it would have been because SWAPA allowed it by signing off on their offer. The BOD could not support that.

We need our airline to fix its schedule execution problem. Our counter to Labor Relations included long-term fixes that they have already seen several times before as part of Contract 2020. They have seen the supporting data and analysis, and yet they rejected our solutions, even as temporary tests. That is how entrenched they are in their thinking and how reluctant they are to undo their broken policies.

SWAPA declined Labor Relation's offer because it did nothing to fix the real problems that we face out on the line. Lack of food and hotels, the inability to reach Crew Scheduling, and technology outages are all symptoms of a bigger problem — the failure to invest in our operation in the good times so that we can weather the bad times. What is most concerning is that these issues are not new. After our crews suffered for days following the 2016 Router Brownout, VP of Flight Ops Craig Drew wrote:

We are in the process of an ongoing investigation, but regardless of the outcome, I will be focusing my attention on the following items until they are resolved.

1. Hotels and how we manage them during IROPS—leaving Crews on the curb for hours is not acceptable, period.

2. SkySolver and mobile applications. Although Crew Solver offers promising solutions during IROPS situations, it still has not achieved its full potential, and additional attention will be directed to improving its capability to produce hundreds of solutions within minutes, along with a bridge to the Baker system that will match our jets with Crews in a much more efficient manner.

3. We are also taking a look at the overall structure of our Scheduling Departments to determine how faster and better communication and solves can be achieved between Flight Operations and Inflight.

-Craig's Update, 8-17-16

But 2016 wasn't even the first time the Company admitted its problems. It has gone on for years as VP after VP has recognized these same issues and yet nothing ever changed for our Pilots. During the 2014 Midway Meltdown, dozens of crews were stranded without hotels and with no way to reach Crew Scheduling.

I know many of you have experienced difficulties in contacting Crew Scheduling – thank you for your patience. Our Crew Scheduling phones are fully manned, and we expect call volume to return to more normal levels within the next couple of days.

-Chuck Magill, Operations Update, 1-6-14

More than seven years and billions of dollars in profits later, Flight Operations still has no viable backup communications capability for our Pilots.

So when is enough, enough?

When do we no longer extend grace for bad weather and events management claims are outside of their control? Our entire industry is built on contingency planning. To fail over and over, time and again, when the operation barely sustains itself is unacceptable.

SWAPA will continue to engage with management. We will show clear data and analysis and argue with facts, not feelings. Our Pilots have not caused our current situation, but we are offering the path forward. Unfortunately, the reality is that we will not succeed until management realizes that our current scheduling system is broken and that something, anything, has to be better. We have been arguing for change for at least four years without success.

My reaction to SWAPA's suggestions in recent discussions for improving some of our scheduling challenges was, "we will review the proposals," and certainly not, "thanks, but no thanks." But let's be honest, SWAPA doesn't make these decisions or bear the consequences of failure, I do. Their inputs are heard and valued, but my Team is the one to make it happen. SWAPA has no levers to pull here, but I can.

-VP Flight Ops Update, 5-30-17

Maybe the Company will never accept our help. Maybe we're doomed to massive operational failures that make national headlines every couple of years. Maybe there's no escaping our passengers when they stop us in the airport and ask, "What happened to Southwest?" Maybe, as front-line employees, we will have to continue apologizing for our airline. Maybe we should just accept future failures.

Or maybe not. I'm not willing to accept that fate yet and neither should you. I still believe that we stand a fighting chance of convincing the Company that SWAPA should be seen as a partner and resource to improve our airline's operation — for both our crews and our customers. I know there's at least one person in management who knows that SWAPA holds the solution. Let's hope others are finally willing to listen.

SWAPA has always held the expertise to build and operate an efficient/productive schedule. I just wish the Company would try some of our current initiatives.

-PHX Rep Carl Kuwitzky, 6-16-05

1450 Empire Central, Suite 737, Dallas, TX 75247

Media Inquiries 214-722-4240

Main Office 800-969-7972

IT Help Desk 877-862-0094

Terms of Use  | Privacy Policy  | ©2023 - SWAPA

