# Exhibit 24



< Back

# SWA in the News

**October 10, 2021**

SWA has made the news again this weekend due to another operational meltdown. There are false claims of job actions by Southwest Pilots currently gaining traction on social media and making their way into mainstream news. I can say with certainty that there are no work slowdowns or sickouts either related to the recent mandatory vaccine mandate or otherwise. Under the RLA, our Union is forbidden from taking job action to resolve labor disputes under these circumstances. SWAPA has not authorized, and will not condone, any job action.

SWA has claimed that the immediate causes of this weekend's meltdown were staffing at Jacksonville Center and weather in the southeast U.S., but what was a minor temporary event for other carriers devastated Southwest Airlines because our operation has become brittle and subject to massive failures under the slightest pressure. Our operation and our frontline employees have endured continuous and unending disruptions since the first time our airline made headlines in early June due to widespread IT failures. Our Pilots are tired and frustrated because our operation is running on empty due to a lack of support from the Company.

SWAPA has grave concerns about the direction Southwest Airlines has taken in putting profits ahead of people. Enough is enough. We need leadership, not apologies. We need accountability for those responsible for this months-long debacle. And we need concrete actions taken now to protect our airline, our employees, and our customers. Your SWAPA leadership has a meeting with VP of Flight Ops Bob Waltz scheduled for tomorrow afternoon to discuss this along with the many other concerns our Pilots have.

I will have much more to say about this in a couple of days. In the meantime, as always, take care of yourself, your crews, and your passengers. You are the best and final line of defense.

1450 Empire Central, Suite 737, Dallas, TX 75247
Media Inquiries 214-722-4240
Main Office 800-969-7972
IT Help Desk 877-862-0094
Terms of Use  | Privacy Policy | ©2023 - SWAPA

