# Exhibit 28

 ktsm.com

# Southwest Airlines resumes flights delayed due to 'technical issue'

**Jun. 14th, 2021**                                                     Send to Kindle

---

DALLAS (NewsNation Now) — Southwest Airlines flights resumed Monday evening after a reported "technical difficulty" nationwide.

"We've resumed normal flight operations after our third-party weather data provider experienced intermittent performance issues Monday evening preventing transmission of weather information that is required to safely operate our aircraft," the company said in a statement to NewsNation. "While Southwest Teams and the vendor worked to restore connectivity, we implemented a ground stop to protect the Safety of our Crews and Customers."

Initially, Hollywood Burbank airport reported all Southwest flights were suspended due to a "nationwide network issue."



**Arrivals and departures screens at Midway Airport Monday night in Chicago.**

Passengers from grounded flights reported on Twitter not being allowed to return back to gates to exit the planes due to the software issue.

*Credit: Twitter @Kayjooo* via Reuters

"We appreciate our Customers' patience as we work to get them to their destinations as quickly as possible," an airline spokesman said in the company's statement. "We ask that Customers use Southwest.com to check flight status or consult a Southwest Airlines Customer Service Agent for assistance with travel needs."

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

https://www.ktsm.com/news/national/southwest-airlines-flights-briefly-grounded-due-to-technical-issue/