# Exhibit 31



← **Post**                                                                ...

**Southwest Airlines** ✅
@SouthwestAir

ATC issues and disruptive weather have resulted in a high volume of cancellations throughout the weekend while we work to recover our operation. We appreciate your patience as we accommodate affected Customers, and Customer Service wait times are longer than usual. (1/2)




2:07 PM · Oct 9, 2021

**286** Reposts   **1,455** Quotes   **753** Likes   **59** Bookmarks

💬                    ⟲                    ♡                    🔖 59                    ↥

## New to X?

Sign up now to get your own personalized timeline!



G  **Sign up with Google**

🍎  **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Southwest Airlines** ✅        Follow
@SouthwestAir
We run on #SouthwestHeart. Follow for more on the best Employees and Customers in the world. Book flights, explore careers, & get in touch at the link below.

Trends are unavailable.

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.

**Don't miss what's happening**
People on X are the first to know.                    Log in    **Sign up**