# Exhibit 37

# CEO Bob Jordan Looks Forward After Normal Operations Resume

**UPDATE**

**Photos**

---

Dec 31, 2022

CEO Bob Jordan shared the following comments with Employees last night as we continue to deliver a normal schedule and determine next steps in protecting our ongoing reliability:

*"You know, we'll move forward with lessons learned here, as we always do. We have plans to invest in tools and technology and processes, but there will be immediate work to understand what happened.*

*One of our five-year strategic plan priorities established in 2021 is to modernize the operation along with a 2022 company focus area of getting back to our historic operational reliability and efficiency. As Andrew stepped into his role, he told you all that one of his key areas of focus was to improve our ability to recover effectively from irregular operations and invest in processes, People, and technology that were already underway.*

*Analysis Business cases, multiyear project plans, approved budgets, and dedicated project teams are fully focused on making these priorities a reality, and we need to finish that work, and in all honesty, we will dial up that work in 2023.*

*We always take care of our Customers. That's our 51-year history here. Likewise, I know that we have work to do to restore your confidence in Southwest. You have our word that we will commit to the necessary resources to quickly examine and bolster our strategy for continuous improvement in our processes, our systems, and more."*