United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ARTHUR TEROGANESIAN, KUMARAN MUTHUSAMY, VINCENT HSU, MICHAEL BERRY and JAY ALMER,** | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **Civil Case No. 4:23-CV-00115** |
| **SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, ROBERT E JORDAN, MICHAEL G. VAN DE VEN, THOMAS NEALON and ANDREW WATTERSON,** | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 57). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be **DENIED**. The Court finds that the issues are better suited for a summary judgment motion after the Parties have had the opportunity to engage in discovery.

It is SO ORDERED.

Signed on December 4, 2024.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**