United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § § | |
| Defendants. | § § § § | |

## ORDER EXTENDING ANSWER DATE

For good cause shown, the Court grants Defendants' unopposed motion to extend the answer date. Defendants shall have until and through January 7, 2025 to file their answer in this matter.

SIGNED ___December 18, 2024.

_____
HONORABLE JUDGE PRESIDING