**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § | |
| Defendants. | § § § § | |

## ORDER GRANTING RECONSIDERATION AND DISMISSING SUIT

For good cause shown, and for the reasons set forth in Defendants' motion, the Court grants Defendants' motion for reconsideration of the December 5, 2024 order denying Defendants' motion to dismiss and vacates the December 5, 2024 order. The Court grants Defendants' motion to dismiss for the reasons set forth therein and dismisses this case in its entirety, with prejudice.

SIGNED _____, 2025 at Houston, Texas.

_____
HONORABLE JUDGE PRESIDING