United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN, <br><br> Defendants. | Case 4:23-cv-115 <br><br> <u>CLASS ACTION</u> |

## <u>ORDER EXTENDING DEADLINE</u>

For good cause shown, the Court grants Plaintiffs' unopposed motion to extend the deadline to file their opposition to Defendants' Motion for Reconsideration, Motion to Permit Interlocutory Appeal, and Request for Hearing (the "Opposition"). Plaintiffs shall have until and through January 24, 2025 to file their Opposition.

SIGNED ___December 27__, 2024 at Houston, Texas.

_____
*Drew B Tipton*

HONORABLE JUDGE PRESIDING