**EXHIBIT D**

Case 3:17-cv-01791-SDD-EWD Document 94 08/21/19 Page 9 of 23

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 3:17-cv-01791-SDD-EWD** |
| **VERSUS** | * | |
| | * | |
| **BARRETT BOEKER, Assistant Warden** | * | **JUDGE SHELLY D. DICK** |
| **Louisiana State Penitentiary,** *individually* | * | |
| *and in his official capacity***, WEST** | * | **MAGISTRATE JUDGE** |
| **FELICIANA PARISH, SAMUEL D.** | * | **ERIN WILDER-DOOMES** |
| **D'AQUILLA, 20th Judicial District,** | * | |
| *individually and in his official capacity* | * | |
| **DISTRICT ATTORNEY, J. AUSTIN** | * | |
| **DANIEL, Sheriff, West Feliciana Parish,** | * | |
| **INSURANCE COMPANY DOES 1-5,** | * | |
| **DOES 6-20** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S RESPONSE TO DEFENDANT D'AQUILLA'S
## MOTION TO CERTIFY FOR APPEAL AND STAY PROCEEDINGS

**MAY IT PLEASE THE COURT:**

Plaintiff Priscilla Lefebure ("Plaintiff") hereby submits this brief response to Defendant Samuel C. D'Aquilla's Motion to Amend the Court's June 25, 2019 Ruling, to Certify Interlocutory Appeal, and to Stay Proceedings Pending Appeal ("Motion to Certify and Stay").

By order dated June 25, 2019, this Honorable Court denied in part and granted in part Defendant D'Aquilla's motion to dismiss, R. Doc. 57. R. Doc 82, Ruling and Order.

In its June 25 Ruling, the Court ordered Plaintiff to file a Rule 7(A) reply addressing the "DA's assertion of qualified immunity for the equal protection individual capacity violation Plaintiff asserted." R. Doc. 82 at 19, 27.

Plaintiff filed her Rule 7(A) Reply on July 25, 2019; stating facts and law in support of her claims and against D'Aquilla's assertion of qualified immunity in the alternative. *See* R. Doc. 88 at 2-5.

On August 9, 2019 Defendant D'Aquilla filed a Motion to Certify the Court's June 25 Ruling for Interlocutory Appeal under 20 U.S.C. §1292(b) R. Doc. 89. The deadline for filing a Notice of Appeal from the June 25, 2019 Ruling and Order has been extended to August 26, 2019.

Plaintiff does not oppose certification of the Court's opinion for appeal regarding the areas of that opinion to which Defendants would be entitled to an appeal as of right, or as a matter of course and case law.

Plaintiff disagrees with Defendant D'Aquilla's substantive assertions in his motion and does not concede any of the legal points Defendant makes in support. While Plaintiff does not object to a properly certified interlocutory appeal and stay of issues relating to qualified and absolute immunity, Plaintiff disagrees that the Court's June 25 Ruling and Order involved a controlling issue of law "as to which there is substantial ground for difference of opinion." While the issues may control, the Court's June 25 Ruling and Order was correct on the law and properly analyzed and assessed the legal issues raised by Defendant D'Aquilla regarding his immunity, the underlying constitutional injury, and Plaintiff's standing to sue Mr. D'Aquilla—not for his failure to prosecute—but for his failure to investigate sexual crimes committed against women.

Put simply, Defendant' D'Aquilla could not refuse to investigate crimes where the victims are all African American or Latinx. And, as the Court rightly held in conformity with other district and appellate courts across the nation, he also cannot refuse to investigate sexual assault crimes where the victims are women.

- 2 -

- 3 -

Plaintiff reserves her right to oppose Defendant D'Aquilla's substantive arguments when he files his interlocutory, and any related, appeal. Plaintiff does not however, oppose certification of these issue so as to expedite their resolution and the progress of this case.

Respectfully submitted,

*/s/ Jack M. Rutherford*
Jack M. Rutherford, La. Bar No. 34968
RUTHERFORD LAW
3100 Canal St.
New Orleans, LA 70119
Telephone:     (323) 641-0784
Email:          jmr@rfordlaw.com
**Counsel for Plaintiff Priscilla Lefebure**

## CERTIFICATE OF SERVICE

I hereby certify that on this **20th day of August 2019**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel registered for electronic service.

*/s/ Jack M. Rutherford*

- 3 -