# EXHIBIT E

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-90032

_____

PRISCILLA LEFEBURE, an individual,

     Plaintiff - Respondent

**A True Copy**
**Certified order issued Dec 03, 2019**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

v.

SAMUEL D. D'AQUILA, 20th Judicial District, individually and in his official capacity District Attorney,

     Defendant - Petitioner

_____

Motion for Leave to Appeal
from an Interlocutory Order

_____

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petitioner's unopposed motion for leave to appeal from the interlocutory order of the United States District Court of the Middle District of Louisiana, entered on September 25, 2019, is GRANTED.

IT IS FURTHER ORDERED that this appeal No. 19-90032 is consolidated with appeal No. 19-30702.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2019

TO:  All Counsel and Parties Listed Below

      Misc. No. 19-90032  Priscilla Lefebure v. Barrett Boeker
             USDC No. 3:17-CV-1791

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal.  The case is transferred to the court's general docket.  All future inquiries should refer to docket No. 19-30989. The court order consolidated case 19-30989 with 19-30702.  The lead case will be 19-30702.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court and notify this office of your payment within 14 days from the date of this letter.  If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.  If you fail to electronically file the form, we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Glenn B. Adams
Mr. John Nelson Adcock
Mr. Ralph Roger Alexis III
Mr. C. Frank Holthaus
Mr. Jack Rutherford

Enclosure(s)

cc:
    Mr. Michael L. McConnell