**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § § | |
| Defendants. | § § § | |

<u>**DEFENDANTS' ORIGINAL ANSWER**</u>

Subject to and without waiving their pending motion for reconsideration and for interlocutory appeal, Defendants Southwest Airlines, Inc., Gary C. Kelly, Tammy Romo, Robert Jordan, Michael G. Van de Ven, Thomas Nealon, and Andrew Watterson ("Defendants") file this answer to Plaintiffs' "Amended Consolidated Complaint" (ECF #51) (the "Complaint") as set forth below. Each numbered paragraph below is directed at the corresponding numbered paragraph in the Complaint. A statement that Defendants admit or deny the allegations in "this paragraph" means that Defendants admit or deny the allegations in the corresponding numbered paragraph of the Complaint, including the allegations in any subparts or bullet points contained within or below that paragraph and within any footnotes cited or referenced in that paragraph. A statement that Defendants "deny the allegations in this paragraph" or "otherwise deny the allegations in this paragraph" means that Defendants deny all allegations in the corresponding paragraph (including all subparts and footnotes) other than those allegations expressly admitted. To the extent any response is required to the headings, cover page, and opening paragraph, the allegations contained in those portions of the Complaint are denied. All allegations not expressly admitted herein, including those contained in the headings and in non-numbered paragraphs or made in media reports or alleged communications by third parties, are denied.

Defendants further expressly deny that they made any material misstatements or omitted any material facts that they were required to disclose to investors, that they acted with scienter, or that any investor losses were caused by any alleged misstatements or omissions asserted in this matter.

## RESPONSES TO "COVER PAGE" AND OPENING PARAGRAPHS

The unnumbered purported quotations on the cover page and the unnumbered opening paragraphs are not presented as specific numbered factual allegations and therefore do not require a response. To the extent any further response is required with respect to the purported cover page quotations, Defendants direct Plaintiffs to the transcripts of the cited statements to show what was actually said, deny the allegations in the quotation attributed to Captain Murray, and deny Plaintiffs' allegations to the extent they are inconsistent with or mischaracterize Mr. Watterson's statements in their full context. To the extent any further response is required with respect to the opening paragraphs, Defendants deny the allegations contained in those paragraphs.

## RESPONSES TO "NATURE OF THE ACTION" ALLEGATIONS

1.      This paragraph purports to describe, summarize, characterize, and/or quote portions of statements made by various parties that speak for themselves. Defendants direct Plaintiffs to the transcripts and/or recordings of these statements to show what was said and deny the allegations in this paragraph to the extent they

are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants admit that Winter Storm Elliott struck the United States during December 2022 and caused substantial travel disruptions. Defendants further admit that Southwest used the "SkySolver," "Baker," and "CHATNOC" systems. Defendants otherwise deny the allegations in this paragraph.

2.       Defendants deny the allegations in this paragraph.

3.       This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the documents or transcripts containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

4.       This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the documents or transcripts containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

5.       Defendants admit that a U.S. Senate committee held a hearing on February 9, 2023. Defendants further admit that Southwest announced on March 14,

2023 that it was currently "budgeted to spend more than $1.3 billion on investments, upgrades, and maintenance of information technology systems in 2023." A portion of this paragraph purports to summarize public statements about Southwest's financial results, which are contained in public documents during that time period and which speak for themselves. Defendants deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Southwest's publicly reported financial results. Defendants also admit that the Department of Transportation ("DOT") conducted an investigation with respect to the December 2022 flight disruptions. Defendants otherwise deny the allegations in this paragraph.

6.    This paragraph is a legal characterization of Plaintiffs' purported class definition. To the extent any response is required, Defendants deny that this case is properly brought as a class action, deny that the case has merit, and otherwise deny the allegations in this paragraph.

7.    Defendants admit that, as reported in Southwest's February 6, 2024 Form 10-K and September 24, 2024 Corporate Facts statement, Southwest is a major passenger airline that provides scheduled air transportation in the United States and near-international markets; that Southwest commenced service on June 18, 1971, with three Boeing 737 aircraft serving three Texas cities; that as of December 31, 2023, Southwest had a total of 817 Boeing 737 aircraft in its fleet and served 121 destinations in 42 states, the District of Columbia, the Commonwealth of Puerto

Rico, and ten near-international countries; that Southwest operates more than 4,000 flights per day during peak travel periods; and that as previously disclosed in Southwest's public Form 10-K filings, Southwest is "dependent on the use of complex technology and systems to run its ongoing operations," including "flight planning and scheduling systems" and "crew scheduling systems." Defendants otherwise deny the allegations in this paragraph.

8.     Defendants admit that, as disclosed in Southwest's February 6, 2024 Form 10-K, Southwest has historically principally provided what had often been characterized as "point-to-point" service, rather than the "hub-and-spoke" service provided by certain other U.S. airlines, but deny the allegations as stated in this paragraph characterizing "point-to-point." Defendants otherwise deny the allegations in this paragraph.

9.     Defendants deny the allegations in this paragraph.

10.     Defendants deny the allegations in this paragraph.

11.     Defendants deny the allegations in this paragraph.

12.     This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the Form 10-K containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or

mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

13. This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements from a Southwest Annual Report on Form 10-K that speak for themselves. Defendants direct Plaintiffs to the Form 10-K containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

14. This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the documents or transcripts containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

15. Defendants admit that Southwest canceled more than 2,000 flights on October 9, 2021 following an inclement weather event in Florida. Defendants otherwise deny the allegations in this paragraph.

16. This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of

the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

17.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

18.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements made during a media interview that speak for themselves. Defendants direct Plaintiffs to the transcript and/or recording of these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

19.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the

allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

20.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a podcast that speaks for itself. Defendants direct Plaintiffs to the recording of the podcast to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the podcast.

21.    Defendants admit that Winter Storm Elliott impacted the midwestern regions (and other regions) of the United States in December 2022, that Southwest canceled more than 16,700 flights during and following the storm, and that the December holidays are typically a high-volume travel period. Defendants otherwise deny the allegations in this paragraph.

