United States District Court
Southern District of Texas
**ENTERED**
January 29, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § | |
| Defendants. | § § § § | |

## ORDER EXTENDING REPLY DATE

For good cause shown, the Court grants Defendants' unopposed motion to extend the reply date. Defendants shall have until and through February 19, 2025 to file their reply in support of their motion for reconsideration and for leave to file interlocutory appeal.

SIGNED __January 29__, 2025 at Houston, Texas.

_____
HONORABLE JUDGE PRESIDING