United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ARTHUR TEROGANESIAN, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-115 |
| SOUTHWEST AIRLINES CO. *et al.*, | § § § | |
| Defendants. | § § § § | |

## ORDER EXTENDING REPLY DATE

The Court grants Defendants' Unopposed Motion for Two-Day Extension.

Defendants will send their reply submission to Plaintiffs on or before July 30, 2025.

Plaintiffs will then provide the Court with copies of all three submissions after

receipt of Defendants' reply.

SIGNED July __28__, 2025 at Houston, Texas.

_____
HONORABLE JUDGE PRESIDING