# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Case 4:23-cv-115<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Lead Plaintiff Michael Berry and additional named plaintiff Jay Almer (collectively, "Plaintiffs") respectfully submit this Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d).

1. On April 1, 2026, the Court entered an order (the "Order") stating:

> [T]he Court GRANTS Defendants' Motion for Reconsideration, (Dkt. No. 65), WITHDRAWS its Order denying Defendants' Motion to Dismiss Plaintiffs' Complaint, (Dkt. No. 62), and GRANTS Defendants' Motion to Dismiss Plaintiffs' Complaint, (Dkt. No. 57). Plaintiffs' claims are DISMISSED without prejudice. Plaintiffs are GRANTED leave to amend their pleadings no later than April 24, 2026.

2. Plaintiffs stand on the allegations of their complaint and respectfully declined to file an amended complaint.

3. The April 24, 2026 deadline has passed and the Court has not yet entered a final judgment.

4. Fed. R. Civ. P. 58(d) states that "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)."

5. Through this filing, Plaintiffs respectfully request that the Court enter a final judgment on the Order.[1]

---

[1] Plaintiffs' counsel communicated with Defendants' counsel, who do not oppose this motion.

Dated: May 1, 2026

Respectfully submitted,

/s/ B. Russell Horton

_____

B. Russell Horton
**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiff Michael Berry and the Proposed Class*

## CERTIFICATE OF CONFERENCE

I certify that on April 29, 2026, Plaintiffs' counsel conferred with Michael Swartzendruber, counsel for Defendants, who communicated that Defendants do not oppose the relief requested in this motion.

/s/ B. Russell Horton

_____

B. Russell Horton

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on May 1, 2026, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ B. Russell Horton

_____

B. Russell Horton

3