United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN,<br><br>Defendants. | Case 4:23-cv-115<br><br>CLASS ACTION |

## AGREED FINAL JUDGMENT

This final judgment is entered pursuant to Federal Rule of Civil Procedure 58 and the Court's Order entered April 1, 2026 granting Defendants' Motion for Reconsideration (Dkt. No. 65), withdrawing its order denying Defendants' Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 62), and granting Defendants' Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 57). Plaintiffs were granted leave to amend their pleadings by April 24, 2026. Plaintiffs stood on the allegations of their complaint and declined to file an amended complaint. Judgment accordingly is entered in favor of Defendants and against Plaintiffs on all claims, which are dismissed with prejudice.

AGREED AS TO FORM.

Dated: May 20, 2026

/s/ B. Russell Horton

_____

B. Russell Horton
**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St.
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY 10016

Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiff*
*Michael Berry and the Proposed Class*

**NORTON ROSE FULBRIGHT US LLP**

/s/ Peter A. Stokes

_____

Peter A. Stokes
Michael A. Swartzendruber
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8067
peter.stokes@nortonrosefulbright.com
michael.swartzendruber@nortonrose
fulbright.com

*Counsel for Defendants*

IT IS SO ORDERED.

May 20, 2026

_____
HONORABLE DREW TIPTON, U.S.D.J.