**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ARTHUR TEROGANESIAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., GARY KELLY, TAMMY ROMO, and ROBERT E. JORDAN, MICHAEL G. VAN DE VEN, THOMAS NEALON, and ANDREW WATTERSON,<br><br>Defendants. | Case 4:23-cv-00115<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff Michael Berry and additional named plaintiff Jay Almer (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order (the "Order") entered on April 1, 2026 by Judge Drew B. Tipton (Dkt. No. 88, attached as Exhibit A). In the Order, the Court granted Plaintiffs until April 24, 2026 to amend their complaint. Plaintiffs stood on their complaint and filed an unopposed motion for entry of final judgment on May 1, 2026. Dkt. No. 89. The Court entered final judgment on May 20, 2026. Dkt. No. 90.

Dated: May 20, 2026

Respectfully submitted,

/s/ B. Russell Horton

______________________________

B. Russell Horton
**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
PO Box 684767
Austin, TX 78768
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Jeffrey McEachern
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on May 20, 2026, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ B. Russell Horton
______________________________
B. Russell Horton