22.    Defendants deny the allegations in this paragraph.

23.    Defendants admit that Southwest canceled more than 2,600 flights on December 27, 2022. This paragraph also purports to quote statements from a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the referenced transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

24.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

25.    Defendants admit that Southwest canceled more than 2,500 flights on December 28, 2022. This paragraph also purports to quote or summarize statements from various news media that speak for themselves. Defendants direct Plaintiffs to the transcripts or recordings of the programs referenced in this paragraph to show what was said. Defendants otherwise deny the allegations in this paragraph.

26.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

27.    This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the documents containing these statements to show what was said and

deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

28.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

29.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by certain members of the U.S. Senate that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph.

30.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements during a January 26, 2023 Southwest earnings call that speak for themselves. Defendants direct Plaintiffs to the transcript or recording of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the

alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

31.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

32.    Defendants deny the allegations in this paragraph.

33.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements made in connection with a Senate committee hearing that speak for themselves. Defendants direct Plaintiffs to the transcripts, recordings, or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph.

34.    This paragraph purports to summarize a March 14, 2023 Southwest press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

35.     This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

36.     This paragraph purports to summarize an April 21, 2023 announcement regarding the DOT inquiry. Defendants direct Plaintiffs to the text of the announcement to show what was said. Defendants otherwise deny the allegations in this paragraph.

37.     Defendants deny the allegations in this paragraph.

## RESPONSES TO "JURISDICTION AND VENUE" ALLEGATIONS

38.     This paragraph contains legal conclusions regarding Plaintiffs' claims that do not require a response. To the extent any further response is required, Defendants admit that the Complaint purports to assert federal securities claims but deny that Plaintiffs' claims are meritorious.

39.     This paragraph contains legal conclusions regarding Plaintiffs' claims that do not require a response. To the extent any further response is required, Defendants admit that the Complaint purports to assert federal securities claims but deny that Plaintiffs' claims are meritorious.

40.    This paragraph contains legal conclusions regarding Plaintiffs' claims that do not require a response. To the extent any further response is required, Defendants admit that Southwest is headquartered in Dallas, Texas, but deny that this fact alone suffices to show proper venue in this Court and deny that Plaintiffs' claims are meritorious.

41.    Defendants admit that the subject matter of the Complaint involves interstate commerce. Defendants otherwise deny the allegations in this paragraph and deny that Plaintiffs' claims are meritorious.

## RESPONSES TO "JURISDICTION AND VENUE" ALLEGATIONS

42.    Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph and, to the extent any further response is required, deny the allegations in this paragraph for that reason.

43.    Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph and, to the extent any further response is required, deny the allegations in this paragraph for that reason.

44.    Defendants admit the allegations in this paragraph.

45.    Defendants admit that the allegations in this paragraph regarding Mr. Kelly's dates of service and titles were accurate as of the time the Complaint was filed. Defendants otherwise deny the allegations in this paragraph.

46.     Defendants admit that the allegations in this paragraph regarding Ms. Romo's dates of service and titles were accurate as of the time the Complaint was filed. Defendants otherwise deny the allegations in this paragraph.

47.     Defendants admit that the allegations in this paragraph regarding Mr. Jordan's dates of service and titles were accurate as of the time the Complaint was filed, except that Mr. Jordan has been with Southwest since 1988. Defendants otherwise deny the allegations in this paragraph.

48.     Defendants admit that the allegations in this paragraph regarding Mr. Van de Ven's dates of service and titles were accurate as of the time the Complaint was filed. Defendants otherwise deny the allegations in this paragraph.

49.     Defendants admit that the allegations in this paragraph regarding Mr. Nealon's dates of service and titles were accurate as of the time the Complaint was filed. Defendants otherwise deny the allegations in this paragraph.

50.     Defendants admit that the allegations in this paragraph regarding Mr. Watterson's dates of service and titles were accurate as of the time the Complaint was filed. Defendants otherwise deny the allegations in this paragraph.

51.     Defendants deny the allegations in this paragraph.

## RESPONSES TO "SUBSTANTIVE ALLEGATIONS"

52.     Defendants admit that Southwest is one of the largest airlines in North America based on passengers flown, is headquartered in Dallas, Texas, was founded

by Herb Kelleher and Rollin King, and commenced flight services in 1971 with three Boeing 737 aircraft serving Dallas, Houston, and San Antonio. Defendants further admit that Gary C Kelly became Southwest's CEO in 2004. Defendants otherwise deny the allegations in this paragraph.

53.    Defendants admit that as of December 31, 2019, Southwest had a total of 747 Boeing 737 aircraft in its fleet and served 101 destinations in 40 states, the District of Columbia, the Commonwealth of Puerto Rico, and ten near-international countries. Defendants further admit that Southwest operates approximately 4,000 or more flights per day during peak travel periods and frequently utilizes five or six person flight crews. Defendants otherwise deny the allegations in this paragraph.

54.    Defendants admit that that Southwest historically has used what has often been characterized as "point-to-point" service, but deny the allegations as stated in this paragraph characterizing "point-to-point." Defendants further admit that, as disclosed in Southwest's Form 10-Ks and in other public filings, Southwest has relied on various systems to assist with flight and crew scheduling with the goal of minimizing disruptions to travel schedules while ensuring passenger safety. Defendants otherwise deny the allegations in this paragraph.

55.    Defendants admit that during the alleged class period, Southwest used, among others, the "SkySolver" and "Baker" systems  to assist, among other things,

with crew and passenger scheduling. Defendants otherwise deny the allegations in this paragraph.

56.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

57.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

58.    This paragraph purports to describe, summarize, characterize, and/or quote portions of testimony that speaks for itself. Defendants direct Plaintiffs to the transcript of the testimony to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the testimony.

59.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the article to show what was said. Defendants otherwise deny the allegations in this paragraph,

including but not limited to the allegations purportedly recited from or attributed to the article.

60.    Defendants deny the allegations in this paragraph.

61.    Defendants deny the allegations in this paragraph.

62.    This paragraph purports to describe, summarize, characterize, and/or quote portions of public statements that speak for themselves. Defendants direct Plaintiffs to the "OneReport" containing these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants admit Southwest has accurately described its employees as being Southwest's biggest or most important asset in multiple public communications. Defendants otherwise deny the allegations in this paragraph.

63.    Defendants admit that SWAPA is a union representing Southwest pilots that communicates with Southwest management and has made statements in articles, podcasts, and other media. Defendants otherwise deny the allegations in this paragraph.

64.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a July 12, 2021 article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise

deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

65.     Defendants admit that a ground stop affecting Southwest occurred in July 2016. Defendants otherwise deny the allegations in this paragraph.

66.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a newspaper article and public statement that speak for themselves. Defendants direct Plaintiffs to the contents of the article and statement to show what was said. Defendants otherwise deny the allegations in this paragraph.

67.     Defendants deny the allegations in this paragraph.

68.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the contents of the press release to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the press release.

69.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the contents of the press release to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the press release.

70.     Defendants deny the allegations in this paragraph.

71.    Defendants deny the allegations in this paragraph.

72.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the contents of the Form 10-K to show what was said. Defendants otherwise deny the allegations in this paragraph.

73.    Defendants admit that the COVID-19 pandemic caused a reduction in air travel during March 2020. Defendants otherwise deny the allegations in this paragraph.

74.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

75.    Defendants deny the allegations in this paragraph.

76.    Defendants admit that COVID vaccines became more widespread over the course of 2021 but otherwise deny the allegations in this paragraph.

77.    Defendants deny the allegations in this paragraph.

78.    This paragraph purports to describe, summarize, characterize, and/or quote portions of news articles that speak for themselves. Defendants direct

Plaintiffs to the contents of the articles to show what was said. Defendants otherwise deny the allegations in this paragraph.

79.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a media report that speaks for itself. Defendants direct Plaintiffs to the contents of the report to show what was said. Defendants otherwise deny the allegations in this paragraph.

80.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a public statement that speaks for itself. Defendants direct Plaintiffs to the statement to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

81.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph.

82.    Defendants deny the allegations in this paragraph.

83.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements

during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

84.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

85.    Defendants deny the allegations in this paragraph.

86.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph.

87.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

88.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

89.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

90.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

91.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct

Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

92.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

93.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

94.     This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or

mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

95.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

96.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

97.    Defendants admit that Defendant Nealon retired as President of Southwest on or about September 13, 2021, and that Southwest's Board appointed Defendant Van de Ven as President. Defendants otherwise deny the allegations in this paragraph.

98.   Defendants admit that Southwest canceled flights following a weather event in Florida occurring in October 2021. Defendants otherwise deny the allegations in this paragraph.

99.   Defendants admit that Southwest canceled flights following a weather event in Florida occurring in October 2021. Defendants otherwise deny the allegations in this paragraph.

100.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a tweet that speaks for itself. Defendants direct Plaintiffs to the tweet to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

101.   Defendants deny the allegations in this paragraph.

102.   Defendants admit that Southwest canceled additional flights on October 10, 2021, but otherwise deny the allegations in this paragraph.

103.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

104.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

105.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a public statement that speaks for itself. Defendants direct Plaintiffs to the statement to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

106.   Defendants deny the allegations in this paragraph.

107.   This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

108.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a public statement that speaks for itself. Defendants direct

Plaintiffs to the statement to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

109.    This paragraph purports to describe, summarize, characterize, and/or quote portions of an interview that speaks for itself. Defendants direct Plaintiffs to the interview to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

110.    This paragraph purports to describe, summarize, characterize, and/or quote portions of an interview that speaks for itself. Defendants direct Plaintiffs to the interview to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

111.    This paragraph purports to describe, summarize, characterize, and/or quote portions of an interview that speaks for itself. Defendants direct Plaintiffs to the interview to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during

the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

112.   Defendants deny the allegations in this paragraph.

113.   Defendants deny the allegations in this paragraph.

114.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

115.   Defendants deny the allegations in this paragraph.

116.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

117.   This paragraph purports to quote an analyst report that speaks for itself. Defendants direct Plaintiffs to the contents of the report to show what was said. Defendants otherwise deny the allegations in this paragraph.

118.   This paragraph purports to quote a *Seeking Alpha* report that speaks for itself. Defendants direct Plaintiffs to the contents of the report to show what was said. Defendants otherwise deny the allegations in this paragraph.

119.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

120.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

121.   Defendants deny the allegations in this paragraph.

122.   Defendants admit that on February 1, 2022, Southwest increased Defendant Jordan's annual base salary from $515,000 to $700,000 and his annual target cash short-term incentive compensation opportunity from $695,250 for 2021 to $1,400,000 for 2022.

123.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

124.   This paragraph purports to quote a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

125.   This paragraph purports to quote a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

126.   This paragraph purports to summarize or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

127.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

128.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

129.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

130.   Defendants deny the allegations in this paragraph.

131.   Defendants admit that on September 25, 2022, Defendant Van de Ven submitted his resignation from his position of COO effective on October 1, 2022, and from his position of President, effective at the end of 2022. Defendant further admit that the Board elected Defendant Watterson to serve as COO, effective October 1, 2022, and Defendant Jordan to succeed to the position of President, effective January 1, 2023, with Jordan retaining his role as CEO. Defendants otherwise deny the allegations in this paragraph.

132.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

133.   Defendants deny the allegations in this paragraph.

134.   Defendants admit that SWAPA has released podcasts from time to time. Defendants otherwise deny the allegations in this paragraph.

135.   This paragraph purports to summarize portions of a podcast that speaks for itself. Defendants direct Plaintiffs to the contents of the podcast to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the podcast.

136.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a podcast that speaks for itself. Defendants direct Plaintiffs to the contents of the podcast to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the podcast.

137.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a podcast that speaks for itself. Defendants direct Plaintiffs to the contents of the podcast to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the podcast.

138.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a podcast that speaks for itself. Defendants direct Plaintiffs to the contents of the podcast to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the podcast.

139.   Defendants deny the allegations in this paragraph.

140.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements

during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

141.   Defendants deny the allegations in this paragraph.

142.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

143.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a presentation that speaks for itself. Defendants direct Plaintiffs to the presentation to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

144.   Defendants admit that Winter Storm Elliott was a severe weather event that impacted multiple portions of the United States over multiple days in December 2022 and led to flight cancellations at Southwest and other airlines. Defendants otherwise deny the allegations in this paragraph.

145.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

146.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph.

147.   Defendants admit that Southwest canceled flights on December 22, 2022 in connection with Winter Storm Elliott. Defendants otherwise deny the allegations in this paragraph.

148.   Defendants deny the allegations in this paragraph.

149.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

150. Defendants admit that Winter Storm Elliott was a severe weather event that impacted multiple portions of the United States over multiple days in December 2022, including December 23, 2022, and led to flight cancellations at Southwest and other airlines. Defendants otherwise deny the allegations in this paragraph.

151. Defendants admit that Southwest canceled flights on December 23, 2022 in connection with Winter Storm Elliott. Defendants otherwise deny the allegations in this paragraph.

152. This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

153. Defendants deny the allegations in this paragraph.

154. Defendants admit that Winter Storm Elliott was a severe weather event that impacted multiple portions of the United States over multiple days in December 2022, including December 24, 2022, and led to flight cancellations at Southwest and other airlines. Defendants otherwise deny the allegations in this paragraph.

155. This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to

the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants admit that Southwest canceled flights on December 24, 2022 in connection with Winter Storm Elliott. Defendants otherwise deny the allegations in this paragraph.

156.   Defendants deny the allegations in this paragraph.

157.   This paragraph purports to describe, summarize, characterize, and/or quote portions of an interview that speaks for itself. Defendants direct Plaintiffs to the interview to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

158.   Defendants deny the allegations in this paragraph.

159.   Defendants admit that Winter Storm Elliott was a severe weather event that impacted multiple portions of the United States over multiple days in December 2022, including December 25, 2022, and led to flight cancellations at Southwest and other airlines. Defendants otherwise deny the allegations in this paragraph.

160.   Defendants deny the allegations in this paragraph.

161.   Defendants admit that Southwest canceled additional flights on December 26, 2022. Defendants otherwise deny the allegations in this paragraph.

162.    Defendants admit that Southwest canceled additional flights on December 26, 2022. Defendants otherwise deny the allegations in this paragraph.

163.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph.

164.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

165.    Defendants deny the allegations in this paragraph.

166.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

167.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of

the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

168.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

169.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

170.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

171.   This paragraph purports to describe, summarize, characterize, and/or quote an article and press release that speak for themselves. Defendants direct

Plaintiffs to the contents of the article and press release to show what was said. Defendants otherwise deny the allegations in this paragraph.

172.    Defendants admit that Southwest canceled additional flights on December 27, 2022. Defendants otherwise deny the allegations in this paragraph.

173.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

174.    This paragraph purports to quote an interview that speaks for itself. Defendants direct Plaintiffs to the contents of the interview to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the interview.

175.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

176.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a video update that speaks for itself. Defendants direct Plaintiffs to the video to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

177.   This paragraph purports to describe, summarize, characterize, and/or quote portions of an article and interview transcript that speak for themselves. Defendants direct Plaintiffs to the article and transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements in the interview transcript in their full context. Defendants otherwise deny the allegations in this paragraph.

178.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

179.   Defendants admit that Southwest's total flight cancellations during February 22-27, 2022 exceeded the total flight cancellations of other airlines during that period. Defendants otherwise deny the allegations in this paragraph.

180.   This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

181.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

182.   This paragraph purports to quote an interview that speaks for itself. Defendants direct Plaintiffs to the contents of the interview to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the interview.

183.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of

the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

184. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

185. Defendants admit that Southwest canceled additional flights on December 29, 2022. Defendants otherwise deny the allegations in this paragraph.

186. Defendants admit that Southwest canceled far fewer flights on December 30, 2022 than the previous day. Defendants otherwise deny the allegations in this paragraph.

187. This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

188. Defendants deny the allegations in this paragraph.

189.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

190.   Defendants admit that Southwest had not previously experienced the volume and severity of travel disruptions that occurred in connection with Winter Storm Elliott and that many Southwest customers were adversely impacted by these disruptions. Defendants otherwise deny the allegations in this paragraph.

191.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said. Defendants otherwise deny the allegations in this paragraph.

192.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

193.    This paragraph purports to quote a White House briefing that speaks for itself. Defendants direct Plaintiffs to the contents of the briefing to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the briefing.

194.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

195.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K that speaks for itself. Defendants direct Plaintiffs to the Form 8-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

196.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this

paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

197.    This paragraph purports to quote a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

198.    This paragraph purports to quote a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

199.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

200.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during

the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

201. This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K that speaks for itself. Defendants direct Plaintiffs to the Form 8-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

202. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

203. This paragraph purports to quote an analyst report that speaks for itself. Defendants direct Plaintiffs to the contents of the report to show what was said. Defendants otherwise deny the allegations in this paragraph.

204. This paragraph purports to quote an analyst report that speaks for itself. Defendants direct Plaintiffs to the contents of the report to show what was said. Defendants otherwise deny the allegations in this paragraph.

205.   Defendants deny the allegations in this paragraph.

206.   Defendants deny the allegations in this paragraph.

207.   This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by certain members of the U.S. Senate that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph.

208.   This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by certain members of the U.S. Senate that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph.

209.   This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by a member of the U.S. Senate that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to those recited from the Senate remarks.

210.   This paragraph purports to describe, summarize, characterize, and/or quote portions of testimony from a U.S. Senate hearing that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these

statements to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to those recited from the hearing.

211.   This paragraph purports to describe, summarize, characterize, and/or quote portions of testimony from a U.S. Senate hearing that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said and deny the allegations to the extent they are inconsistent with or mischaracterize Mr. Watterson's testimony in full context. Defendants otherwise deny the allegations in this paragraph.

212.   This paragraph purports to describe, summarize, characterize, and/or quote portions of testimony from a U.S. Senate hearing and statements from the hearing that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said and deny the allegations to the extent they are inconsistent with or mischaracterize Mr. Watterson's testimony in full context. Defendants otherwise deny the allegations in this paragraph.

213.   This paragraph purports to describe, summarize, characterize, and/or quote portions of testimony from a U.S. Senate hearing that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said and deny the allegations to the extent they are

inconsistent with or mischaracterize Mr. Watterson's testimony in full context. Defendants otherwise deny the allegations in this paragraph.

214.   This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by certain members of the U.S. Senate that speak for themselves. Defendants direct Plaintiffs to the transcripts or documents containing these statements to show what was said. Defendants otherwise deny the allegations in this paragraph.

215.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K and press release that speaks for itself. Defendants direct Plaintiffs to the Form 8-K and press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

216.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K and press release that speaks for itself. Defendants direct Plaintiffs to the Form 8-K and press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

217.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K and press release that speaks for itself. Defendants direct Plaintiffs to the Form 8-K and press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

218.    This paragraph purports to summarize statements made during an investor conference that speak for themselves. Defendants direct Plaintiffs to the recording or transcript of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

219.    This paragraph purports to summarize statements made during an investor conference that speak for themselves. Defendants direct Plaintiffs to the recording or transcript of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

220.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the

publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

221.    Defendants deny the allegations in this paragraph.

222.    Defendants deny the allegations in this paragraph.

223.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

224.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

225.    Defendants deny the allegations in this paragraph.

226.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

227.   Defendants deny the allegations in this paragraph.

228.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

229.   Defendants deny the allegations in this paragraph.

230.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

231.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

232.   Defendants deny the allegations in this paragraph.

233.   Defendants deny the allegations in this paragraph.

234.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

235.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

236.    Defendants deny the allegations in this paragraph.

237.    Defendants deny the allegations in this paragraph.

238.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

239.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

240.    Defendants deny the allegations in this paragraph.

241.    Defendants deny the allegations in this paragraph.

242.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements

during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

243.   Defendants deny the allegations in this paragraph.

244.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

245.   Defendants deny the allegations in this paragraph.

246.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

247.   Defendants deny the allegations in this paragraph.

248.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to

the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

249.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

250.   Defendants deny the allegations in this paragraph.

251.   Defendants deny the allegations in this paragraph.

252.   Defendants admit that Southwest canceled approximately 2,000 flights during June 14-16, 2021. Defendants otherwise deny the allegations in this paragraph.

253.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article (including a statement by Southwest) that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said and deny the allegations to the extent they are inconsistent with Southwest's statement in full context. Defendants otherwise deny the allegations in this paragraph.

254.    Defendants deny the allegations in this paragraph.

255.    Defendants deny the allegations in this paragraph.

256.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article (including a statement by Southwest) that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said and deny the allegations to the extent they are inconsistent with Southwest's statement in full context. Defendants otherwise deny the allegations in this paragraph.

257.    Defendants deny the allegations in this paragraph.

258.    Defendants deny the allegations in this paragraph.

259.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article (including a statement by Southwest) that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said and deny the allegations to the extent they are inconsistent with Southwest's statement in full context. Defendants otherwise deny the allegations in this paragraph.

260.    Defendants deny the allegations in this paragraph.

261.    This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph

to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

262. Defendants deny the allegations in this paragraph.

263. This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

264. Defendants deny the allegations in this paragraph.

265. This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

266. Defendants deny the allegations in this paragraph.

267. This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or

transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

268.   Defendants deny the allegations in this paragraph.

269.   This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

270.   Defendants deny the allegations in this paragraph.

271.   This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

272.   Defendants deny the allegations in this paragraph.

273.    This paragraph purports to quote or summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

274.    Defendants deny the allegations in this paragraph.

275.    Defendants deny the allegations in this paragraph.

276.    This paragraph purports to summarize or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

277.    This paragraph purports to summarize or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

278.    Defendants deny the allegations in this paragraph.

279.    Defendants deny the allegations in this paragraph.

280.   This paragraph purports to summarize statements made during an investor conference that speak for themselves. Defendants direct Plaintiffs to the recording or transcript of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

281.   Defendants deny the allegations in this paragraph.

282.   Defendants admit that Southwest canceled more than 2,000 flights over a multiple-day period following an adverse weather event in Florida during October 2021. Defendants otherwise deny the allegations in this paragraph.

283.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a tweet that speaks for itself. Defendants direct Plaintiffs to the tweet to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

284.   Defendants deny the allegations in this paragraph.

285.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article (including a statement by Southwest) that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was

said and deny the allegations to the extent they are inconsistent with Southwest's statement in full context. Defendants otherwise deny the allegations in this paragraph.

286.    Defendants deny the allegations in this paragraph.

287.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a news release that speaks for itself. Defendants direct Plaintiffs to the contents of the news release to show what was said and deny the allegations to the extent they are inconsistent with Southwest's statement in full context. Defendants otherwise deny the allegations in this paragraph.

288.    Defendants deny the allegations in this paragraph.

289.    Defendants deny the allegations in this paragraph.

290.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

291.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements made during a media interview that speak for themselves. Defendants direct Plaintiffs to the transcript and/or recording of these

statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

292.   Defendants deny the allegations in this paragraph.

293.   This paragraph purports to describe, summarize, characterize, and/or quote portions of statements made during a media interview that speak for themselves. Defendants direct Plaintiffs to the transcript and/or recording of these statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

294.   Defendants deny the allegations in this paragraph.

295.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

296.   Defendants deny the allegations in this paragraph.

297.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

298.   Defendants deny the allegations in this paragraph.

299.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

300.   Defendants deny the allegations in this paragraph.

301.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

302.    Defendants deny the allegations in this paragraph.

303.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

304.    Defendants deny the allegations in this paragraph.

305.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

306.    Defendants deny the allegations in this paragraph.

307.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements

during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

308.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

309.   Defendants deny the allegations in this paragraph.

310.   Defendants deny the allegations in this paragraph.

311.   This paragraph purports to describe, summarize, characterize, and/or quote portions of an investor conference that speaks for itself. Defendants direct Plaintiffs to a transcript or recording of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

312.   This paragraph purports to describe, summarize, characterize, and/or quote portions of an investor conference that speaks for itself. Defendants direct Plaintiffs to a transcript or recording of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or

mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

313.   Defendants deny the allegations in this paragraph.

314.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article  that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said and deny the allegations to the extent they are inconsistent with Defendants' statements in their full context. Defendants otherwise deny the allegations in this paragraph.

315.   Defendants deny the allegations in this paragraph.

316.   Defendants deny the allegations in this paragraph.

317.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

318.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements

during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

319.    Defendants deny the allegations in this paragraph.

320.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

321.    Defendants deny the allegations in this paragraph.

322.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-K that speaks for itself. Defendants direct Plaintiffs to the Form 10-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

323.    Defendants deny the allegations in this paragraph.

324.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the

extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

325.   Defendants deny the allegations in this paragraph.

326.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

327.   Defendants deny the allegations in this paragraph.

328.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

329.   Defendants deny the allegations in this paragraph.

330.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to

the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

331.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

332.    Defendants deny the allegations in this paragraph.

333.    Defendants deny the allegations in this paragraph.

334.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K that speaks for itself. Defendants direct Plaintiffs to the Form 8-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

335.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K that speaks for itself. Defendants direct Plaintiffs to

the Form 8-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

336.   Defendants deny the allegations in this paragraph.

337.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

338.   Defendants deny the allegations in this paragraph.

339.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

340.   Defendants deny the allegations in this paragraph.

341.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

342.    Defendants deny the allegations in this paragraph.

343.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

344.    Defendants deny the allegations in this paragraph.

345.    Defendants deny the allegations in this paragraph.

346.    This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during

the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

347.   Defendants deny the allegations in this paragraph.

348.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

349.   Defendants deny the allegations in this paragraph.

350.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

351.   Defendants deny the allegations in this paragraph.

352.   This paragraph purports to summarize portions of a Southwest earnings call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the

extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

353.   Defendants deny the allegations in this paragraph.

354.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

355.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 10-Q that speaks for itself. Defendants direct Plaintiffs to the Form 10-Q to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

356.   Defendants deny the allegations in this paragraph.

357.   Defendants deny the allegations in this paragraph.

358.   This paragraph purports to describe, summarize, characterize, and/or quote portions of an investor conference that speaks for itself. Defendants direct

Plaintiffs to a transcript or recording of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

359. Defendants deny the allegations in this paragraph.

360. This paragraph purports to describe, summarize, characterize, and/or quote portions of an investor conference that speaks for itself. Defendants direct Plaintiffs to a transcript or recording of the conference to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

361. Defendants deny the allegations in this paragraph.

362. This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

363. Defendants deny the allegations in this paragraph.

364.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

365.    Defendants deny the allegations in this paragraph.

366.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

367.    Defendants deny the allegations in this paragraph.

368.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

369.    Defendants deny the allegations in this paragraph.

370.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

371.    Defendants deny the allegations in this paragraph.

372.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

373.    Defendants deny the allegations in this paragraph.

374.    Defendants deny the allegations in this paragraph.

375.    This paragraph purports to describe, summarize, characterize, and/or quote portions of a video press release that speaks for itself. Defendants direct Plaintiffs to the video press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize

Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

376.  Defendants deny the allegations in this paragraph.

377.  Defendants deny the allegations in this paragraph.

378.  This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

379.  Defendants deny the allegations in this paragraph.

380.  Defendants admit that Southwest canceled more than 2,300 flights on December 28, 2022. Defendants otherwise deny the allegations in this paragraph.

381.  Defendants deny the allegations in this paragraph.

382.  This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

383. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

384. Defendants admit that Southwest canceled approximately 2,364 flights on December 29, 2022. This paragraph also purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

385. This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

386.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

387.   Defendants deny the allegations in this paragraph.

388.   This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

389.   This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

390.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a Form 8-K that speaks for itself. Defendants direct Plaintiffs to

the Form 8-K to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

391.   This paragraph purports to summarize portions of a Southwest analyst call that speaks for itself. Defendants direct Plaintiffs to the recording or transcript of the call to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

392.   Defendants deny the allegations in this paragraph.

393.   Defendants deny the allegations in this paragraph.

394.   This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

395.   This paragraph purports to summarize statements made during a U.S. Senate committee hearing that speak for themselves. Defendants direct Plaintiffs to

the recording or transcript of the hearing to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

396.  Defendants deny the allegations in this paragraph.

397.  Defendants deny the allegations in this paragraph.

398.  This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

399.  This paragraph purports to describe, summarize, characterize, and/or quote portions of a press release that speaks for itself. Defendants direct Plaintiffs to the press release to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

400.  This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the

publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

401.    Defendants deny the allegations in this paragraph.

402.    Defendants admit that SWAPA is a pilots' union that communicates with Southwest management from time to time regarding various issues. Defendants otherwise deny the allegations in this paragraph.

403.    This paragraph purports to describe, summarize, characterize, and/or quote an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

404.    Defendants deny the allegations in this paragraph.

405.    Defendants deny the allegations in this paragraph.

406.    This paragraph purports to describe, summarize, characterize, and/or quote portions of statements by certain Defendants that speak for themselves. Defendants direct Plaintiffs to the statements to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or

mischaracterize Defendants' statements during the alleged class period in their full context. Defendants otherwise deny the allegations in this paragraph.

407.   Defendants deny the allegations in this paragraph.

408.   Defendants deny the allegations in this paragraph.

409.   Defendants deny the allegations in this paragraph.

410.   Defendants deny the allegations in this paragraph.

411.   Defendants deny the allegations in this paragraph.

412.   This paragraph purports to reference an article that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the article.

413.   Defendants deny the allegations in this paragraph.

414.   This paragraph purports to quote a letter that speaks for itself. Defendants direct Plaintiffs to the contents of the letter to show what was said. Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the letter.

415.   Defendants deny the allegations in this paragraph.

416.   Defendants deny the allegations in this paragraph.

417.   This paragraph purports to quote an interview that speaks for itself. Defendants direct Plaintiffs to the contents of the interview to show what was said.

Defendants otherwise deny the allegations in this paragraph, including but not limited to the allegations purportedly recited from or attributed to the interview.

418.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements in the transcript in their full context. Defendants otherwise deny the allegations in this paragraph.

419.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements in the transcript in their full context. Defendants otherwise deny the allegations in this paragraph.

420.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements in their full context. Defendants otherwise deny the allegations in this paragraph.

421.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a phone call transcript that speaks for itself. Defendants direct Plaintiffs to the transcript to show what was said and deny the allegations in this paragraph to the extent they are inconsistent with or mischaracterize Defendants' actual statements in their full context. Defendants otherwise deny the allegations in this paragraph.

422.   Defendants deny the allegations in this paragraph.

423.   This paragraph purports to describe, summarize, characterize, and/or quote portions of a news article (including a statement by Jordan) that speaks for itself. Defendants direct Plaintiffs to the contents of the article to show what was said and deny the allegations to the extent they are inconsistent with Jordan's statement in full context. Defendants otherwise deny the allegations in this paragraph.

424.   Defendants deny the allegations in this paragraph.

425.   Defendants deny the allegations in this paragraph.

426.   Defendants deny the allegations in this paragraph.

427.   Defendants deny the allegations in this paragraph.

428.   Defendants deny the allegations in this paragraph.

429.   Defendants deny the allegations in this paragraph.

430.   Defendants deny the allegations in this paragraph.

431. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

432. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

433. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

434. This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the

publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

435.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

436.    This paragraph contains allegations regarding movements in Southwest's publicly reported stock price. Defendants direct Plaintiffs to the publicly available market information regarding the actual stock price movements during the time period in question. Defendants deny that any alleged investor losses were caused by any of the alleged misstatements or omissions asserted by Plaintiffs in this matter and otherwise deny the allegations in this paragraph.

437.    Defendants deny the allegations in this paragraph.

438.    This paragraph recites legal conclusions about Plaintiffs' class definition and does not require a response. To the extent any further response is

required, Defendants deny the allegations in this paragraph and deny that class certification is appropriate.

439.   Defendants admit that Southwest stock traded on the NYSE during the alleged class period. Defendants otherwise deny the allegations in this paragraph.

440.   Defendants deny the allegations in this paragraph.

441.   Defendants deny the allegations in this paragraph.

442.   This paragraph recites legal conclusions regarding class certification and does not require a response. To the extent any further response is required, Defendants deny the allegations in this paragraph and deny that class certification is appropriate.

443.   This paragraph recites legal conclusions regarding class certification and does not require a response. To the extent any further response is required, Defendants deny the allegations in this paragraph and deny that class certification is appropriate.

444.   Defendants deny the allegations in this paragraph.

445.   Defendants deny the allegations in this paragraph.

446.   Defendants admit that Southwest traded on the NYSE, made filings with the SEC, and communicated from time to time with investors during the alleged class period, but otherwise deny the allegations in this paragraph.

447.    Defendants admit that Southwest stock traded on the NYSE during the alleged class period. Defendants otherwise deny the allegations in this paragraph.

448.    This paragraph recites legal conclusions regarding class certification and does not require a response. To the extent any further response is required, Defendants deny the allegations in this paragraph and deny that class certification is appropriate.

449.    Defendants deny the allegations in this paragraph.

450.    This paragraph simply purports to reassert the prior allegations and does not require a response. To the extent any further response is required, Defendants deny the purportedly reasserted allegations to the same extent as they are denied above.

451.    Defendants deny the allegations in this paragraph.

452.    Defendants deny the allegations in this paragraph.

453.    Defendants deny the allegations in this paragraph.

454.    Defendants deny the allegations in this paragraph.

455.    Defendants deny the allegations in this paragraph.

456.    Defendants deny the allegations in this paragraph.

457.    Defendants deny the allegations in this paragraph.

458.    Defendants deny the allegations in this paragraph.

459.    Defendants deny the allegations in this paragraph.

460. This paragraph recites legal conclusions regarding class certification and does not require a response. To the extent any further response is required, Defendants deny the allegations in this paragraph and deny that class certification is appropriate.

461. Defendants deny the allegations in this paragraph.

462. Defendants deny the allegations in this paragraph.

463. Defendants deny the allegations in this paragraph.

## RESPONSES TO PRAYER FOR RELIEF

A.    Defendants deny and oppose the relief sought in this paragraph.

B.    Defendants deny and oppose the relief sought in this paragraph.

C.    Defendants deny and oppose the relief sought in this paragraph.

D.    Defendants deny and oppose the relief sought in this paragraph.

## RESPONSE TO JURY DEMAND

This Paragraph states legal conclusions and does not contain any material allegations concerning Defendants, and therefore no response is required.

## DEFENSES

As additional defenses, Defendants allege, assert, and aver the following defenses, which apply to each and every cause of action asserted in the Complaint against Defendants to which such defense is or may be applicable. By virtue of alleging these defenses, Defendants do not assume the burden of proof or persuasion

where such burden is not otherwise legally assigned to them. Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to this action. Defendants reserve the right to raise additional defenses and to amend, supplement, or otherwise modify those asserted herein upon further analysis and discovery of further information regarding Plaintiffs' claims.

## FIRST DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the Complaint fails to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the Complaint fails to satisfy the requirements of Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act ("PSLRA") by not pleading particularized facts showing that Defendants made material misstatements or omissions, by failing to identify all facts on which Plaintiffs' information and belief allegations are based, by failing to plead particularized facts supporting a strong inference of scienter, and by failing to allege sufficient facts showing loss causation.

## THIRD DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because any statements of

material fact, alleged omissions of material fact, or other challenged statements, with respect to which the liability of Defendants is asserted, contained sufficient cautionary language or risk disclosure as to be rendered non-actionable by the "bespeaks caution" doctrine and the PSLRA safe harbor.

## FOURTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because certain alleged misstatements were forward-looking statements accompanied by meaningful cautionary language and/or were made without actual knowledge that such statements were false or misleading, so as to be rendered non-actionable under the safe harbor provisions of the PSLRA.

## FIFTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that Plaintiffs and the putative class members have not sustained any cognizable injury.

## SIXTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the alleged misstatements allegedly attributable to Defendants were not false or misleading.

## SEVENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the alleged misstatements allegedly attributable to Defendants were not material.

## EIGHTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because Defendants neither owed nor breached any duty to Plaintiffs and putative class members to disclose information allegedly omitted from the statements at issue in this case.

## NINTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the supposedly omitted or misrepresented facts were publicly disclosed, either by Defendants or others, and/or would be facts obvious to or knowable by a reasonable investor.

## TENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent the supposedly omitted or misrepresented facts were actually known to Plaintiffs or other putative class members.

## ELEVENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the individual Defendants acted at all times in good faith and without scienter, and neither knew nor were reckless in not knowing that any alleged misstatements at issue in this case were false or misleading.

## TWELFTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because they purchased shares of Southwest stock with actual or constructive knowledge of the risks involved, and thus assumed the risk that the value of their shares would decline if those risks materialized.

## THIRTEENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because they did not reasonably rely on any allegedly false or misleading statements of material fact when they purchased shares of Southwest stock, and the "fraud-on-the-market" presumption of reliance is unavailable.

## FOURTEENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent they did not rely on

the market price of Southwest stock in making their investment decisions, and to the extent that the market price of Southwest stock was not impacted as a result of any alleged misrepresentation or omission made by Defendants, such that the "fraud-on-the-market" presumption of reliance is unavailable.

## FIFTEENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that they did not rely solely on public information or the integrity of the market when purchasing Southwest stock.

## SIXTEENTH DEFENSE

Plaintiffs and any members of the class that Plaintiffs purport to represent may not recover for the statements allegedly made by securities analysts and/or journalists, or to the extent interviews or statements by Defendants were shown or excerpted out of context.

## SEVENTEENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because there is no loss causation. Any damages or injuries allegedly suffered by Plaintiffs or putative class members were not legally caused by any act or omission by Defendants and, to the extent any stock losses occurred, were caused by disclosures of matters unrelated to the alleged

misstatements and omissions at issue in this litigation or by factors other than the alleged misstatements or omissions at issue in this case.

## EIGHTEENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because of the lack of transaction causation.

## NINETEENTH DEFENSE

Plaintiffs' claims predicated on statements of opinion or belief fail because Plaintiffs cannot prove that those statements were objectively false when made and that each statement misrepresented the speaker's subjective opinion or belief or that material information was omitted that Defendants were required to disclose to make the statements not misleading.

## TWENTIETH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because any statements of material fact, alleged omissions of material fact, or other challenged statements, with respect to which the liability of Defendants is asserted, contained sufficient cautionary language or risk disclosure as to be rendered non-actionable.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that they would have

acquired Southwest stock, even if they had known of the allegedly untrue statements of material fact, omissions of material fact, misleading statements, or other wrongful conduct upon which Plaintiffs propose to assert liability.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the alleged misstatements and omissions, including non-actionable expressions of opinion and puffery, were not material to the investment decisions of a reasonable investor in view of the total mix of available information.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, by the doctrines of waiver, and/or estoppel, and/or laches, and/or unclean hands.

## TWENTY-FOURTH DEFENSE

Plaintiffs' recovery is barred, in whole or in part, for lack of standing.

## TWENTY-FIFTH DEFENSE

The Individual Defendants are not subject to control person liability under Section 20(a) of the Exchange Act because they acted in good faith and/or did not directly or indirectly induce, or culpably participate in, any of the alleged acts purportedly in violation of the Exchange Act.

## TWENTY-SIXTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because Defendants did not employ any devices, schemes, or artifices to defraud, or engage in any acts or practices which operated as a fraud or deceit upon Plaintiffs or any other persons.

## TWENTY-SEVENTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, because the alleged damages, if any, are nonexistent, speculative, and/or are impossible to ascertain.

## TWENTY-EIGHTH DEFENSE

Plaintiffs are not entitled to class certification under Federal Rule of Civil Procedure 23.

## TWENTY-NINTH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent (as well as any arguments that Plaintiffs are entitled to certify a class) are barred, in whole or in part, based on the absence of price impact and the severance of the link between the alleged misstatements or omissions and the purported stock price inflation or decline.

## THIRTIETH DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that the harm they

allegedly suffered, if any, was caused by factors, persons, or entities other than Defendants, over which Defendants had no control or responsibility.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that the claims asserted are barred by applicable statutes of limitations or statutes of repose.

## THIRTY-SECOND DEFENSE

Plaintiffs' claims and/or the claims of any members of the class that Plaintiffs purport to represent are barred, in whole or in part, to the extent that the allegedly undisclosed facts were publicly available and based on the truth-on-the-market doctrine.

## THIRTY-THIRD DEFENSE

Plaintiffs' damages and/or the damages of any members of the class that Plaintiffs purport to represent are restricted, in whole or in part, based on the limitation on damages set forth in 15 U.S.C. § 78u-4(e).

## THIRTY-FOURTH DEFENSE

Plaintiffs' damages and/or the damages of any members of the class that Plaintiffs purport to represent are restricted, in whole or in part, based on the limitations on joint and several liability and the proportionate liability limitations set forth in 15 U.S.C. § 78u-4(f).

## **THIRTY-FIFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent the alleged misstatements are not sufficiently attributed to Defendants.

## **REQUEST FOR RELIEF**

WHEREFORE, Defendants respectfully request that the Court:

(1)    Enter judgment for Defendants dismissing the Complaint;

(2)    Award Defendants costs and expenses incurred in defending this action; and

(3)    Grant Defendants such other and further relief as the Court deems just and proper.

Dated:        January 27, 2025          Respectfully submitted,

                                        NORTON ROSE FULBRIGHT US LLP


                                        /s/ *Peter A. Stokes*
                                        Michael A. Swartzendruber (Lead Counsel)
                                        State Bar No. 19557702
                                        2200 Ross Ave., Suite 3600
                                        Dallas, Texas 75201
                                        Telephone:  (214) 855-8000
                                        Facsimile:  (214) 855-8200
                                        michael.swartzendruber@nortonrosefulbrig
                                        ht.com

                                        Peter A. Stokes
                                        State Bar No. 24028017
                                        98 San Jacinto Boulevard, Suite 1100
                                        Austin, Texas 78701-4255
                                        Telephone:  (512) 474-5201
                                        Facsimile:  (512) 536-4598
                                        peter.stokes@nortonrosefulbright.com

                                        Kelly A. Potter
                                        State Bar No. 24119284
                                        1301 McKinney, Suite 5100
                                        Houston, Texas 77010-3095
                                        Telephone: (713) 651-5151
                                        Facsimile:  (713) 652-5246
                                        kelly.potter@nortonrosefulbright.com

                                        *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on January 27, 2025, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*
_____
Peter A. Stokes
